UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>    Defendant. | Civil Action No. 04-1543 (RWR) |

**VERDICT FORM**

We, the Jury, unanimously find as follows:

1. Do you find by a preponderance of the evidence that defendant, Science Applications International Corporation ("SAIC"), knowingly presented or caused to be presented a false or fraudulent claim for payment or approval to the United States Government?

      ✓   Yes            _____ No

2. If you answered YES to Question 1, how many false or fraudulent claims for payment do you find, by a preponderance of the evidence, that SAIC knowingly presented or caused to be presented for payment or approval by the United States Government?

      60

3. If you answered YES to Question 1, what is the amount of money that the Government paid to SAIC on the false or fraudulent claims over and above what the Government would have paid had SAIC presented truthful claims?

   $ 1,973,839.61

-2-

4. Do you find by a preponderance of the evidence that the defendant, SAIC, knowingly made, used, or caused to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the United States Government?

   ✓ Yes          _____ No

5. If you answered YES to Question 4, how many false statements do you find by a preponderance of the evidence that SAIC made to get its claims paid?

   17

6. If you answered YES to Question 4, what is the amount of money that the Government paid to SAIC on the false or fraudulent claims over and above what the Government would have paid had SAIC made truthful statements?

   $ 1,973,839.61

7. Do you find by a preponderance of the evidence that there was a contract between the United States and SAIC identified as the 1992 Contract, and that SAIC breached the contract by failing to fully perform a duty under the contract without legal excuse?

   ✓ Yes          _____ No

8. If you answered YES to Question 7, what is the amount of money damages that you award to the United States?

   $ 78.00

Date: 31 July '08                Signature of Foreperson

#6