UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>    Defendant. | Case No.: 04-cv-1543 (RWR) |

**[PROPOSED] ORDER**

The Court has considered the parties' briefs regarding SAIC's motion for additional discovery and has found that there is good cause to permit the parties to conduct limited discovery on the topic of damages.

Accordingly, SAIC's motion is GRANTED and the following are ordered:

(1) Defendant SAIC shall be authorized to take one Rule 30(b)(6) deposition of the Nuclear Regulatory Commission;

(2) Defendant SAIC shall be authorized to conduct three half-day depositions of new fact witnesses regarding damages; and

(3) Defendant SAIC shall be authorized to obtain responses to the specific interrogatory and document requests related to damages identified in its Memorandum.

The parties shall have 120 days to complete fact discovery, followed by 60 days to complete expert discovery, upon entry of this Order.

DATED:

_____
United States District Judge