# INDEX OF EXHIBITS

| Exhibit No. | Title |
|:---:|---|
| 1 | Radiological Assessments For Clearance Of Materials From Nuclear Facilities (NUREG – 1640, Vol. 1) |
| 2 | Transcript Of The Deposition Testimony Of Cheryl Trottier (January 24, 2006) |
| 3 | Transcript Of Scheduling Conference Proceedings Before The Honorable Richard W. Roberts (September 5, 2013) |