# Exhibit 2

04-CV-1543(RWR)

Exhibit 2

# Transcript of the Testimony of

# **Cheryl Trottier**

**Date:** January 24, 2006
**Volume:** I

**Case:** United States of America v. Science Applications International
Corporation

METRO REPORTERS, INC.
Phone: 703-968-9796
Fax:  703-643-3039
Email:  reporters@cox.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF COLUMBIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No.: |
| SCIENCE APPLICATIONS | ) 04-CV-1543(RWR) |
| INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |


Tuesday, January 24, 2006

Rockville, Maryland

Deposition of

CHERYL TROTTIER

called for examination by counsel for the Defendant,
pursuant to notice, held at the offices of the
Nuclear Regulatory Commission, One White Flint
north, 11555 Rockville Pike, Rockville, Maryland,
beginning at 1:10 p.m. before Donna L. Linton,
RMR-CCR-CLR, a notary public in and for the District
of Columbia, when were present on behalf of the
respective parties:

Page 2

1    APPEARANCES:

2

3    On behalf of the Plaintiff:

4          DONALD J. WILLIAMSON, ESQ.

5          MICHAEL J. FRIEDMAN, ESQ.

6          United States Department of Justice

7          Civil Division

8          601 D Street, Northwest 20004

9          Washington, D.C. 20044

10         (202) 514-7900

11         Michael.friedman@usdoj.gov

12         don.williamson@usdoj.gov

13

14

15   On behalf of the Defendant:

16         ALAN BARON, ESQ.

17         Holland & Knight, LLP

18         2099 Pennsylvania Avenue, N.W.

19         Suite 100

20         Washington, D.C. 20006

21         (202) 955-3000

22         alan.baron@hklaw.com

23

24

1    On behalf of the Defendant:

2            JOHN P. ROWLEY, III, ESQ.

3            Holland & Knight, LLP

4            1600 Tysons Boulevard

5            Suite 700

6            McLean, Virginia  22102

7            (703) 720-8650

8            john.rowley@hklaw.com

9

10

11   On behalf of the Nuclear Regulatory Commission:

12           ROBIN A. BAUM, ESQ.

13           SHANA ZIPPKIN SIESSER, ESQ.

14           US Nuclear Regulatory Commission

15           Office of General Counsel

16           11555 Rockville Pike

17           Office O-15 H5

18           Rockville, Maryland

19           (301) 415-2202

20           rab5@nrc.gov

21

22   Also Present:  Lawrence E. Ruggiero, Esq., SAIC

23

24

Page 4

1          C O N T E N T S

2

3    Examination of CHERYL TROTTIER          Page

4

5         BY MR. BARON:                        5

6

7

8               E X H I B I T S

9

10   Number        Description              Page

11   4             Letter of November 9, 2000    28

12   5             Excerpts of book              30

13   5-A           The Disposition Dilemma book  31

14   6             Letter of January 15, 1998    43

15   7             Radiological Report           51

16   8             Letter of June 7, 1998        52

17   9             Letter of December 20, 1999   76

18   10            Foreword                     113

19

20         (Exhibits included in transcript.)

21

22

23

24

**METRO REPORTERS, INC.**

Page 5

```
 1          P R O C E E D I N G S
 2  Whereupon,
 3               CHERYL TROTTIER,
 4  a witness, called for examination by counsel for the
 5  Defendant, and, after having been sworn by the
 6  notary, was examined and testified as follows:
 7      EXAMINATION BY COUNSEL FOR THE DEFENDANT
 8  BY MR. BARON:
 9      Q   Would you state your name for the record
10  and spell your last name so get it accurately?
11      A   Certainly.  Cheryl A. Trottier.  That's
12  T-R-O-T-T-I-E-R.
13      Q   And, Ms. Trottier, where do you live?
14      A   I live -- the actual town is Moneta,
15  Virginia.  That's M-O-N-E-T-A.
16      Q   And before we begin, have you ever been
17  deposed before?
18      A   No.
19      Q   I'm sure your counsel has probably gone
20  over some of the ground rules, but let me repeat them
21  for the record.
22      A   Okay.
23      Q   First of all, you understand, of course,
24  that you're under oath?
```

Page 6

```
 1      A   Yes.
 2      Q   And you understand that everything that's
 3  being said here that's on the record is being
 4  recorded?
 5      A   Yes.
 6      Q   And you understand that you need to
 7  verbalize responses.  Head nods and the --
 8      A   Yes.
 9      Q   -- doesn't work.  The yeses and the noes
10  work.
11          Also, I would ask that you allow me to
12  finish my questions before you answer so that the
13  record is clear because she can't really get both of
14  us down at the same time.
15      A   That's fine.
16      Q   And if you need a break, of course,
17  anytime you need a break, just indicate and we will
18  accommodate you.
19          Is there -- are you under any medication
20  or anything that would interfere with your ability to
21  understand my questions --
22      A   No.
23      Q   -- or to remember -- you're breaking a
24  rule.  You've got to let me finish my question.
```

Page 7

```
 1      A   I'm sorry.
 2      Q   Okay?  We haven't even started.
 3          And if, at any time, you don't understand
 4  my question, please so indicate and I will do my best
 5  to rephrase it.
 6      A   Okay.
 7      Q   Ms. Trottier, what is your educational
 8  background?
 9      A   I have a bachelor's in biology.
10      Q   From where?
11      A   Rutgers.
12      Q   In what year?
13      A   1972, I think.
14      Q   And do you have any additional formal
15  education thereafter?
16      A   Several years of a master's program at
17  Drexel University which I did not finish.
18      Q   And what was the nature of the program?
19      A   Environmental science.
20      Q   And what is your work history from the
21  time you -- well, I don't know when it started, but
22  I'm assuming when you finished college?
23      A   Uh-huh.  I taught biology for one year.
24  Then I took a position in a consulting firm.  This was
```

Page 8

```
 1  in Philadelphia.  The consulting firm performed
 2  environmental monitoring around nuclear power plants.
 3  I worked there for approximately 10 years in various
 4  positions.
 5      Q   What's the time from?  From when to when?
 6      A   This would be '70 -- I guess it was
 7  seven years -- '73 to 1980.
 8      Q   Okay.
 9      A   In 1980, I joined the Nuclear Regulatory
10  Commission.
11      Q   In what capacity?
12      A   As an inspector in a field office.  That
13  would be in King of Prussia, Pennsylvania, region 1.
14  I was both an environmental inspector, environmental
15  health physics and emergency preparedness.  This was
16  right after Three Mile Island, so we were doing a lot
17  of emergency preparedness.
18          I came -- I actually left the NRC because
19  my husband didn't like to travel, and I went to work
20  for a nuclear utility, Public Service Electric and
21  Gas, and that was at the Salem generating station.  I
22  was the emergency preparedness coordinator there for
23  two years.
24          And then for marital reasons, I decided to
```

Page 9

1  come down here, and I got a position at the Nuclear
2  Regulatory Commission in Washington, D.C., Rockville.
3      Q   What year was that?
4      A   That was in 1983.  The very end of 1983.
5      Q   And what was the position you took --
6      A   I was --
7      Q   You're not letting me finish my questions.
8      A   Oh, sorry.
9      Q   What was the position you took with the
10  NRC when you first joined them in '83?
11      A   In '83?
12      Q   Yes.
13      A   It was in emergency preparedness.
14      Q   And how long did you -- have you been with
15  the NRC since then?
16      A   I retired from the NRC this last summer in
17  July.  During that time frame, which was 20
18  some years, I worked in emergency preparedness; I
19  worked in health physics, radiation protection, both
20  in the Materials Office and in the Office of Research.
21  Most of my career has been spent in the Office of
22  Research.
23          From 1990, I think, until my retirement in
24  2005, I was in the Office of Research as a supervisor.

Page 10

1  I started out as a section chief, and then I was
2  promoted into being a branch chief.
3      Q   And, I'm sorry, when did that last
4  function -- when did you begin that position?
5      A   The branch chief?
6      Q   Yes.
7      A   1997.  Seven years.
8      Q   Ms. Trottier, the reporter has handed you
9  what has previously been marked as NRC Deposition
10  Exhibit Number 1.  I would ask you to take a look at
11  it, please.
12      A   Okay.
13      Q   Do you recognize the document or any part
14  of it?
15      A   Yes.
16      Q   And do you recognize it as an Amended
17  Notice of Deposition pursuant to Rule 30(b)(6) in this
18  case?
19      A   Yes.
20      Q   And it's my understanding that you have
21  been designated as the spokesperson on behalf of the
22  NRC for certain portions of that deposition notice.
23          Do you understand that?
24      A   Yes.  Yes, I do.

Page 11

1      Q   And I'd like to go over those portions
2  that it is my understanding you have been designated
3  to address.
4          Item number 2, Mr. Williamson has said
5  some of --
6          MR. WILLIAMSON:  Actually, she's just
7  doing 3.  Frank was 2.
8          MR. BARON:  Okay.  That's not what I
9  had originally, but, okay, she's just doing
10  3.
11  BY MR. BARON:
12      Q   So you're doing item 3, item 5 and items
13  12, 15 and 17; is that --
14          MR. WILLIAMSON:  She can do 5, although
15  I actually thought that was just Frank, isn't
16  that?  I thought that was just Frank Cardile.
17          MR. BARON:  All I can say is that when
18  I spoke to you on the phone, I wrote it down
19  and that's what my note shows.
20          MR. WILLIAMSON:  Actually, you sent an
21  E-mail, but 5 is -- you already had Frank on
22  5.  Frank Cardile on 5, certainly.
23          I mean, I think that there are some
24  that she'll probably touch on anyway.  So I

Page 12

1  don't have a problem with it, if you don't
2  have a problem with it, Ms. Trottier.
3          THE WITNESS:  I don't have a problem
4  with it.  I think Frank has a more complete
5  understanding because our office was not
6  actually preparing the regulation at the
7  time.
8          MR. WILLIAMSON:  So why don't we take 5
9  out?  That was Frank.
10          And then what did you say?
11          MR. BARON:  Let me -- Don, as I
12  understand it, Frank Cardile's role with
13  regard to number 2 was limited by his
14  involvement.
15          MR. WILLIAMSON:  Correct.  And you're
16  getting -- and as I said this morning,
17  Dr. Meck is coming in for the remainder of
18  the '92 contract that Frank was excluded on.
19          MR. BARON:  Okay.  Fair enough.
20          And then 12, 15 and 17?
21          MR. WILLIAMSON:  12 -- 12, right.
22          And the one thing I wanted to point
23  out, I appreciate the change in the language
24  on 12.  The only problem is -- and it's a

**METRO REPORTERS, INC.**
(703) 968-9796    FAX (703) 643-3039    reporters@cox.net

Page 13

1    small one because -- is that J says any
2    violation of SAIC's contracts.
3         This witness can certainly talk to the
4    factual issues surrounding that, but she's
5    not an attorney, nor have we designated her
6    as a legal expert on what constitutes breach
7    of contract. And so --
8         MR. BARON: I may ask her for her
9    understanding.
10        MR. WILLIAMSON: Sure.
11        MR. BARON: I understand she's not an
12   attorney.
13        MR. WILLIAMSON: Sure.
14        THE WITNESS: Okay.
15        MR. WILLIAMSON: And then we are --
16   we're not going to have -- we're going to
17   have Mary Maze (phonetic spelling) do 15 only
18   because, again, this witness's answer would
19   be none, but we do want to make sure that we
20   have covered the waterfront. And so we'll
21   designate Ms. Maze on 15.
22        MR. BARON: On 17, she is designated?
23        MR. WILLIAMSON: Actually, it's -- 17,
24   right. That's correct.

Page 14

1         THE WITNESS: Yes.
2         MR. BARON: Okay. Let me recap for a
3    minute to make sure we're all talking about
4    the same thing.
5         She is not going to speak to 2 or 5,
6    but she will speak to 3, 12, 15 and 17?
7         MR. WILLIAMSON: And 13 and 14 should
8    be on there as well.
9         MR. BARON: Oh, that's --
10        MR. WILLIAMSON: There's none, but you
11   can ask her as well as anybody else.
12        In other words, what she can -- on 13
13   and 14, just to be clear, the answer is going
14   to be with respect to both of those that none
15   before November 1999. And then we basically
16   pick up with some of the stuff that you're
17   going to be covering with her on 12 after
18   November 1999.
19        MR. BARON: Okay. Well, we'll see how
20   it works as we go along.
21        MR. WILLIAMSON: Okay.
22   BY MR. BARON:
23        Q  One of the things you have been designated
24   for, Ms. Trottier, is number 17, the factual basis for

Page 15

1    damages allegedly suffered by the NRC?
2         A  Uh-huh.
3         Q  I'd like you to state for us what that
4    factual basis is and -- you may proceed.
5         A  Okay. Before I answer, could you
6    explain -- just elaborate a little on the term factual
7    basis so I'm sure I understand what I'm answering.
8         Q  Well, you shouldn't speculate. You
9    shouldn't -- you should respond based on the facts you
10   know --
11        A  Okay.
12        Q  -- which are the basis for any allegation
13   that the NRC has suffered damages.
14        A  Okay.
15        Q  And I would defer to your counsel, who can
16   advise you on that, but that's what I'm asking.
17        MR. WILLIAMSON: And I'll object just
18   because it's an incredibly broad question.
19   But to the extent she can by memory testify
20   to these things as opposed to being prompted,
21   she's free to do so.
22        MR. BARON: And if she's not -- if she
23   does not have the knowledge, then we would
24   ask that somebody else be designated after

Page 16

1    all to speak on behalf of the NRC.
2         MR. WILLIAMSON: Well, she has the
3    knowledge. However, she doesn't need to have
4    a photographic memory of the various -- no
5    one would have a photographic memory.
6         I mean, this is one of the reasons why,
7    you know, we would certainly be putting
8    this -- there's various documents that have
9    been produced that go to these issues, but
10   she can certainly talk about the source of
11   the various damages that have been suffered
12   by the NRC as a result of the SAIC conflict
13   of interest.
14        Now, you know, does she remember that
15   on the '92 contract that SAIC was paid
16   2,663,000 something cents? She doesn't have
17   to memorize that. Those documents have been
18   produced. But what she can --
19        MR. BARON: Well, then -- go ahead.
20        MR. WILLIAMSON: Okay.
21        MR. BARON: Well, I'd like to -- before
22   then --
23   BY MR. BARON:
24        Q  Before you answer: What investigation, if

Page 17

1  any, have you undertaken to familiarize yourself with
2  the facts on all of these issues for which you've been
3  designated?
4      A   I came up yesterday and spent a few hours
5  going over some files that pertain to the case. It
6  has been a number of years since I was actively
7  involved in it, so I wanted to refresh my memory on
8  some of the documents.
9          I looked at documents that we generated
10  and also documents that we received from SAIC. So I
11  didn't look at anything in great depth, but I just
12  wanted to make sure that I was accurate in what I
13  answered as far as the nature of the case.
14      Q   And can you describe for me what documents
15  you looked at?
16      A   Some of our SECY papers that we wrote
17  regarding recycle and clearance, information about the
18  contracts that I had in the file, which was not
19  complete. I did not have the complete contracts
20  because I was not the project manager.
21          I looked at maybe one or two of the
22  deliverables. I can't remember whether I looked at
23  two of the deliverables that SAIC gave us that they
24  did for others. And I did look at -- I reviewed the

Page 18

1  National Academy of Sciences report that they
2  generated at our request.
3      Q   As you indicated, you were not the project
4  manager --
5      A   Correct.
6      Q   -- for the -- you're not letting
7  me finish.
8      A   I'm sorry.
9      Q   I understand the impulse, but it helps if
10  you don't --
11      A   I'm an extrovert, I'm sorry.
12      Q   The -- you did say you were not the
13  project manager for either the '92 or the '99 NRC
14  contract.
15          What was your relationship to those
16  contracts during your tenure?
17      A   I was the manager over this work. The
18  Office of Research was charged with the responsibility
19  to develop rulemakings. This task changed in 1998, I
20  believe.
21          This was a rulemaking that was, I would
22  say, caught in the middle of this transition. So when
23  we initiated this work in 1992, it was to support a
24  rulemaking that our office was responsible for

Page 19

1  promulgating.
2          This was a very large rulemaking, so it
3  was not the kind of rulemaking that we did entirely on
4  our own. We had help from other offices. But
5  nonetheless, we had the administrative responsibility
6  to prepare the technical basis, including all the
7  documentation that supports a proposed rule, which
8  would be a regulatory analysis, an environmental
9  impacts statement, all of those pieces, so that the
10  initial work that we normally do when we promulgate a
11  rule, unless it's, you know, a simple administrative
12  rule, is to conduct research that would support the
13  development on an adequate technical basis.
14      Q   Well, how would -- let's say, just so I
15  understand the structure, how would Mr. Cardile, when
16  he was the project manager, or Dr. Meck, when he
17  became the project manager, how do they link up with
18  your role, if at all?
19      A   They reported to me. I was their
20  supervisor. Within the structure of our organization,
21  we would sometimes have an intermediate supervisor and
22  sometimes not.
23          As this -- when this began, I was not the
24  supervisor. I was not the supervisor in 1992. I was

Page 20

1  a supervisor in the branch, but I was not the
2  supervisor of this work.
3          In fact, I believe that Dr. Meck was the
4  actual section chief when Frank Cardile started out
5  working on this contract. And then at some point,
6  there was a switch so that -- we took on a separate
7  rulemaking, which was the license termination rule,
8  and there was a personnel switch. So that --
9      Q   About when was that, do you know?
10      A   I would guess around --
11          MR. WILLIAMSON: I would just have the
12  record reflect that the witness had not
13  finished answering the previous question, but
14  go ahead.
15          THE WITNESS: Around '94 maybe.
16          Anyway, during that time, there was
17  also a switch in the management structure in
18  our branch, and I was appointed as the
19  assistant branch chief and there were no more
20  section chiefs. And I don't remember the
21  exact date, but it was sometime, I would say,
22  '93, '94 at the latest.
23          So then Dr. Meck or Mr. Cardile,
24  whoever was managing that contract, would

Page 21

1  have reported directly to me.  That remained
2  until the time when a subsequent branch chief
3  retired, the position of branch chief was
4  vacated, and I applied for and was appointed
5  to the position.  I actually held that
6  position in an interim period for one year
7  until I was selected for the position.
8  BY MR. BARON:
9      Q   When you got to that position, was this
10  project still under your --
11     A   Yes.
12     Q   -- jurisdiction?
13     A   Oh, yes.  It was always under my
14  jurisdiction.
15     Q   Okay.
16     A   Always.
17     Q   All right.
18     A   And I don't think -- there may have been a
19  short period of time when there might have been a
20  section chief overseeing this work that would be in
21  between me and the project manager.  But, again, I'm
22  not sure of the dates.
23         There was a person, Rosemary Hogan, who
24  was a section chief for a short period of time.  But

Page 22

1  most of the time, I was the direct manager over this
2  work.
3      Q   I want to come back to the topic for which
4  you have been designated to speak, and that is the
5  factual basis for the damage allegedly suffered by the
6  NRC as stated in the complaint.
7      A   Okay.  As I stated, the task for our
8  office is to develop technical basis to support
9  rulemaking.  We contracted with SAIC to prepare that
10  technical basis for us.
11         As a result of -- and we published the
12  draft of that.
13     Q   The draft NUREG-1640?
14     A   The draft NUREG-1640.  We published that
15  for public comment as we were on a path to a
16  rulemaking.
17         And in the process of doing that, we held
18  public meetings and -- if I could go back just a
19  little bit, the history might be helpful -- there was
20  a previous effort that the Agency engaged in called
21  the policy of below regulatory concern.  And there was
22  a huge public outcry about that, primarily due to
23  process, that the Agency did not have a full and open
24  airing of views when they published that process.

Page 23

1      Q   Let me stop you there for a moment.
2          Am I correct that a lot of the opposition
3  was also not simply process but people who were
4  against the idea of radioactive material?  Whether
5  they were right or wrong in their fears, they were
6  against the idea of it being released to the public?
7      A   Yes.  The reason I bring up the process
8  part is the Agency decided as a corrective action to
9  develop a more participatory process in rulemaking
10  than is required by the Administrative Procedures Act.
11  Rather than just publish a rule for comment, they
12  wanted to have meetings.
13         The rulemaking that we did on terminating
14  sites and setting the radiological criteria for that
15  used this meeting approach.  It was not entirely
16  successful.
17     Q   How so?
18     A   Well, when you try to obtain group
19  consensus --
20         MR. WILLIAMSON:  Can I just state a
21  concern?  Not an objection, but the concern I
22  have is that pending all of this, she's like
23  now in the middle of a very broad question
24  that she hasn't come close to finishing.

Page 24

1          And you have every right to ask
2  questions, but my concern is that somewhere
3  back there, she's still now about a paragraph
4  into what I suspect would have gone on a
5  while and correctly so.
6          And I just want the record to reflect
7  very clearly that she has not had an
8  opportunity to finish the question three
9  times ago.
10         MR. BARON:  I understand that.  I'm --
11  I'm --
12         MR. WILLIAMSON:  I just don't want that
13  to be the end of --
14         MR. BARON:  No, no.
15         MR. WILLIAMSON:  -- what your factual
16  basis is because she's only gotten to the --
17         MR. BARON:  No.  But since she is
18  giving a very long answer and in the course
19  of --
20         MR. WILLIAMSON:  It's a very broad
21  question.
22         MR. BARON:  I understand that.  But in
23  the course of it, sub issues come up --
24         MR. WILLIAMSON:  Right.

Page 25

1     MR. BARON:  -- which I think will be
2     much easier to deal with as they come up
3     rather than to wait through the whole thing
4     and then go all the way back to something she
5     may have said five or ten minutes ago.
6         So it's not intended to distract you.
7     If you find it distracting, tell me and I'll
8     try not to do it.  I think it's helpful.
9     MR. WILLIAMSON:  I just want the record
10    clear that I don't think --
11    MR. BARON:  I didn't think she had
12    finished her answer.
13    MR. WILLIAMSON:  And that is not the
14    full factual basis.  That's all I wanted --
15    THE WITNESS:  I'm okay, because I have
16    a path I'm headed down here and I know what
17    I'm doing.
18 BY MR. BARON:
19    Q   I trust you.
20    A   Anyway -- so the issue was -- and I agree
21 with you.  There are people who do not want to have
22 radioactive material anywhere, and they were a
23 component.
24        But nonetheless, the issue was that the

Page 26

1 Commission was concerned -- oh, you had asked me the
2 question about the license termination rule.
3        The reason why there was a problem was
4 that the group came to a consensus that a good number
5 would be 15 millirem -- I'm going to use this number
6 because it has no meaning.  It's just the context of
7 it -- and the Commission ended up making a rule that
8 it was 25 millirem.  Well, that's a bigger number.
9 And so --
10    Q   Does that mean more would be released?
11    A   More would be released.  So those who
12 participated in the discussions felt it was a
13 consensus-building process and that their views would
14 be used, and they came out saying you didn't use our
15 views at all.
16        So when we moved to this next rulemaking,
17 which would be the clearance rule, the Commission was
18 reluctant to go so far but it did tell the staff to at
19 least have public meetings, which is not always done.
20        So we were in the process of having these
21 public meetings.  In fact, we were at the last public
22 meeting.  A big section of our stake holders had never
23 shown up, and those were the people who were opposed
24 to what we had done with license termination, thinking

Page 27

1 we were ignoring their views.  They never showed up.
2        But they did show up for the last meeting,
3 which was here in Washington, D.C., and that's when
4 the allegation was raised of the conflict of interest
5 with our technical basis.
6        As a result of what I perceived as that
7 cloud hanging over that technical basis, it's unlikely
8 in my mind that NRC would be able to ever move forward
9 on a rulemaking using that as the technical basis
10 because the lack of trust had already been
11 demonstrated by these stake holders in what we had
12 done with the other rulemaking, and now it's
13 compounded by the fact that we now are moving into a
14 new rulemaking and it looks like we're as distrustful
15 as we showed them before because we did not produce a
16 document that was without taint.
17        And so my contention is that that cloud,
18 which I don't think can be removed, is the basis for
19 the damages that we have suffered.
20    Q   Is that your full answer?
21    A   Yes.
22    MR. WILLIAMSON:  Fair enough.
23    MR. BARON:  Okay.
24 BY MR. BARON:

Page 28

1    Q   I would like to go into what steps were
2 taken when these issues were raised concerning the
3 alleged taint to remedy it.
4        Am I correct, first of all, that there was
5 what I'll call a peer review process initiated to
6 determine whether the calculations, the dose
7 assessments, et cetera, that had gone into NUREG-1640
8 were valid, good science?  Was that undertaken?
9    A   We did hire a contractor.
10    Q   Who was that?
11    A   We hired Southwest Research Institute.
12    Q   And are they connected with CNWRA?
13    A   Yes.  They are a contractor that supports
14 the work at Yucca Mountain.  That's their primary
15 function for the Nuclear Regulatory Commission.  But
16 they do have the capability of doing other work, and
17 they were asked to do this peer review.
18    Q   And were they paid for their services?
19    A   Yes, they were paid.
20    Q   Do you know how much they were paid,
21 approximately?
22    A   Around $100,000.
23    Q   Okay.
24    MR. BARON:  Can we have this marked as

## Page 29

1  the next exhibit?

2      (NRC Deposition Exhibit No. 4 was marked

3  for identification.)

4  BY MR. BARON:

5      Q  Ms. Trottier, you've been handed what's

6  designated or marked as NRC Deposition Exhibit

7  Number 4.

8      A  Yes.

9      Q  Please take a moment and review it.

10     A  Okay.

11     Q  And do you recognize this as the report by

12  CNWRA that they were asked to do with regard -- the

13  peer review they were asked to do of NUREG -- draft

14  NUREG-1640?

15     A  Yes.

16     Q  Let me ask you this:  Was it contemplated

17  that draft NUREG-1640 would be peer reviewed in any

18  event, regardless of the controversy that was stirred

19  up?

20     A  The project manager, that is, Dr. Robert

21  Meck, told me that SAIC had already performed a peer

22  review.

23         So I would say the answer to that question

24  is, no, we were not intending to do another peer

## Page 30

1  review.  This was viewed as an additional peer review.

2      Q  Let me turn your attention to the page

3  headed abstract.  It's the third page.

4      A  Yes.

5      Q  The first sentence says this report

6  summarizes the results of a technical review that the

7  Center for Nuclear Waste Regulatory Analyses performed

8  on draft NUREG-1640.

9         Then jumping down to the first sentence of

10  the next paragraph:  The review revealed that, in

11  general, SAIC performed a high-quality analysis in

12  draft NUREG-1640.

13         And then dropping down to the last

14  sentence in that paragraph:  The CNWRA review of the

15  QA program that SAIC used in the development of the

16  draft NUREG revealed that it was appropriate and

17  effectively implemented throughout the development of

18  the document.

19         Did I read that correctly?

20     A  Yes.

21     Q  Did that satisfy you that, in fact, the

22  work that SAIC had done was of high quality and was

23  reliable a science?

24     A  The report identified some flaws that

## Page 31

1  needed correction.

2         One shortcoming of this report -- and to

3  me, that's the major shortcoming of it -- is it was a

4  sampling of analyses.  They did not check every

5  analyses -- every analysis.

6         That is a potential problem because a

7  detractor who is trying to find fault with the

8  document will raise the issue that you've only looked

9  at some of the analyses; you haven't looked at all of

10  the analyses.

11         So while it met the definition of

12  performing a review, it wasn't as detailed as one

13  would really want in a really thorough peer review.

14     Q  Okay.

15     A  It did identify some shortcomings that was

16  a good thing, but the fact that it was only a sampling

17  review doesn't give me the satisfaction that I have

18  high assurance on quality.

19     Q  Another peer review -- another review of

20  the draft NUREG-1640 was undertaken by the National

21  Academy of Sciences; is that correct?

22     A  Yes.

23         MR. BARON:  Let me have this marked as

24  5.

## Page 32

1      (NRC Deposition Exhibit No. 5 was marked

2  for identification.)

3         MR. WILLIAMSON:  Only excerpts?

4         MR. BARON:  Well, I've got the whole

5      book here, but I don't want her to have to

6      read the whole book.  So I'm going to focus

7      on these excerpts.

8  BY MR. BARON:

9      Q  But if you want to look at the entire

10  volume, it's right here.

11     A  Okay.

12         MR. WILLIAMSON:  Well, you should

13     identify it for the record.

14         MR. BARON:  I will.  I will.  It's my

15     deposition, Don.

16         MR. WILLIAMSON:  Right, no.  But I

17     don't want it to be said -- I just don't want

18     any confusion that she's looking at The

19     Disposition Dilemma because --

20         MR. BARON:  She will because that's why

21     I have it here.

22         MR. WILLIAMSON:  Well, then, I'd like

23     to mark the whole book, if she's looking at

24     the whole book.

## Page 33

1         MR. BARON:  This will be marked as 5-A.
2         (NRC Deposition Exhibit No. 5-A was marked
3 for identification.)
4 BY MR. BARON:
5    Q   Ms. Trottier, I'm going to hand you a
6 paperback volume that's been marked Deposition Exhibit
7 Number 5-A.  It's entitled The Disposition Dilemma,
8 Controlling the Release of Solid Materials from
9 Nuclear Regulatory Commission-Licensed Facilities.
10        Do you see that?
11   A   Yes.
12   Q   And I have given you an excerpt from this
13 volume that I'm going to ask you about that's been
14 marked as Exhibit 5.  Okay?
15   A   Okay.
16   Q   First of all, is that a study that was
17 commissioned by the NRC as an additional review of
18 SAIC's work on draft NUREG-1640?
19   A   The NRC did commission this work to be
20 broader than a review of draft 1640.
21        This work was commissioned to look at the
22 overall issue of, as we called it here, controlling
23 the release of solid material or clearance, and they
24 did look at the technical basis that had been

## Page 34

1 developed to date, which was the draft NUREG-1640.
2         They looked at the technical basis that
3 had been started by EPA and others, including
4 international groups, that were working on this issue.
5 So the 1640 review was a part of their review.
6    Q   Was that review of draft 1640 something
7 that was requested by NRC as part of the overall
8 analysis?
9    A   I don't think so.  I don't remember.  I
10 don't have the letter that we sent to the National
11 Academies.  The document, I believe, in the beginning
12 summarizes the request, but I don't think that it
13 lists everything that was -- everything that was in
14 the request.
15        So in the absence of having the letter, I
16 couldn't tell you whether NUREG-1640 was specifically
17 spelled out, but it was -- we did ask them to look at
18 what was developed to date.
19   Q   Let me direct your attention to page 86 of
20 this volume.  It should be contained within the
21 excerpts that I put in front of you, and it's under
22 the heading Draft NUREG-1640.
23   A   I'll use this.
24   Q   86?

## Page 35

1    A   Yes.
2    Q   Do you see where I'm referring you to?
3    A   Yes, draft NUREG-1640.
4    Q   Now, in the first paragraph, sort of in
5 the middle of it, you see where it says it's reviewing
6 draft NUREG-1640, and then it says the risk assessment
7 methodology is largely state of the art.
8         Do you see that?
9    A   Yes.
10   Q   And the last sentence in that paragraph
11 says the draft does not discuss implementation issues.
12   A   That's correct.
13   Q   Now, am I correct that you're
14 understanding that SAIC was not promulgating a rule or
15 setting a standard, that they were -- is that correct?
16 Let me stop there.
17   A   Yes.  SAIC was asked to develop the
18 information that would support rule promulgation.
19   Q   Now, going on to the next paragraph, first
20 sentence:  Although NUREG-1640 is a draft for review
21 and comment, it is a sophisticated product and does
22 many things well.  And it goes on to analyze that.
23        Do you have any reason to dispute that
24 conclusion of the National Academy of Sciences or

## Page 36

1 either of these conclusions that we've touched upon?
2         MR. WILLIAMSON:  Objection to the form.
3         MR. BARON:  Let's break it down.
4         MR. WILLIAMSON:  Yes.
5 BY MR. BARON:
6    Q   Let's go back to the first paragraph where
7 we quoted the risk assessment methodology is largely
8 state of the art.
9         Do you have any reason to question or
10 disagree with that statement?
11   A   No.  I think that is a methodology that
12 many use today that would be classified as state of
13 the art.
14   Q   And the draft -- the quote, the draft does
15 not discuss implementation issues, that's accurate, is
16 it not?
17   A   That's true.
18   Q   And the statement that although NUREG-1640
19 is a draft for review and comment, it is a
20 sophisticated product and does many things well, do
21 you dispute that?
22   A   That's -- I would not dispute that.
23   Q   Now, Sandy Cohen & Associates --
24        You're familiar with that company?

Page 37

1      A   Yes.
2      Q   -- what role did they play in the work to
3   be done on draft 1640?
4      A   I believe that they were a subcontractor
5   to SAIC, but I'm not the right witness to explain
6   their exact role at the time of the '92 contract.
7          I know what their role was with the '99
8   contract, but I don't -- I don't know enough about
9   what they did to support the '92 role.
10     Q   Is it part of your assessment of damages
11  that any moneys paid to Sandy Cohen & Associates to
12  complete any work that had to be done on NUREG-1640
13  after SAIC's role stopped, is that part of your
14  calculation of damage?
15     A   The money paid to SC&A?
16     Q   Yes.
17     A   Yes, because we had asked SC&A to complete
18  the work that was undone on the '99 contract, which
19  was most of the work.
20     Q   But that work would have -- you would have
21  had to pay for that work to somebody to complete it;
22  isn't that true?
23     A   The work that Sandy Cohen & Associates did
24  on the draft NUREG would primarily address comments

Page 38

1   from the peer review and they would address public
2   comments because the draft was put out for comment.
3   So that work was envisioned under the '99 contract, so
4   I guess it was primarily the comments from the peer
5   review and possibly the NAS study.
6          It's hard to tell whether or not the NAS
7   study would have occurred in the absence of the issues
8   surrounding the technical basis or not, but
9   nonetheless, you know, at least the work that was done
10  for the peer review was work they then had to do.
11     Q   Do you know how much they were paid for
12  their work?
13     A   For the '99 contract?  There was no
14  separate contract to just address the comments from
15  the peer review.  That was --
16     Q   What were they paid --
17     A   -- incorporated.
18     Q   Right.  How much were they paid overall?
19     A   I think it was over a million dollars,
20  maybe a million and a half.
21     Q   And --
22     A   They had exceeded their projection by a
23  lot.
24     Q   Okay.  And is there any way to determine

Page 39

1   that you can determine what portion of that was work
2   that simply had to be done that somebody would have to
3   do and somebody in the NRC would have to pay to do it
4   and how much of it was occasioned by the events that
5   arose out of the allegations that there was a conflict
6   of interest?
7      A   Could you repeat the question?  I was
8   thinking, and I got distracted.
9      Q   Let me rephrase it and try to do it a
10  little more simply.
11     A   Okay.
12     Q   Is there any way to extrapolate from that
13  number, whatever it was, that gross number, that
14  amount of money that was paid to them for work that
15  had to be done, somebody would have gotten paid to do
16  it because it had to be done to finish the project, as
17  distinguished from work that you have suggested was
18  done because of the allegations of conflict of
19  interest?
20     A   Okay.  I will give you two answers here,
21  because there's a -- there's a part A answer which
22  says one could estimate the amount of factual changes
23  that needed to be made as a result of peer review.
24         But the part B answer is it's not possible

Page 40

1   to determine that simply having a new contractor take
2   over that work that you can eliminate the issues
3   surrounding the document because they did not
4   recalculate everything, they did not go back and
5   challenge every parameter.
6          And if you were an individual who did not
7   believe that this document was done in an unbiased
8   way, you would not think that having had SC&A do this
9   work that there were no questions anymore because we
10  took what was done basically on face value.  We did
11  not have the resources to go back and start over from
12  ground zero.  We just addressed those comments that
13  were provided to us.
14     Q   And didn't the National Academy of
15  Sciences address that issue and say that it was not
16  worth going back to redo the calculations, that they
17  said the calculations should be accepted?
18         MR. WILLIAMSON:  Objection.
19  BY MR. BARON:
20     Q   You can answer.
21     A   I don't remember what they said.  I could
22  go back and look at it.  I remember that they spoke to
23  the issue, but the exact words --
24     Q   Well, I'm not asking for the exact words

Page 41

1  but --
2      A  Okay.
3      Q  -- isn't it true that they said we're
4  aware of this cloud and we don't think that the
5  calculation should need to be redone?
6          MR. WILLIAMSON: Objection.
7          THE WITNESS: My assessment is the
8      National Academy was never definitive on the
9      success we would have if we tried to use
10     NUREG-1640.
11 BY MR. BARON:
12     Q  That wasn't my question.
13     My question was: Isn't it true that the
14 National Academy looked at the issue of the so-called
15 cloud on the draft NUREG-1640 and said that we're
16 aware of this, but we don't believe that it's
17 necessary to redo the calculations for these dose
18 assessments?
19         MR. WILLIAMSON: Objection.
20         THE WITNESS: I feel like the actual
21     words should be looked at. It was not as
22     innocent-sounding as that sentence. And I
23     believe they left it --
24         MR. WILLIAMSON: I'm certain you said

Page 42

1      so-called cloud.
2          THE WITNESS: They left it open that it
3      was unknown what the impact of the conflict
4      of interest would be, that that was an
5      unknown.
6          May I read?
7  BY MR. BARON:
8      Q  Please. What page are you on?
9      A  Page 170. It's finding 5.7.
10     The dose factors developed in draft
11 NUREG-1640 should not be used to derive clearance
12 standards for categories of blah, blah, blah, other
13 than those considered in the draft NUREG-1640, without
14 assessing the appropriateness of the underlying
15 scenarios.
16     And I believe that there were stronger
17 words in another place that also said that -- you
18 know, because they use -- let me go back to finding
19 5.4, provides a conceptual framework.
20     Well, what the Agency needed was specific
21 numbers, numbers that would form concentration limits
22 that would allow the release of material. If those
23 numbers are questioned, then when you go into proposed
24 rulemaking space, the whole proposed rule was

Page 43

1  questioned because the public has no confidence in the
2  numbers.
3      Q  Well, let me ask you this: Has this
4  proceeded from a NUREG to a rule proposal?
5      A  No.
6      Q  So you are speculating as to what the
7  public reaction will be without knowing; isn't that
8  true?
9      A  It is not out as a proposed rule, so I
10 don't have facts to support that assertion.
11     Q  It's your speculation, your guess, your
12 theory?
13     A  Based on all the feedback that we've
14 received to date.
15     Q  Well, back in 1985 to '92 when -- well,
16 I'll get the exact dates.
17     The earlier effort by the NRC to establish
18 the below regulatory concern, there was a big flap
19 about that, was there not?
20     A  Yes.
21     Q  And, indeed, Congress ended up passing a
22 law to stop the NRC from going in that direction;
23 isn't that true?
24     A  Yes.

Page 44

1      Q  And that had nothing to do with SAIC?
2      A  That's true.
3      Q  And that arose out of people who were --
4  well, we've already talked about it -- who were
5  against the whole idea of regulatory -- of radioactive
6  material being put into the public commerce; isn't
7  that true?
8      A  That's true.
9      Q  But you -- there has been no effort since
10 2003 when NUREG-1640 was published to proceed with any
11 rulemaking based upon it; isn't that true?
12     A  The Commission, as far as I know, has
13 decided to defer that rulemaking for the time being.
14         MR. BARON: Let me have this marked.
15         (NRC Deposition Exhibit No. 6 was marked
16 for identification.)
17 BY MR. BARON:
18     Q  Would you take a look at what has been
19 marked as NRC Exhibit 6?
20     A  Okay. I know what this is.
21     Q  Okay.
22     A  I have not reviewed every sentence, but I
23 know what this is.
24     Q  Well, let's see if we can identify it for

## Page 45

1 the record.
2     This is a review of SAIC draft report
3 Radiological Assessment for Clearance of Equipment and
4 Material from Nuclear Facilities done by SENES Oak
5 Ridge, Inc.?
6     A  Yes.
7     Q  And it's the Center for Risk Analysis,
8 correct?
9     A  Yes.
10    Q  And you alluded earlier to a peer review
11 that SAIC had contracted for earlier in your
12 testimony.
13        Do you understand that that is that peer
14 review?
15    A  This is one of them.  I believe there was
16 maybe one -- there may be one for several individuals.
17 This was, I believe, an individual's review.
18    Q  An individual's review?
19    A  I believe that she did the review.
20    Q  Well, it's signed by Owen Hoffman
21 and Kathleen --
22    A  Okay.  Well, those two people, but I
23 believe that there were -- maybe not, but I thought
24 there was another review besides -- only the project

## Page 46

1 manager, Dr. Meck, would answer that correctly.
2     Q  Did you get a copy of this in your role,
3 as a supervisory role?
4     A  I may have.  I do remember seeing it.  I
5 remember seeing that there were numerous criticisms of
6 the document in this.
7     Q  Well, let's look at page 1 where SAIC had
8 specified the issue of whether the analysis was
9 technically sound and correct.  And let me direct your
10 attention to the first sentence of the second
11 paragraph under that heading.
12        Do you see that?
13    A  On the whole.
14    Q  On the whole, the analysis of recycle and
15 reuse (the material flow models) and the estimation of
16 radionuclide-specific dose factors based on a unit
17 level of contamination in scrap material are
18 technically sound and correct.
19        Do you see that?
20    A  Yes.
21    Q  Do you have any basis for disagreeing with
22 that?
23    A  No.
24    Q  Okay.  And let me direct your attention to

## Page 47

1 page 3 under item 2.
2     Do you see that?
3     A  Yes.
4     Q  Reading from the first paragraph under
5 that -- the question was is the analysis comprehensive
6 in its approach and implementation, and the first
7 paragraph states:  The analysis was designed to be
8 comprehensive in scope while still being generic in
9 application.  The authors have succeeded very well at
10 this, with a good set of exposure scenarios for each
11 of the materials examined.
12        Do you see that?
13    A  Yes, I do.
14    Q  And do you have any reason to discredit
15 that or doubt it?
16        MR. WILLIAMSON:  Objection.
17        THE WITNESS:  I will state that I did
18    read that, and I remember specifically when I
19    read this saying to the project manager, for
20    having some nice laudatory words in here,
21    they go on to have numerous problems and how
22    are you going to address them.  I do remember
23    having this conversation.
24        So I do remember this review, and I do

## Page 48

1    remember that they found a lot of items that
2    needed to be addressed.
3 BY MR. BARON:
4     Q  And do you have a dollar figure -- when
5 you were asked to testify to the factual basis for the
6 damage, do you have a dollar figure of the damage
7 suffered by the NRC in your estimation?
8     A  If I were going to come up with a dollar
9 figure for this, going back to my original statement,
10 that in order to provide the assurance that would be
11 needed for those skeptics that there is bias in the
12 document, one would need to redo all of the work.
13        And so it would imply that you would spend
14 as much money the second time as you spent the first
15 time, which would be over 2 million.
16    Q  And everything, in your view, has to be
17 thrown in the garbage and started over again?
18    A  It would need to be reanalyzed.  I don't
19 think you could pick and choose items to look at.  I
20 think you would have to look at it all.  You would
21 have to check or validate the scenarios, the
22 parameters and the modeling --
23    Q  Well, since --
24    A  -- for all of it.

## Page 49

1     Q  I'm sorry, have you finished?

2     A  Yes.

3     Q  Since all of that is done -- has been done

4  once, would it not be much simpler for someone to go

5  back over that work to validate it than what it would

6  take to start from scratch with just blank pages and

7  do the whole thing over?

8     A  I could not estimate the amount that it

9  would cost to redo it --

10    Q  I understand.  But would you agree --

11    A  -- precisely.  All I'm --

12    Q  I understand.

13    MR. WILLIAMSON:  Alan, I'm sorry, this

14  is getting a little bit extreme, that

15  she's --

16    MR. BARON:  It's not extreme.  I

17  thought she had stopped.

18    MR. WILLIAMSON:  Okay.  It's half a

19  sentence into her answer, and she's being

20  stopped.

21  BY MR. BARON:

22    Q  I apologize.  Please continue.

23    A  Okay.  In that I'm trying to convey that

24  in order to have the issue of bias ruled out in the

## Page 50

1  minds of those who believe there is bias, you would --

2  I believe you would need to start afresh, not just

3  redo exactly what was done before.  But there would be

4  a significant amount of cost involved in bringing

5  somebody new in to look at the science of the issue.

6     Somebody would say, you know, what would

7  be the right exposure scenarios.  Not to go back and

8  look at the 80 that we did and say, well, these look

9  good to me, but to actually start afresh with an

10  evaluation of where are the correct scenarios.  I just

11  don't see that you will have success if you don't look

12  at it from that perspective.

13    Q  And this is despite the conclusions of the

14  National Academy of Sciences, the CNWRA and the SENES

15  report that came out along the way?

16    MR. WILLIAMSON:  Objection.

17  BY MR. BARON:

18    Q  Are you taking all that into account in

19  your conclusion?

20    A  I'm taking into account that we did have

21  reviews done.

22     I also think it's important to recognize

23  that there are issues raised in those reviews that

24  have not been addressed and need to be addressed, and

## Page 51

1  the NUREG-1640 document, you know, is not necessarily

2  capable of standing on its own.

3     If that's the -- if the challenge is to

4  have a document without bias, I think you need more

5  than just to address the comments that have been

6  provided.

7     Q  Well, let me ask you about that.  You say

8  a document without bias.  A document, perhaps, without

9  perceived bias --

10    A  Maybe.

11    Q  -- or people who think there's bias.

12    A  I'll --

13    Q  Isn't that really what you've been talking

14  about?

15    A  I'll accept that.

16    Q  Okay.  Nevertheless, NUREG -- draft

17  NUREG-1640 was published as NUREG-1640, was it not?

18    A  Yes, it was.

19    Q  And if you or the NRC believed that this

20  was so much under a cloud, why did you publish it?

21    MR. WILLIAMSON:  Objection.  What is

22  this?

23    MR. BARON:  NUREG-1640.

24    MR. WILLIAMSON:  So -- well, when you

## Page 52

1  say --

2     MR. BARON:  Well, let me rephrase it.

3  BY MR. BARON:

4     Q  Why was NUREG-1640 published from its

5  former draft status, if, as you say, it had such a

6  cloud that it was more inflammatory than helpful?

7     A  Well, I will say it hasn't been used for

8  rulemaking.

9     Q  But that was not my question.

10    A  I know that.  I'm just giving you some

11  background on what I perceive its role today.

12     There was a desire to finish this work up,

13  and there was an attempt to make some modifications to

14  the document to address concerns that have been

15  raised.  Those modifications were constrained by

16  available funding and a desire on the part of our

17  Commission to move forward with rulemaking.  So we did

18  not have a lot of time.  We made the fixes that we

19  could make easily.

20     I believe this NUREG, as every NUREG, has

21  a disclaimer in it.  This is a staff document.  There

22  could be errors in it.  There was a process underway

23  at the time we were working on this to move forward on

24  international standards.  They wanted information from

Page 53

1 the NRC. They wanted to be able to use some of this
2 information in helping them evaluate the standards
3 they were coming up with.
4       And a crisp answer on why we finalized it
5 I think was we were hoping to provide some helpful
6 guidance to the staff in making decision on how to
7 promulgate the rule. But I believe that where we are
8 today is that the document does exist, but it
9 doesn't -- it's not being used for what its purpose
10 was.
11       And I don't know to what extent the cloud
12 over this document is still not a factor. It may
13 still be a factor.
14       Q   Who is Farouk Eltawila, E-L-T-A-W-I-L-A?
15       A   My supervisor.
16       Q   Okay.
17       A   All NUREGs generated by the staff need to
18  be signed out by the division director.
19       MR. BARON: Let's have this marked,
20  please.
21       (NRC Deposition Exhibit No. 7 was marked
22  for identification.)
23       MR. WILLIAMSON: Do you have a copy for
24  me?

Page 54

1       MR. BARON: Yes.
2       MR. WILLIAMSON: Thank you.
3       MR. BARON: And let me have this marked
4  as Number 8.
5       (NRC Deposition Exhibit No. 8 was marked
6  for identification.)
7       MR. WILLIAMSON: I have two things
8  here.
9       MR. BARON: There may be. What does
10  that one say, Dear Mr. Martin?
11       MR. WILLIAMSON: Dear Mr. Martin,
12  right.
13       MR. BARON: Dated June 7, '99 at the
14  top?
15       MR. WILLIAMSON: June 7, 1999.
16       MR. BARON: Okay. It's just two copies
17  of the same thing.
18  BY MR. BARON:
19       Q   Let me direct your attention first to what
20  has been marked as Exhibit 8.
21       A   Yes.
22       Q   Do you recognize that?
23       A   I don't think he ever showed this to me.
24       Q   Whoever showed it to you?

Page 55

1       A   Dr. Meck, who signed it.
2       Q   Well, okay, but do you recognize what it
3  is?
4       A   I know what it is.
5       Q   And it is a summary -- a rating of a
6  contractor performance on a contract, and the
7  contracting question is on what has been referred to
8  as the '92 NRC contract?
9       A   Yes.
10       Q   And did you notice that the quality -- the
11  statement is in terms of the quality, the quality
12  control program ensured the highest quality product,
13  and got a 4, which is excellent.
14       Did you see that?
15       A   Yes. From the project manager.
16       Q   Yes. And the project manager is the
17  person on a day-to-day basis who is most directly
18  involved with the project; isn't that true?
19       A   That's correct.
20       MR. WILLIAMSON: Can I just make
21  sure that the document -- did we identify
22  that that was NRC 8 on the record?
23  I'm sorry, I just think we switched.
24       MR. BARON: I think we did.

Page 56

1       MR. WILLIAMSON: Okay. Thank you.
2  BY MR. BARON:
3       Q   And now I'd like to go back to Number 7.
4  And I'd like to direct your attention to the forward,
5  which appears at Roman numeral XIX, 19.
6       MR. WILLIAMSON: Are you showing off
7  your Latin?
8       MR. BARON: That's about as far as it
9  goes.
10  BY MR. BARON:
11       Q   Have you had a chance to read it?
12       A   Yes.
13       MR. WILLIAMSON: You want her to read
14  just --
15       MR. BARON: I had her read the forward.
16  I didn't mean the whole report.
17  BY MR. BARON:
18       Q   First of all, did you find anywhere in the
19  forward any suggestion from Mr. Eltawila that there is
20  a cloud on this document and that it should not be
21  relied upon?
22       A   The statement is not in there, but the
23  statement -- the forward clearly articulates what this
24  document is.

Page 57

1    Q   Do you see on page XXI where Mr. Eltawila
2  says that licensees may use the approaches, models or
3  results of this report to evaluate operational
4  situations or to prepare requests for action from the
5  NRC or state regulators.
6       Do you see that?
7    A   I see that sentence.
8    Q   Well, isn't it true that the NRC, by
9  putting this out, after having it peer reviewed,
10  evaluating it and having Sandy Cohen & Associates do
11  whatever it was going to do, felt that this was a
12  document that could be relied upon and that licensees
13  could rely upon?
14    A   I first need to be clear about something.
15  This is not signed. These documents are signed. So I
16  don't know whether this is, in fact, the real one.
17    Q   I resent the implication that we are
18  giving you a fake document, really.
19       MR. WILLIAMSON:  She didn't in any way
20  suggest --
21       THE WITNESS:  I didn't.
22       MR. WILLIAMSON:  -- Alan, that you were
23       giving her a fake document. She merely said
24       that these finals are signed. And so she

Page 58

1    can't attest to that this is a final to the
2    extent you're asking her to do that.
3       She's perfectly capable of testifying
4    to it on that condition. It's as simple as
5    that.
6       MR. BARON:  Fine.
7       THE WITNESS:  I would like to make this
8    point clear:  Project managers write forwards
9    and sometimes contractors write forwards and
10    provide them to the project managers. And
11    then this man reviews that forward --
12  BY MR. BARON:
13    Q   Who is this man?
14    A   Farouk Eltawila -- and reviews that
15  forward and frequently makes changes to that forward.
16  And I am not comfortable saying that this is, in fact,
17  the final forward.
18       This appears to be a draft of the
19  document. I recognize it, that it is. But as I said,
20  many times, the forwards change, so, you know, I'm not
21  going to attest right now that this is, in fact, what
22  the NRC said about this document.
23       I'm not saying we did not. I just would
24  have more confidence if I had the signed version in

Page 59

1  front of me.
2    Q   Well, look at the front page, and it
3  says it has a published date on it. It doesn't
4  present itself as a draft of something to be
5  published. It just says it's been published.
6    A   The contractors type these on -- every
7  document, when we send it to publications, comes in
8  this way. It gets turned into a document in
9  publications.
10       Publications does not write date
11  published. The contractor or the NRC staff, whoever
12  is generating it, writes that on there. It has no
13  meaning until it actually is in a NUREG binder
14  bound -- not binder -- bound document.
15       I'm sorry, I know I'm seeming whatever the
16  word is, but this happens all the time and I don't
17  want to, in this situation, attest to words that my
18  boss would not have approved. So maybe he did and
19  maybe he didn't.
20    Q   Let me direct your attention --
21       MR. WILLIAMSON:  There's no need to
22       apologize for accuracy.
23       THE WITNESS:  Okay. He's not my boss,
24       but he would kill me if I said that.

Page 60

1  BY MR. BARON:
2    Q   Would you take a look at the second
3  paragraph where it says this final report addresses
4  and resolves public and NRC staff comments on the
5  draft, as well as the comments received from two
6  independent reviews. One was a peer review conducted
7  by the Center for Nuclear Waste Analyses; the other
8  was a review by the National Research Council, part of
9  the National Academies.
10       Do you see that?
11    A   Yes.
12    Q   Subject to your concern that this might be
13  a bogus version of the final published NUREG-1640,
14  isn't it true that they have taken everything into
15  account and felt that, at this point, they could
16  publish it for use by licensees, et cetera, as
17  demonstrated in this forward?
18    A   I'm going to answer this to the best of my
19  ability, and I believe that the project manager also
20  should be consulted on this question.
21    Q   That would be Dr. Meck?
22    A   Dr. Meck.
23       Many of the comments we were able to
24  address, and they are addressed in this version. Not

Page 61

1  all, though.  So there are some comments that we were
2  not able to address either due to time constraints or
3  costs.
4        So it's not a complete -- what's the word
5  I want -- it doesn't completely resolve all of the
6  comments, but it does resolve some of the comments,
7  not every one.
8        Q   Is it your testimony that unless you
9  resolve all comments, what you're publishing is not
10  valid or not to be relied upon?  I mean, is that what
11  you're saying?
12       A   I'm identifying the drawbacks that one
13  needs to recognize in this report, that there are some
14  drawbacks.  So what happens -- and just to review a
15  little the rulemaking process -- if we were to move
16  forward with a proposed rule and this document would
17  be part of that docket on that proposed rule, we would
18  probably receive further comment.  We may, in fact,
19  make further changes as a result.  It's not a living
20  document in that it's constantly subject to change,
21  but we frequently do make changes as a result of
22  further comment.
23       So I'm just suggesting that, you know, the
24  document is as it is.  There are still shortcomings.

Page 62

1  There's no denying the fact that we could not address
2  everything.  And at this point, though, it's probably
3  the best we could do for what resources were available
4  to the staff to do them.
5        Q   This was, according to the title page,
6  published in June of 2003.
7        Do you see that, on the front page?
8        A   Yes.
9        Q   What was your position at the -- you were
10  still with the NRC at that point?
11       A   Yes.
12       Q   And what was your position?
13       A   I was the manager of the branch.
14       Q   This document would have come to your
15  attention before it went --
16       A   Yes, I reviewed this document.
17       Q   This document would have come to your
18  attention prior to the time that it was issued and
19  published; is that true?
20       A   Yes.
21       Q   Well, as you look at it now, is there
22  anything about it, particularly in this forward, that
23  suggests to you that that's not the final document
24  that you reviewed before it was published?

Page 63

1        A   Excluding the forward, I will say that it
2  is probably the final document.
3        Q   And you exclude the forward because it's
4  not signed?
5        A   Because it's not signed.
6        Q   Okay.
7        A   I have experienced many cases where the
8  forward was changed.
9        MR. BARON:  I would ask the government to
10  produce at least a xerox copy of a signed version --
11  because I assume that the only signed version is
12  within the records of the NRC -- so that we can clear
13  that up.
14       MR. WILLIAMSON:  You believe the public
15  version was signed?
16       THE WITNESS:  The published version has
17  a signature, yes.
18       MR. WILLIAMSON:  The public version is
19  signed.
20       MR. BARON:  The public version?
21       MR. WILLIAMSON:  Right.
22       THE WITNESS:  The published version.
23  This NUREG exists.  It's on our website.
24  BY MR. BARON:

Page 64

1        Q   And it would have a signature on this --
2        A   Yes, it would have a signature.  It's a
3  PDF file.
4        Q   Fair enough.
5        A   If it doesn't have a signature, that's
6  another problem.
7        MR. WILLIAMSON:  Alan, would it help?
8  I mean, we can go and look and see if we have
9  such a thing here, if you really --
10       MR. BARON:  Well, you know, it's an
11  important issue and the witness has raised
12  some question about its bona fides or
13  authenticity.  If there's a way to resolve
14  that quickly, that would be worth doing.
15       MR. WILLIAMSON:  Right.  And I just
16  want the record -- I don't think she's
17  raising a question about its bona fides in
18  that manner.
19       I think what she's saying is you asked
20  her can she attest that this is the final
21  version, and she simply said without that
22  signature there, she can't, given the history
23  of it being changed on her on occasion.
24       So we'd be glad to look for a public

Page 65

1  version of this document that would have that
2  signature on it.
3  MR. BARON: Fair enough.
4  MR. WILLIAMSON: And by the way, I'm
5  not suggesting that it hasn't also been
6  produced.
7  MR. BARON: This happens to be the
8  version that I have.
9  MR. WILLIAMSON: Right.
10  BY MR. BARON: As far as I know,
11  it's --
12  MR. WILLIAMSON: Sure. No problem.
13  MR. BARON: Why don't we take a short
14  break, five minutes?
15  MR. WILLIAMSON: Okay.
16  (Whereupon, a recess was taken at
17  2:31 p.m. and then the proceedings continued as
18  follows at 2:43 p.m.:)
19  BY MR. BARON:
20  Q  Ms. Trottier, I want to just clarify or
21  make sure I understand something you said a little bit
22  earlier.
23  With regard to the main report,
24  Radiological Assessments for Clearance of Materials

Page 66

1  for Nuclear Facilities, that you were looking at, you
2  said that -- you said something -- and I don't want to
3  put words in your mouth -- you said something about
4  you were satisfied with regard to the technical stuff
5  but you had a concern about the forward?
6  A  Yes.
7  Q  Okay. Am I correct -- are you questioning
8  at this point the validity of the dose assessments and
9  what I'll call the science that is contained within
10  NUREG-1640?
11  MR. WILLIAMSON: Objection.
12  THE WITNESS: Well, with the caveats
13  that I gave you before --
14  BY MR. BARON:
15  Q  About the signature?
16  A  No, not about the forward, about the
17  document, that we weren't able to address everything,
18  this document -- this is the staff's best effort to
19  resolve issues that were raised that could be
20  resolved, taking into account the resource constraints
21  presented to the staff.
22  I will point out that this document is
23  only one of four documents. There's a lot of
24  information in here. Overall, I believe it's

Page 67

1  accurate. I can't say 100 percent that it's accurate,
2  but overall, I believe it's accurate.
3  I believe the quality program was
4  sufficient to catch most mistakes. However, that
5  doesn't detract from the main issue, which is the lack
6  of confidence that many in the public sector have that
7  we have not addressed the primary concern, which is
8  the conflict of interest.
9  Q  The cloud?
10  A  The cloud. We'll say the cloud.
11  And I proposed earlier that, in my mind,
12  only a complete redo would ever do that, and I'm not
13  sure that that's something that would necessarily
14  guarantee success. But it's very hard for me to sit
15  here and say that this document is going to wipe away
16  all the concerns that people had before because even
17  after it was published, we still received criticism.
18  So --
19  Q  Is it your understanding that unless you
20  wipe out every person's or every constituency's
21  concerns that you can't proceed with rulemaking?
22  A  No. The Agency always has the ability to
23  proceed with rulemaking.
24  Q  But I'm not talking about ability. Let me

Page 68

1  clarify my question, that it is a -- I mean, after
2  all, they are regulating --
3  A  Right.
4  Q  -- you know, nuclear facilities, which is
5  inherently a matter, I suspect, of concern. But you
6  proceed -- the Agency proceeds with rulemaking even
7  if -- strike that.
8  Doesn't the Agency proceed with rulemaking
9  even if the subject matter of the rulemaking may have
10  some constituencies descending from it or opposed to
11  it?
12  A  Not always. Not always. And this is a
13  very good example of one of those cases where the
14  Agency may not proceed with rulemaking for that
15  reason.
16  Rather than state the obvious, but I will,
17  government is a political institution and there are a
18  lot of considerations that go into rulemaking. Of all
19  the regulation that NRC promulgates, radiation
20  protection standards are the most contentious, the
21  most difficult to get through.
22  And so the politics of it is that
23  sometimes you have to make a decision on where to
24  invest resources. And to move forward on a

Page 69

1  contentious rulemaking could cause you to expend
2  resources that aren't worthy of being expended.
3      It's hard to tell with this one, but this
4  one has certainly got the possibility.
5      Q   You have also been designated to deal with
6  item number 12 on the notice of deposition?
7      A   Yes.
8      Q   Item 12 M says that you are going to
9  provide -- you're in a position to testify to the
10  NRC's knowledge of any facts regarding the work
11  performed by and costs incurred for any additional
12  contractors hired by the NRC to review SAIC's work.
13      Do you see that?
14      A   Yes.
15      Q   First of all, which additional
16  contractors, if any, were hired by the NRC to review
17  SAIC's work?
18      A   I believe that would fall under the work
19  that was performed by Southwest Research Institute in
20  the peer review. That was -- a significant purpose
21  there was to review SAIC's work. And to a certain
22  extent, when Sandy Cohen & Associates were hired to
23  take over the work of the '99 contract, they did do
24  some review at the beginning.

Page 70

1      Q   Peer review of SAIC's work?
2      A   Yes. A little. But mostly, I would say
3  that the costs associated with the Sandy
4  Cohen & Associates contract was simply to complete the
5  work. But the only clear-cut additional review was
6  the Southwest Research Institute.
7      Now, the NAS work did include a review of
8  the documentation, and that included the SAIC work.
9      Q   I'm not sure I'm clear on this. Was the
10  NAS hired to do that report that's been identified as
11  5-A, The Disposition Dilemma? Was this something they
12  undertook on their own because -- as a public service?
13  I mean, how did it come about?
14      A   We asked them to do it.
15      Q   Okay.
16      A   The National Academies normally do work at
17  the request of others for which they are compensated.
18  We gave them about a million dollars to do this work.
19      Q   And can you break down within that --
20  obviously, they are addressing a very big issue.
21      A   Right.
22      Q   Can you break down within that the portion
23  of the moneys that were paid to them that related to
24  the -- well, let me back up for a minute.

Page 71

1      Were they asked specifically to address
2  and review draft NUREG-1640?
3      A   I believe they were asked to review the
4  technical basis documents that existed. Again -- we
5  raised this question before -- I don't have the actual
6  letter in front of me where the request was made
7  because we send a letter to them requesting the work.
8      So there's basically a statement of work
9  accompanying a letter, and that's going to be very
10  clear on what we exactly asked them do.
11      Q   And do you have any basis for breaking
12  down that portion of the work they undertook pursuant
13  to this statement of work as to how much of it related
14  to the review -- the technical review of draft
15  NUREG-1640 as distinguished from all the other things
16  that they were looking at in that publication?
17      A   Based on the amount of discussion they
18  have on NUREG-1640, which is substantial, I would
19  expect, and because it would be reviewing a large
20  document with a lot of information, that it probably
21  did take a significant amount of effort. Whether it
22  was 30 percent, 40 percent -- I couldn't give you a
23  specific, but I would say it's not a minor review.
24      It wouldn't be of the same vein, for

Page 72

1  instance, as looking at some of these other documents
2  they reference, like the International Standards or
3  that other NUREG, because they don't -- they didn't
4  have the breadth and scope that 1640 had.
5      Q   Is there any way to -- and we may have to
6  get documents on this, but just as you sit here, are
7  there cost breakdowns or are there invoices from the
8  National Academy which break down different tasks that
9  they undertook for which they are asking to be paid;
10  you know, some way of breaking out the particular work
11  they performed vis-a-vis NUREG-1640 and the other things
12  they were doing?
13      A   I don't know the answer to that.
14      Q   Fair enough.
15      Any other -- what were the costs on the
16  CNWRA?
17      A   That was about $100,000.
18      Q   I think you testified to that earlier.
19      You've also been designated to supply
20  NRC's -- or testify relative to NRC's knowledge of
21  SAIC's, quote, sponsorship of the Association of
22  Radioactive Metal Recyclers, ARMR?
23      A   Right.
24      Q   What is your knowledge base on that item?

Page 73

1      A   I would say that we had no knowledge of
2  SAIC's sponsorship of ARMR at the time of the
3  allegation in 1999 or prior to it. And I don't think
4  as a result of information that we obtained from SAIC,
5  as a result of our request for any information on
6  other kinds of work they were doing that might involve
7  clearance that we obtained that information.
8          My recollection is that it's only been
9  fairly recently that we've learned of this
10 information, that this was not conveyed to us at an
11 earlier date.
12     Q   Is it your understanding that there is any
13 contractual relationship between SAIC and ARMR?
14     A   I personally don't know that. But it's an
15 organization, so I suspect that they have -- there are
16 different roles available within the organization, so
17 I don't know what sponsorship means, whether it means
18 giving money. Sometimes it does mean giving money.
19     Q   Had you ever heard of ARMR as an
20 organization?
21     A   Yes, I have heard of it, because that was
22 one of the organizations that we sought input from
23 during this '99 period when we were looking at
24 options.

Page 74

1      Q   And what did you understand ARMR was?
2      A   An organization of metal recyclers with a
3  particular niche in the radioactive area.
4      Q   And did you have any understanding as to
5  what their -- the organization's objectives were, what
6  they were asking of the NRC, for example?
7      A   I believe at that time they were
8  advocating a standard that would make this process
9  more robust or whatever a better word might be.
10         But nonetheless, I believe that they were
11 an organization who wanted to see NRC -- there were
12 many organizations in 1999 that wanted to see a
13 standard developed.
14     Q   A standard?
15     A   A standard.
16     Q   I want to direct your attention to item
17 12 H. It speaks about your knowledge of any
18 relationship between the standards adopted by the NRC
19 in its clearance rule and the success of the BNFL
20 recycling contract.
21     A   Okay. We'll go back a little in time
22 here, because I think it's helpful to understand this
23 issue.
24         In the beginning -- and I don't even

Page 75

1  remember the date of the beginning anymore; it was in
2  the '90s sometime -- this was an interagency effort to
3  develop a clearance standard. There is an
4  organization called the Interagency Steering Committee
5  on Radiation Standards. That should be ISCORS, but I
6  may have some of the words backwards.
7          To go back even further, there used to be a
8  Federal Radiation Council and then subsequent things,
9  the idea being that you wouldn't have conflicting
10 regulations, one agency versus another having
11 different regulations when it all was applying to the
12 same thing.
13         ISCORS was an organization that met
14 regularly to avoid that kind of problem. We actually
15 even had -- and, I suspect, still have today -- a
16 subcommittee called the recycle subcommittee.
17         So in the beginning, the primary drivers
18 were the Department of Energy, Nuclear Regulatory
19 Commission and the Environmental Protection Agency.
20 Under statute, the Environmental Protection Agency is
21 required to promulgate radiation standards. They
22 don't always do that. This was a case when they chose
23 not to.
24         They started down that path, and so at

Page 76

1  this point, you had the three agencies working
2  together in basically developing a technical basis.
3  DoE started to develop a technical basis; NRC started
4  to develop a technical basis; EPA. EPA got as far
5  as -- I don't know whether they even published an
6  ANPR, but they got to the point of meeting with stake
7  holders and got a lot of flak. So they backed off and
8  gave up.
9      Q   Can you give me a time frame for what
10 you're describing?
11     A   Well, it was around the time frame of the
12 license termination rule, so I'm going to say maybe
13 '95, '96. Could even be as late as '97 when EPA
14 backed out of it. So now it was DoE and NRC. This is
15 a long prelude into the answer here.
16         But because this started out as a joint
17 effort, we maintained a very close relationship with
18 DoE through our process. Periodically, a DoE manager
19 would call me -- they change frequently, so I don't
20 remember their names -- checking on the status, where
21 we were. They were in the process of trying to at
22 least develop a generic environmental impact statement
23 to cover the recycle because there was this desire to
24 recycle this valuable metal. So they were in the

Page 77

1  process of doing that.
2      Q   That's DoE you're referring to?
3      A   DoE.
4          So my answer to this would be that if NRC
5  did promulgate a rule, DoE would use that rule because
6  DoE was very interested in the progress we were
7  making.  I would suggest that DoE was trying to avoid
8  getting ahead of us, you know, but nonetheless, DoE
9  was very close behind us.
10         In other areas in radiation protection,
11 DoE has adopted -- our Part 20 in the 10 CFR is
12 basically identical in the DoE regulation.
13         So I believe that the same kind of tools
14 would be served well in any DoE recycling project as
15 was being developed to support our rule.
16     Q   Well, you understand that -- am I correct
17 that DoE was not required to follow --
18     A   No, they are not.
19     Q   Let me finish -- was not required to
20 follow any rule promulgated by the NRC?
21         Do you understand that?
22     A   That's true.
23     Q   And do you understand also that in draft
24 NUREG-1640 and in the published version of NUREG-1640,

Page 78

1  there is no reference made to the dose assessment and
2  pathway analysis for nickel?
3          Are you aware of that?
4      A   It's not an NRC product.
5      Q   It is fundamentally a DoE product, is it
6  not?
7      A   Yes.
8      Q   And is it not also true Tennessee is an
9  Agreement State; isn't that correct?
10     A   True.
11     Q   And as an Agreement State, it had the
12 right, indeed, the function of -- if it wished to
13 license a volumetric clearance of, let's say, nickel
14 from a DoE site, it had the authority to do so on a
15 case-by-case basis using its own judgment, so long as
16 its judgment was not -- its judgment was compatible
17 with the NRC and consistent with public health and
18 safety; isn't that true?
19     A   I believe that's the case.  I'm not an
20 expert in Agreement State rights and responsibilities.
21 This is a case where there was no regulation, and so
22 NRC relied on existing guidance, and I'm not certain
23 how they expect the Agreement States to handle those
24 situations.

Page 79

1      Q   Well, I would like to read to you -- well,
2  this has been identified previously.
3          MR. BARON:  Can we have this marked,
4  please?
5          (NRC Deposition Exhibit No. 9 was marked
6  for identification.)
7  BY MR. BARON:
8      Q   You've been handed a document that's been
9  marked as NRC Deposition Exhibit Number 9.  Please
10 take the time to look at it.
11     A   I've read the letter.  I'm not going to
12 read those questions.
13     Q   Well, did you have any -- were you aware
14 of this letter --
15     A   I was aware --
16     Q   -- before it went out?
17     A   -- of the effort.  I did not participate,
18 though.
19     Q   Okay.
20         MR. WILLIAMSON:  I'd only say touchT,
21 because you've been cutting her off, too,
22 so --
23         MR. BARON:  That's not true.  The
24 record will reflect the facts.

Page 80

1  BY MR. BARON:
2      Q   Well, just for the record, we can identify
3  this, can we not, as a letter dated December 20th,
4  1999 from Chairman Meserve -- is that how you
5  pronounce it?
6      A   Meserve.
7      Q   -- to the Honorable John D. Dingell, the
8  Committee on Commerce at the U.S. House of
9  Representatives.
10         Can we agree on that?
11     A   Yes.
12     Q   Let me go back to your earlier statement.
13         You were aware of the letter when it went
14 out?
15     A   I was aware of the issue and I was aware
16 that a response was generated, but I did not
17 participate in the generation of this letter.
18     Q   And you didn't draft it, you didn't offer
19 input, nothing; is that correct?
20     A   No.
21     Q   Okay.  Who did, do you know?
22     A   I believe Frank Cardile and Tony Huffert
23 were the primary crafters, but it could have also been
24 Dennis Solenberger from State Programs.  It would most

Page 81

1  undoubtedly have had a State Programs person involved,
2  and I think that was Dennis.
3      Q   Do you know whether Ms. Maze had any role
4  in this letter?
5      A   Contracts?  I doubt it.
6      Q   Now, let me direct your attention to the
7  third page of the letter in the first full paragraph
8  beginning in the case of volumetrically contaminated
9  materials.
10     Do you see that?
11     A   Yes.
12     Q   The paragraph states:  In the case of
13 volumetrically contaminated materials, the NRC has not
14 provided guidance like that found in RG 1.86 for
15 surface contamination.  Instead, the NRC has treated
16 these situations on an individual basis, typically by
17 seeking to assure by an evaluation of doses associated
18 with the proposed release of the material, that the
19 maximum doses are a small percentage of the Part 20
20 limit for members of the public.
21     Do you see that?
22     A   Yes.
23     Q   Now, is that an accurate statement?
24     A   Yes.

Page 82

1      MR. WILLIAMSON:  Objection.
2      MR. BARON:  What's the objection?
3      MR. WILLIAMSON:  Hang on one second.
4      MR. BARON:  I think I read it
5  accurately.
6      MR. WILLIAMSON:  Wait one second,
7  please.
8      Well, here is my objection, and -- we
9  were talking -- this is a 30(b)(6)
10 deposition.
11     MR. BARON:  Correct.
12     MR. WILLIAMSON:  And we were talking
13 about any relationship between the standards
14 adopted by the NRC in its clearance rule and
15 the success of the BNFL recycling contract.
16     You were initially asking her
17 whether -- and one of the responses she's
18 given is that to the extent that project, the
19 BNFL project was under DoE guidance, it could
20 be expected that the NRC rule that was being
21 worked on by SAIC would be adopted by the
22 DoE.
23     Similarly, it could be expected that to
24 the extent that project was under a State

Page 83

1  Agreement, it can be expected that the NRC
2  rule would be adopted by the State, which she
3  has already so testified.
4      She is, therefore, capable of answering
5  and has been designated as answering
6  questions on why BNFL's recycling would have
7  been connected to and the success would have
8  been dependent upon the relationship between
9  the NRC's standards that were being developed
10 by SAIC and the State and DoE standards that
11 were being used by the BNFL projects.
12     You are now, however, getting into how
13 that interrelationship between -- not that it
14 would have been used on the BNFL project but,
15 rather, why it would have been used; why the
16 State would have -- and what that
17 relationship was between the State standards
18 and NRC standards.
19     And as I know you recognize, there is
20 another witness who has been designated by
21 the NRC on the issue about specifically the
22 relationship and applicability of NRC
23 regulations in effect during 1990 through
24 2000 with those promulgated by other federal

Page 84

1  or state agencies, including those in
2  Tennessee, relating to the free release of
3  radioactive materials; and then number 16,
4  any review by the NRC of the license or
5  license amendment granted by the State of
6  Tennessee to MSC or BNFL.
7      And so while if, at some point, very
8  quickly, we get back to the fact that the
9  rules that SAIC was working on for the NRC
10 would have been adopted both by the State of
11 Tennessee and the DoE as it is set forth in
12 your preface for 12 H, that's fine.  But if
13 we're about to head off into -- which it
14 sounds like we are -- into instead the areas
15 of 6 and 16, I'm going to stop it.
16     MR. BARON:  Well, she has testified, if
17 I understood her testimony correctly, that
18 there is a relationship between what SAIC was
19 doing for the NRC and what Tennessee would do
20 regarding the BNFL metals that they've sought
21 to have released, and I'm -- and that's fine.
22     I'm questioning her statement to that
23 effect because in Chairman Meserve's letter,
24 he suggests something quite different, and I

Page 85

1    was to ask her about that.
2         MR. WILLIAMSON: But, Alan,
3    respectfully, this is a 30(b)(6) deposition.
4         MR. BARON: But they overlap.
5         MR. WILLIAMSON: Wait, wait. Let me
6    speak to why I think it makes a difference
7    here.
8         Her testimony is that -- and what she
9    has been designated on is why would the rule
10   that SAIC was working on for the NRC, why
11   would that -- what she has been designated on
12   is the specific question what is the
13   relationship between that and the -- that
14   clearance rule and the success of the BNFL
15   recycling contract.
16        And she knows that to the extent that
17   the BNFL project was a State Agreement, it
18   would have adopted the NRC rule and further
19   knows that to the extent it was the DoE
20   regulations, DoE, she's already said that DoE
21   would have looked under those rules --
22        MR. BARON: Let --
23        MR. WILLIAMSON: Hang on. Hang on.
24   Now, she knows this because she works

Page 86

1    at the NRC, and this has been brought to her
2    attention. The why that would be the case is
3    more appropriate to a designee under 6 and
4    under 16.
5         Now, if you want to ask her does she
6    know in formulating that why that would be
7    the case, that would be --
8         MR. BARON: That's not what I'm asking,
9    because what she has said the why is -- why
10   is it truthful is very much the direction I'm
11   not going. What she has said is flat wrong,
12   and that's what I'm challenging.
13        She has made a statement that they're
14   going to adopt it and they're bound by it;
15   it's not true. It's not what Meserve says,
16   and that's what I'm challenging.
17        MR. WILLIAMSON: Well --
18        MR. BARON: The fact that she says it
19   doesn't mean it's been designated and it's
20   impervious to being challenged.
21        MR. WILLIAMSON: Alan, the fact that
22   she has been designated on 12 H, it is the
23   case that BNFL actually did use NUREG-1640 on
24   the BNFL project. They did. There are

Page 87

1    letters to that effect.
2         MR. BARON: Okay.
3         MR. WILLIAMSON: That is not wrong.
4    That's what she's testifying about.
5         Why Tennessee would have been required
6    to adopt those standards and why the DoE
7    would have adopted those standards is a
8    different issue, and that is not what she has
9    been designated to testify.
10        Now, I'll allow a little bit, but I'm
11   not going to allow you to basically get her
12   to testify about the topics that you
13   specified for 6 and 16 when they have nothing
14   to do with the topic that she's designated
15   on, which is the what. Not the why, the
16   what.
17        MR. BARON: And I'm saying -- the
18   question that I'm directing to her is that
19   the what she has testified to is inconsistent
20   with a statement by the chairman of the
21   Nuclear Regulatory Commission.
22        I'm not going into the why she's right.
23   I'm going, in a sense, into why she's wrong.
24   And the fact that she says it, then, doesn't

Page 88

1    make it impervious to being questioned as to
2    a basis for it. And when it's flatly
3    contradicted by the chairman of the very
4    agency for which she was working, I think I'm
5    entitled to challenge what she says.
6         MR. WILLIAMSON: I'll tell you then
7    that I am going to object to this entire line
8    of questioning as being outside the scope of
9    this 30(b)(6) designation, and I'm going to
10   allow you to ask some questions. But this
11   witness is not speaking for the NRC to the
12   extent that you are asking her questions on 6
13   and 16, period.
14        And at some point, if it continues into
15   6 and 16 as opposed to what she has been
16   designated on, I'll stop it.
17        MR. BARON: Okay. You've made your
18   point. I don't accept it, and we can
19   continue.
20   BY MR. BARON:
21        Q   I want to ask you to turn to page 4 of the
22   letter where it starts under the heading Agreement
23   State Authority. I'd like you to read that paragraph
24   in the middle. Just read it to yourself.

Page 89

1          Do you see that?
2     A   I'm well aware of this.
3     Q   And in there, it states -- and I'm in the
4  middle of the paragraph beginning with the word
5  however -- however, Section 274 of the AEA
6  specifically authorizes the Commission to enter into
7  agreements with States which provide for the
8  discontinuance of NRC's authority over certain
9  radioactive materials and the assumption of that
10 authority by the State.  In essence, these agreements
11 lift the bar of federal preemption and pass the NRC's
12 authority and responsibility to regulate the materials
13 and activities covered by the agreement to the State.
14 The agreements do not reflect a delegation of
15 authority.  Instead, they signify the discontinuance
16 of authority by the Commission.  Once such an
17 agreement is signed, the Commission continues to have
18 an oversight responsibility to ensure that an
19 Agreement State has a program for the regulation of
20 AEA material that is adequate to protect public health
21 and safety and compatible with that of the Commission.
22         Do you see that?
23    A   Yes.
24    Q   Do you disagree with what the chairman is

Page 90

1  saying there?
2     A   No.  It's factual.
3     Q   Thank you.  Do you still maintain that
4  Tennessee as an Agreement State would be required to
5  accept NUREG or a regulation that comes out of
6  NUREG-1640 if it were promulgated by the NRC?
7     A   What I will state is the question that we
8  were talking about was the relationship of the BNFL
9  work to the work that SAIC was doing for us.
10        The work SAIC was doing for us was with
11 the intention of leading to a regulation.  In the
12 event that NRC were to adopt a regulation, the
13 Agreement States have a specified period of time to
14 adopt a compatible regulation.
15        It's not likely that the States would fail
16 to do that.  Most of the States wanted a regulation in
17 this area, because they had the same issues to deal
18 with that we did with spending money on case-by-case
19 reviews.
20        So it's -- you know, the issue was one of
21 because NRC has SAIC working on a technical basis for
22 rulemaking, how did that go with work that was being
23 done at DoE.  And the question to me is, you know,
24 whether or not that's a conflict because of the work

Page 91

1  being similar to work that they were doing for us.
2  And I'm just giving the reason that, you know, the
3  eventual outcome was to be a rulemaking that would
4  impact not just NRC licensees.
5     Q   But you are not stating, are you, that the
6  State had to adopt a rule that came out of
7  NUREG-1640 -- that was based on NUREG-1640 that they
8  had to adopt it wholesale?
9         They were free, were they not --
10    A   Yes.  They have --
11    Q   -- to come up with their own version of it
12 so long as it still protected the public health and
13 safety; isn't that true?
14    A   They do have latitude.
15    Q   Thank you.
16        Did you participate in the writing of any
17 responses to political figures who addressed the NRC
18 about the issues relating to NUREG-1640, the draft
19 NUREG-1640?
20    A   I don't believe so.  I think most of those
21 answers were generated by the licensing office which
22 was NMSS.
23    Q   And who were the people who --
24    A   Frank Cardile.

Page 92

1     Q   Cardile?
2     A   Yes.  Frank was probably the primary
3  author for most of them.  Normally those assignments
4  go to the licensing office.
5     Q   You've also been designated under 12 E --
6         Do you see that one?
7     A   Yes.
8     Q   -- that is, NRC's knowledge of any facts
9  regarding any relationship between the ability of the
10 BNFL team to successfully and profitably recycle
11 metals and the regulations for which NRC was seeking
12 SAIC's unbiased and neutral advice.
13        Do you see that?
14    A   Yes.
15    Q   What is your understanding of the economic
16 state that SAIC had in BNFL's recycling of metal?
17    A   I understand that there was a financial
18 aspect to this in that I believe there was a fixed
19 price for this work.  And so the more economically
20 they could remove and dispose of material, the more
21 profit they would make versus the more costs they
22 would incur.
23    Q   Let me stop you there, if I may.
24        A fixed price for which work?

Page 93

1      A   The BNFL decommissioning project.
2      Q   **And that was a contract between BNFL**
3   **and --**
4      A   DoE.
5      Q   **-- DoE?**
6         **Okay.  What is your understanding about**
7   **SAIC's economic stake in that work?**
8      A   I know that SAIC was partnered with BNFL.
9      Q   **That's not my question.**
10     A   Okay.
11        MR. WILLIAMSON:  Well, have you
12   finished that answer?
13        THE WITNESS:  Well, what I was going to
14   say was --
15   BY MR. BARON:
16     Q   **My apologies.**
17     A   -- the -- I believe the issue at hand is,
18   being SAIC was developing a technical basis for us, a
19   perception exists or could exist that it would be in
20   SAIC's interest to develop the most favorable values
21   to support recycle.  An outsider looking in could draw
22   that conclusion.
23        So whether that occurred or not, you know,
24   the perception is there that they could on the basis

Page 94

1   that they were doing this work for us with the concept
2   that, you know, those numbers would eventually be
3   adopted.  There's no way of knowing the timing on the
4   actual completion of the decommissioning at the site.
5      Q   **And there's no way to know the timing of**
6   **the actual promulgation of a rule?**
7      A   That's true.
8      Q   **And do you know, are you aware of the fact**
9   **that SAIC's contract was only -- relationship with**
10   **BNFL was a subcontract for them to provide regulatory**
11   **support, not to recycle metal?**
12        MR. WILLIAMSON:  Objection to the form
13   and here, because SAIC has not been
14   forthcoming with documents as to the full
15   extent of its relationship, as you just
16   described it in that question, with BNFL,
17   and, in fact, has refused to produce
18   documents -- you just said the word
19   relationship, Alan --
20        MR. BARON:  I'm talking about in the
21   context of 12 E, which is the BNFL team to
22   successfully and profitably recycle metal.
23        MR. WILLIAMSON:  And that --
24        MR. BARON:  Are you taking that to mean

Page 95

1   worldwide?
2        MR. WILLIAMSON:  That's what BNFL said,
3   so why wouldn't I take it?
4        BNFL frequently said and SAIC
5   frequently said that their BNFL team, which
6   existed not just at Oak Ridge but also up in
7   Idaho, in Washington, and with respect to the
8   PHP and at Weldon Springs and at a number of
9   other places that you have refused to produce
10   documents concerning the full extent of the
11   relationship, I will not allow you to ask
12   questions of this witness that deal with the
13   relationship that you have not been
14   forthcoming with in discovery.  Now --
15        MR. BARON:  Well, I completely disagree
16   with your characterization and that is a
17   matter that's pending before the Court, and
18   it will be resolved one way or the other.
19        MR. WILLIAMSON:  So if you want to
20   restrict your question to the BNFL team
21   contract at Oak Ridge, which is the only one
22   that you have -- you may ask her questions
23   about that, certainly.  But please be clear
24   as to what it is that you are asking her.

Page 96

1        MR. BARON:  That is what I intended to
2   ask her about, frankly.
3        MR. WILLIAMSON:  Okay.
4   BY MR. BARON:
5      Q   **Are you aware that the role that SAIC**
6   **played at the -- in Oak Ridge at the K-25 site, the**
7   **ETTP project with BNFL -- I'm limiting it to that --**
8   **that it was to provide regulatory support, OSHA --**
9   **compliance with OSHA, compliance with record keeping,**
10  **compliance with security needs, et cetera?**
11        **Are you aware of that?**
12     A   If I went back and looked at the
13   documents, I could probably be clear on that.  I know
14   there was a relationship.  The extent of it is what's
15   not clear.
16     Q   **Do you know the nature of the subcontract**
17  **that is the basis on which SAIC was to be paid?  You**
18  **alluded earlier to a fixed price contract.  That was**
19  **the BNFL.**
20     A   That was for BNFL and DoE.
21     Q   **Are you aware that the SAIC subcontract**
22  **was for time and materials?**
23     A   No.  What I'm commenting on really is the
24   issue of the perception that has caused the problem in

Page 97

1  the first place, that there was a conflict of
2  interest, is that the outsiders would perceive --
3      Q   The cloud again?
4      A   -- that there could be influence, undue
5  influence on the BNFL work because of knowledge or
6  rather, I should say in the reverse, there could be
7  undue influence on the work SAIC was doing for us
8  because of the BNFL work.
9      Q   And is that a recapitulation of the cloud
10 issue that we've alluded to earlier?
11     A   I believe it is.  You know, the issue is
12 perception here.
13     Q   Let's talk about F.  And, again, just so
14 Mr. Williamson doesn't think --
15         MR. WILLIAMSON:  Doesn't have a
16 conniption.
17 BY MR. BARON:
18     Q   -- doesn't have a fit -- and let the
19 record show that Mr. Williamson and I have a very
20 friendly personal relationship.  This is not
21 acrimonious, I don't believe anyway.
22         MR. WILLIAMSON:  That one issue is a
23 bit acrimonious, but not on a personal level.
24 BY MR. BARON:

Page 98

1      Q   Sub F, NRC's knowledge of facts as to any
2  effect of SAIC's participation on the BNFL team on
3  SAIC's efforts for the NRC.  And, again, I'm talking
4  about the ETTP project in Oak Ridge.
5      A   Again, I will say -- I believe the answer
6  is very similar -- that the effect is one of public
7  question on the unbiased nature of what SAIC was
8  attempting to do for us.  Whether it was true or not
9  true, perception is a major factor here.
10     Q   I want to direct your attention to J,
11 sub J, NRC's knowledge about any facts regarding --
12 and I'm not asking for a legal opinion on this -- any
13 violation of SAIC's contracts with NRC because of or
14 related to SAIC's work for Bechtel Jacobs.
15         And I'll underscore, it's not -- I'm not
16 asking for your legal opinion as a matter of contract
17 law?
18     A   Again, I guess this is very similar
19 because we would view that the Bechtel Jacobs work was
20 very similar to the work that they were doing to
21 provide the analysis for 1640.
22         I did -- that is a document, one of their
23 deliverables to the DoE.  I did look at that
24 yesterday, in fact.  And that was probably one of the

Page 99

1  documents that was provided to me when we initially
2  got the submittals from SAIC to address the question
3  of conflict.
4          Much of the work that is described within
5  that document falls within the same area as the work
6  that they were doing for NRC.
7      Q   I'd like to ask you a little bit more
8  about that.
9          What did you understand they were doing
10 for Bechtel Jacobs?
11     A   My recollection is it was characterized as
12 an ALARA program, but it talks a lot about recycle in
13 the midst of this discussion of the ALARA program.
14 And the subjects that are described -- if I had the
15 document in front of me, I would show you, but there
16 are references throughout there to components of
17 checking material before it's released to know
18 decon -- all these are components of recycle.  All of
19 them.
20     Q   Then is it your position, speaking on
21 behalf of the NRC, that it would be a conflict of
22 interest for SAIC during the time that it was working
23 on draft NUREG-1640 for the NRC, that they could not
24 engage in any work with DoE or some commercial entity

Page 100

1  that involved the recycling of metals?
2          MR. WILLIAMSON:  I'm going to object to
3  the question, and I'm going to allow the
4  witness to answer the question.
5          However, I would note that this, again,
6  is beyond the area that she is designated to
7  because -- Alan, you folks are the ones who
8  issued an 18-numbered 30(b)(6) designation.
9  Believe me, if this would have been three or
10 four numbers, I believe it would also have
11 been a lot easier.
12         That said, there are specific questions
13 that have been asked that go to that area.
14 What this witness can testify to and has been
15 designated to is to the technical connection
16 between the work that was being done for BJC
17 and the work that was being done for the NRC.
18         Now, subject to that, I am going to
19 allow the answer to your question.
20         MR. BARON:  The only reason -- I want
21 to respond slightly because as I understood
22 her answer, she really didn't have a
23 particular recollection of the nature of the
24 work but that she knew it had some components

Page 101

1    that related to recycling, et cetera, and
2    that was the basis on which she found that
3    there was a problem.
4        MR. WILLIAMSON:  Well, she actually
5    told you that she has a recollection that
6    there is a report that was prepared by SAIC
7    that was prepared -- provided by SAIC and
8    that she could testify quite precisely to all
9    of the technical areas that that work for BJC
10   is connected to the work that they were doing
11   for the NRC.  That's what she testified to.
12       That report is obviously one that you
13   folks have, and if you want to show her that,
14   she's prepared to do that.
15       But, again --
16       MR. BARON:  You'll let my question
17   stand.
18       MR. WILLIAMSON:  -- I will let your
19   question stand.  I disagree that that
20   accurately characterizes her previous
21   testimony.
22       MR. BARON:  Why don't we go back to my
23   question.  It's been so long ago that I have
24   forgotten it.

Page 102

1        MR. WILLIAMSON:  I have, too.
2        THE REPORTER:  Question:  Then is it
3    your position, speaking on behalf of the NRC,
4    that it would be a conflict of interest for
5    SAIC during the time that it was working on
6    draft NUREG-1640 for the NRC, that they could
7    not engage in any work with DoE or some
8    commercial entity that involved the
9    recycling of metals?
10       THE WITNESS:  Okay.  Let me answer.
11   And I will answer it in the way that I
12   handled this case at the time it was
13   presented to me because I did make those
14   decisions with help.
15       So what happened was I was provided the
16   documents to review, and then our attorney
17   asked me specific questions.
18   BY MR. BARON:
19       Q    Be careful that you do not go into the
20   dialogue between --
21       A    Okay.  I won't.
22       Q    -- yourselves and counsel because that's
23   privileged.
24       A    Right.

Page 103

1        Q    And I'm not asking for that.
2        A    Right.  Ask me answers to specific
3    questions.
4        I don't feel that I am qualified to make a
5    decision on what is a conflict of interest clearly or
6    not a conflict of interest, but I know enough that a
7    big issue is the appearance of a conflict of interest.
8        And in general, the answer to the question
9    is you're not supposed to be working in the same area
10   for someone who is a licensee or in the commercial
11   sector when you're supporting us in a rulemaking
12   activity.  That is viewed as a conflict of interest.
13       So in each one of these cases, I looked at
14   the specific information, and when I was asked a
15   specific question, I provided the answer.  That was
16   the basis for the decision.  But I looked at it on the
17   basis --
18       Q    The decision as being what?  I'm sorry.
19       A    About whether it was a conflict or not.  I
20   looked at the technical work they did, and then
21   whatever the question was that was asked of me, I
22   answered it.
23       So, you know, I provided them the
24   technical analysis of the work in order for them to

Page 104

1    make the judgment.
2        Q    As to whether it was a conflict?
3        A    A conflict or not a conflict.
4        Q    So you didn't make the judgment?
5        A    No.
6        Q    Okay.  Now, this may be a repeat, but I'll
7    ask the question since it's listed and that's K.  You
8    may have already said everything you have to say on
9    that subject, and that is the NRC's knowledge of any
10   similarities between the commercial work, in quotes,
11   SAIC performed for Bectel Jacobs and the work SAIC
12   performed for NRC under the '99 contract.
13       A    Yes.  My recollection was that there was a
14   significant amount of overlap and similarity in the
15   work that they were doing, the kind of work and what
16   they were asked to do for us.
17       Q    And, again, is it a perception that even
18   though the work might be technically different and not
19   bear on one another -- is that what your concern
20   was -- or was it the perception that because it may
21   look like to somebody that it is the same or similar
22   that created a perception problem?
23       MR. WILLIAMSON:  Objection.
24       MR. BARON:  I'm just trying to get her

Page 105

1  to clarify.  Well, you're not telling her not
2  to answer.
3      THE WITNESS:  To me, the work was the
4  same or similar.  When I -- I would
5  characterize any D&D work which involves
6  making decisions about free release to be the
7  same or similar.
8      And I think that there was enough --
9  again, without the document in front of me --
10  that there was enough references in the
11  document that I could find numerous cases
12  where the work that they were doing was very
13  close to the true definition of clearance.
14 BY MR. BARON:
15     Q   Did it matter that the inventory of metal
16 that was being looked at through Bechtel Jacobs for
17 DoE was for DoE, which is not an NRC licensee?
18     MR. WILLIAMSON:  Objection.
19     THE WITNESS:  Again, I would say the
20  answer to that would be no.  And part of it
21  is because there's no -- there's no guarantee
22  that it's all, let's just say, nickel, here
23  in the case of nickel.  You know, there could
24  have been steel, there could have been

Page 106

1  concrete.  All of those other kinds of
2  materials are the same things we're looking
3  at.  And whether it's DoE or somebody else,
4  it's all radiologically contaminated
5  material.  And even in the latest work that
6  was done to support the rulemaking, they did
7  obtain information on DoE practices.  It
8  informs the rulemaking.
9      So just the fact that it was DoE or
10  non-DoE, you know, whether it was a licensee
11  or DoE, it was still the subject of the same
12  kind of material.  And, you know, the Bechtel
13  Jacobs work, if I'm connecting the two
14  correctly, is the work that I thought was
15  more related to what was happening in
16  Tennessee.  But I'm not sure about that.
17 BY MR. BARON:
18     Q   If it turned out to be nickel -- and I'm
19 not saying that I know -- but if it were nickel, would
20 that make a difference since that was not a metal
21 whose pathways and dose assessments were done by SAIC
22 for draft NUREG-1640?
23     MR. WILLIAMSON:  Objection.
24     THE WITNESS:  I think that's a fine

Page 107

1  point, and I don't remember actually -- I do
2  remember reading this, as I said, yesterday.
3  I don't remember ever seeing nickel 63
4  discussed in this document.  My recollection
5  is this was a far more generic review of
6  process.
7 BY MR. BARON:
8     Q   I understand, but I'm asking you if it
9 were nickel, would that make a difference in your
10 conclusion?
11     MR. WILLIAMSON:  If what were nickel?
12  If nickel were --
13 BY MR. BARON:
14     Q   If the inventory that was being dealt with
15 in the Bechtel Jacobs situation, if the metal involved
16 was nickel?
17     MR. WILLIAMSON:  And would that have
18  made a difference --
19     MR. BARON:  In her judgment that it
20  created a same or similar work or
21  conflicting -- conflict situation that she
22  would -- not making a legal judgment -- but
23  have a problem with.
24     MR. WILLIAMSON:  Objection.  It's

Page 108

1  outside the scope of what she's been asked to
2  testify to.
3      I will allow her to answer the question
4  but not as a 30(b)(6) designee.
5      THE WITNESS:  I'm not convinced that it
6  would make a difference.  I mean, it's
7  possible, but I would suggest it probably
8  didn't.
9 BY MR. BARON:
10     Q   You were also designated to speak to sub
11 part L, the NRC's knowledge of any facts concerning
12 any delays in the implementation of NUREG-1640 related
13 to SAIC's, quote, conflicted relationships.
14     Can you speak to that?
15     A   Sure.  We did have to rebid this contract,
16 so the first delay results from the contracting
17 process.  And I don't have off the top of my head the
18 exact time frame, but I would say six to nine months'
19 delay initially due to that.
20     There was probably some delay due to the
21 fact that a new contractor had to be brought up to
22 speed to understand the methodologies.  Throughout the
23 project, there would be repeated issues with the new
24 contractor learning all the details of the work that

Page 109

1  was done by SAIC just by the very nature of it being
2  different individuals working on it.
3      My ballpark estimate is that it certainly
4  cost us an additional two to three years to complete
5  the work because, as I mentioned, NUREG-1640, the
6  first volume was published in 2003, but the last
7  volume was just published in 2005. So -- originally,
8  we were projecting the whole document to be published
9  in the year 2000.
10     It might have been optimistic, but I
11 think, you know, reviewing the public comments and
12 making any changes necessary, we would do quickly and,
13 you know -- but I would say a minimum of two years and
14 maybe three years as a result of --
15     Q   And you attribute all that to --
16     A   -- changing, having to change contractors.
17     Q   And the contractor who you went to was
18 Sandy Cohen & Associates?
19     A   Sandy Cohen.
20     Q   Are you familiar with the other roles that
21 Sandy Cohen & Associates as a group entity played with
22 regard to the development of draft NUREG-1640?
23     A   Well, as I said earlier, I know they were
24 a subcontractor to SAIC, but I have a feeling they had

Page 110

1  a limited role maybe doing -- there's an inventory
2  estimate that they may have been assigned, and they
3  had some small role.
4      Q   And did you understand that they were
5  working for -- did work for the EPA on dose
6  assessments?
7      A   I understand that they did the technical
8  basis document for EPA.
9      Q   Was there any concern in hiring them to
10 finish up the work that perhaps this might look like a
11 conflict?
12     A   There probably was some concern, and I'm
13 sure that there have been some comments raised about
14 that.
15     Q   But they were nevertheless hired?
16     A   But they were hired. I will tell you that
17 I am not at all part of the selection process.
18     Q   But given your role, do you have some
19 concern or difficulty with that decision?
20     A   I don't have a concern about conflict of
21 interest because I don't know of any other roles that
22 SC&A had outside of being a sub to SAIC.
23     Q   And the work for EPA, which is --
24     A   And the work for EPA we would not consider

Page 111

1  a conflict because the way the Atomic Energy Act is
2  written, EPA has the ultimate authority to set
3  radiation standards. And had they set a radiation
4  standard, we most likely would have adopted it. We
5  would not necessarily adopt our own.
6      Q   But if you adopted your own radiation
7  standard, isn't it possible that EPA would look to you
8  to adopt it, base their standard on the NRC standard?
9      A   Could you ask your question again? It's
10 confusing.
11     MR. WILLIAMSON:  What's confusing me is
12 what topic we're on.
13     MR. BARON:  I'm trying to figure out --
14 well, let me get back to -- we were talking
15 about the delay that was incurred and that
16 Sandy Cohen & Associates was hired to deal
17 with that.
18     MR. WILLIAMSON:  Right.
19     MR. BARON:  And I'm asking whether they
20 did not perceive that there might be a
21 conflict, given Sandy Cohen's role.
22     MR. WILLIAMSON:  She's answered that.
23     MR. BARON:  And I'm questioning her
24 response that it doesn't have anything --

Page 112

1  that they weren't concerned about their
2  working for EPA.
3      MR. WILLIAMSON:  You're now asking
4  about conflict of interest possibilities
5  between the EPA and the NRC.
6      MR. BARON:  Well, I want to find out
7  whether the use of Sandy Cohen & Associates
8  and concerns about conflicts may have delayed
9  the ability to turn out this NUREG.
10     MR. WILLIAMSON:  Why don't you ask her
11 that question.
12 BY MR. BARON:
13     Q   That's the question.
14     A   No, I don't think it did.
15     The persons to ask would be the members of
16 the panel -- which I believe we talked to Frank and
17 Robert Meck, and I think Tony Huffert was the other
18 one -- if they evaluated that situation. That's not
19 anything that I was involved with.
20     Q   Let's go to sub N, the very last one, the
21 NRC's knowledge of facts concerning the value or lack
22 thereof of SAIC's work for the NRC under the '92
23 contract and the '99 contract because of or related to
24 SAIC's, quote, conflicted relationships.

## Page 113

1    MR. WILLIAMSON: Where is that? I'm
2  sorry.
3    THE WITNESS: N.
4    MR. BARON: The last one, N.
5    MR. WILLIAMSON: By the way, can I just
6  ask? The last one that we did was L, and you
7  went through delays in the implementation of
8  NUREG-1640, and I know we covered the Sandy
9  Cohen & Associates delay.
10    Okay. You're done with that because --
11    MR. BARON: Well, I don't know, unless
12  she has other things. She's the witness. I
13  asked her --
14    MR. WILLIAMSON: You see, this is a
15  perfect example of why you start off with a
16  question, tell me about the delays. She
17  starts talking about Sandy Cohen &
18  Associates, and then you interrupt her with a
19  question --
20    MR. BARON: Well, I'm sorry you don't
21  like my style of questioning.
22    MR. WILLIAMSON: Well, it's just
23  that -- Alan, I just want to make sure that
24  we have a clear record, and I'm not sure she

## Page 114

1  had finished talking about delays in the
2  implementation.
3    Really, I don't know, and I just want
4  to make sure the record is clear whether
5  there were any other delays in the
6  implementation of NUREG-1640, which, I
7  gather, is this document that we looked at
8  here.
9    If you're comfortable that the
10  record --
11    MR. BARON: No, I want to give the
12  witness an opportunity to -- I want to
13  exhaust her knowledge of the facts pertaining
14  to that.
15  BY MR. BARON:
16    Q  If we have not exhausted that, then please
17  continue.
18    A  I believe I answered it.
19    MR. WILLIAMSON: Fair enough. Thank
20  you.
21  BY MR. BARON:
22    Q  On to N.
23    A  Well, this is a difficult question
24  because, again, we raise the issue of the cloud.

## Page 115

1    In the absence of NRC moving forward on
2  rulemaking, we could postulate that a component of
3  this delay is the uncertainty associated with the
4  reaction to NUREG-1640. So at this point, I think I
5  would say that there is very little value in the
6  NUREG.
7    We published it because there was a lot of
8  administrative pressure to complete it. On whether it
9  will ever be used is un -- is a question that isn't
10  answered right now. It's unfortunate.
11    I think what I want to say here is it
12  would be much better if we were not in this COI
13  situation today. We would have a lot more confidence;
14  we'd only be dealing with technical issues; we
15  wouldn't be dealing with assertions of bias; and I
16  think that, in the long run, you know, it's had a far
17  bigger impact than the simple dollars and time that
18  we've lost. I think it's significantly harmed NRC's
19  credibility in this area.
20    Q  I would like at this point to go back to
21  the forward of the published NUREG-1640.
22    MR. BARON: Have we found the official
23  version --
24    MR. WILLIAMSON: Apparently the

## Page 116

1  publicly available version on our website is
2  not signed. That is on the NRC website. I
3  don't know that that solves the problem.
4    We have not had a chance to look
5  through what has been produced, but we're
6  pretty sure we did xerox the actual
7  NUREG-1640 Volume 1 and the NUREG-1640
8  revised and that those were produced, but we
9  would have to look and see whether those, in
10  fact, are signed, too.
11    So I think with this witness, at least
12  at this point, we still have that caveat over
13  the issue as to whether it's signed.
14    MR. BARON: I would hate to bring her
15  back to be able to ask questions that she
16  feels comfortable responding to when we're
17  dealing with a genuine document. But there
18  are lots of questions I would like to ask
19  with the shared assumption that this is, in
20  fact, a genuine document.
21    I think it's hard for me to formulate
22  the questions and it's hard for her to answer
23  if nobody is agreeing that this is a document
24  that can be relied upon.

Page 117

1     MR. WILLIAMSON:  Well, here is what I
2  can say.  First of all, she hasn't challenged
3  anything other than the fact that the forward
4  is not signed.
5     MR. BARON:  But it's the forward that I
6  really want to focus on because it's --
7     MR. WILLIAMSON:  And we can --
8     THE WITNESS:  May I speak to this
9  issue?
10 BY MR. BARON:
11    Q   Go ahead.
12    A   If this is the forward that came off the
13 website, that is NRC's position, whether it's signed
14 or not.  So if that's the case, we can go back to
15 this.
16       All I was concerned about is I wasn't sure
17 when I was handed the document the source of the
18 document.  If it came from the website --
19    MR. BARON:  Let's go off the record for
20 a second.
21    (Discussion off the record.)
22    (Whereupon, a recess was taken at
23 3:53 p.m. and then the proceedings continued as
24 follows at 4:18 p.m.:)

Page 118

1     (NRC Deposition Exhibit No. 10 was marked
2  for identification.)
3  BY MR. BARON:
4     Q   Ms. Trottier, I've handed you three pages
5  which were supplied to me by your counsel.
6        And in light of your concerns earlier when
7  I was asking questions about the forward that appeared
8  in the document that we previously marked as
9  Exhibit --
10    A   7.
11    Q   -- 7, your counsel has taken this document
12 off the official website of the NRC, and I
13 understand that you are now -- your concerns are
14 allayed?
15    A   Yes.
16    Q   And that you are comfortable that this is,
17 in fact, the official forward to NUREG-1640?
18    A   Yes.
19    Q   Before I ask you a question, I'd like the
20 reporter to read back your last answer to a question
21 that I've asked because that's when I wanted to use
22 this document.
23    A   Okay.
24    MR. BARON:  Can you go back to that?

Page 119

1     MR. WILLIAMSON:  What was the question,
2  too.
3     THE REPORTER:  Question:  On to N.
4     Answer:  Well, this is a difficult
5  question because, again, we raise the issue
6  of the cloud.
7        In the absence of NRC moving forward on
8  rulemaking, we could postulate that a
9  component of this delay is the uncertainty
10 associated with the reaction to NUREG-1640.
11 So at this point, I think I would say that
12 there is very little value in the NUREG.
13       We published it because there was a lot
14 of administrative pressure to complete it.
15 On whether it will ever be used is un -- is a
16 question that isn't answered right now.  It's
17 unfortunate.
18       I think what I want to say here is it
19 would be much better if we were not in this
20 COI situation today.  We would have a lot
21 more confidence; we'd only be dealing with
22 technical issues; we wouldn't be dealing with
23 assertions of bias; and I think that, in the
24 long run, you know, it's had a far bigger

Page 120

1  impact than the simple dollars and time that
2  we've lost.  I think it's significantly
3  harmed NRC's credibility in this area.
4  BY MR. BARON:
5     Q   Ms. Trottier, you are here designated in
6  effect as the spokesperson for the NRC.
7        The forward --
8     (Telephone interruption.)
9  BY MR. BARON:
10    Q   Let me go back to my question.
11       You are here today speaking on behalf of
12 the NRC.  I'm looking at this forward signed in print
13 by Farouk Eltawila, who you said, I believe earlier,
14 was your boss?
15    A   Correct.
16    Q   He does not make any mention in this
17 forward of clouds or hesitation in terms of the
18 quality of this document.
19       He also, in the last paragraph, says:
20 Licensees may use the approaches, models or results of
21 this report to evaluate operational situations or to
22 prepare requests for action from the NRC or state
23 regulators.
24       Do you, sitting here today on behalf of

Page 121

1    the NRC -- are you taking a different position on
2    behalf of the Agency than was taken in the forward to
3    NUREG-1640 when it was published back in 2003?
4        A    I don't think it's a different position.
5        Q    Can you explain why?
6        A    I'm --
7        Q    It seems somewhat --
8        A    -- going on --
9        Q    -- irreconcilable.
10           Mr. Williamson would like you not to
11   say --
12           MR. WILLIAMSON:  No, but I just --
13           THE WITNESS:  I want to clarify --
14           MR. WILLIAMSON:  You've now got a
15   question, can you explain why.  Go ahead.
16           THE WITNESS:  I want to clarify what
17   this document is.
18           First of all, this is the product that
19   we had SC&A complete, not SAIC.  And when the
20   Agency writes a statement that says other
21   uses for this report, that's a pretty generic
22   statement.  It's not an enormous endorsement.
23   Licensees can use anything they want to
24   submit requests for action from NRC or State

Page 122

1    regulators.  We review every request.  It
2    doesn't -- the report doesn't say that we --
3    it doesn't say we endorse this report, and a
4    strong statement would be if you use this
5    report, we will review your request.  It
6    doesn't say that.  It just says you can use
7    it.
8           We use these sentences in most NUREGs
9    that are published.  It's a pretty mild
10   statement, and I think that you would find
11   many NUREGs with a much stronger endorsement
12   than this one is.
13   BY MR. BARON:
14       Q    Well, take a look at the second paragraph
15   of the forward.
16           MR. WILLIAMSON:  Did you finish your
17   answer?
18   BY MR. BARON:
19       Q    Oh, I'm sorry, I thought you had.  It
20   sounded like it.
21       A    I guess what I would like to be clear
22   about is that if we're still talking about N, this
23   doesn't say that there is a lot of value in the work.
24   You know, this forward doesn't do that.

Page 123

1           And I think my statement that the work
2    that was done by SAIC caused harm to the Agency
3    because of the conflict of interest is still a valid
4    statement whether anything in this forward says that
5    you can use this document for anything.
6           We're not going to publish a document and
7    say this document harmed the NRC, you know.  We would
8    never do that.  But I think, as I said, the goal was
9    to finish up the work, to just get it completed.
10          Other people internationally wanted to see
11   the numbers to compare them with the work they had
12   done.  You know, it doesn't take away from the
13   concerns that we have that the conflict of interest
14   issue clouded the value of this work for the NRC.
15       Q    Is that it?
16       A    That's it.
17       Q    Okay.  Take a look at the second paragraph
18   of the forward, the first sentence:  This final report
19   addresses and resolves public and NRC staff comments
20   on the draft, as well as the comments received from
21   two independent reviews.
22          Isn't he saying, you know, we've reached a
23   bottom line here; we've resolved your comments; we've
24   resolved the peer reviews; this is -- this is the

Page 124

1    product.
2           Do you see that as a lukewarm endorsement
3    or a non-endorsement of the work?
4           MR. WILLIAMSON:  Objection.
5    BY MR. BARON:
6        Q    I mean, I just want to understand how you
7    resolve -- how you reconcile your statement on behalf
8    of the NRC today with the statement that is contained
9    in the forward.
10          MR. WILLIAMSON:  Objection.
11          THE WITNESS:  What this statement is
12   stating is simply facts.  It's not an
13   endorsement.  It's simply a statement of how
14   we produced a final report.  We looked at
15   public comments and we looked at independent
16   reviews and we attempted to resolve them.
17          That's all it's saying.  It's not
18   saying that we're going to do anything with
19   this report.  It's simply saying that this is
20   how we arrived at a final report.
21   BY MR. BARON:
22       Q    Look toward the latter part of that second
23   paragraph and where the -- well, I don't want to start
24   in the middle of the sentence.  Let's start with:

Page 125

1   Consequently, as a significant part of the technical
2   basis for potential regulatory applications listed
3   below, this report relates directly to the NRC
4   performance goals that speak to:  Protecting the
5   environment, implementing more effective, efficient,
6   and realistic activities and decisions, increasing
7   public confidence, and reducing unnecessary regulatory
8   burden.
9           Now, did the NRC -- that's an accurate
10  statement, is it not?  I read it accurately, correct?
11      A   Correct.
12      Q   NRC performance goals, are those the --
13  are these goals that relate to this protecting the
14  environment and the other items listed there?
15      A   NRC has a strategic plan.  All federal
16  agencies have strategic plans.  NRC receives money to
17  operate.  It has to demonstrate that it spends that
18  money wisely.  And so this is a mechanism we use to
19  say to Congress or whomever is reading this that we
20  are implementing our performance goals wisely and here
21  is an example:  We do this, this and this.
22          And we put this in every NUREG we publish,
23  and the problem is it's not an affirmation of the
24  quality of the work or the issues associated with the

Page 126

1   work.  It's simply a statement that we didn't do this
2   work because we wanted to know what color the sky was,
3   you know.  We did it because we have this mandate that
4   we're supposed to do all of these things.
5           So, again, I wouldn't read anything into
6   this other than making a factual statement that NRC
7   has a job to do, and this was a tool that we use to
8   show that we were attempting to do the job.
9       Q   Subparagraph I, NRC's knowledge of any
10  facts regarding SAIC's knowledge that its contracts
11  with NRC required it to disclose its relationship with
12  BNFL to the NRC.
13          Do you have knowledge of facts that relate
14  to SAIC's knowledge that its contracts with NRC
15  required it to disclose its relationship with BNFL to
16  the NRC?
17      A   My understanding is that SAIC certified to
18  this --
19      Q   Certified to --
20      A   -- at the be -- certified to having no
21  conflicts of interest, which would include their
22  relationship with BNFL; that they had no conflict of
23  interest when they signed the contract initially, in
24  both '92 and '99, and also with subsequent

Page 127

1   modifications which occurred frequently in this
2   contract.  I believe the '92 contract had 14 or 15
3   modifications.
4           So that would be -- on each of those
5   occasions, we would require a contractor to make that
6   certification to us that they have no conflicts of
7   interest.
8       Q   Have you had training on OCI?
9       A   A long time ago, because I'm a manager and
10  I don't actually administer contracts.
11          MR. BARON:  Don, do I understand that
12      the witness is also being designated for 13
13      and 14?  I thought you said at the beginning,
14      but maybe I'm confused now.
15          MR. WILLIAMSON:  Yeah.  13 and 14,
16      again, that there were no communications
17      prior to November.  And then she's prepared
18      to discuss the documents that were
19      produced -- hang on.  Let me just check 13.
20      All communications between the NRC and DoE --
21          MR. BARON:  I mean, is she familiar
22      with those E-mails --
23          MR. WILLIAMSON:  Those didn't have
24      anything to do with the BNFL contract.

Page 128

1   You're talking about the Lou Bishop E-mails
2   on the BJC contract?  Yeah.  I mean, she is
3   designated to say that there are none.
4           MR. BARON:  She's not aware of any.
5           MR. WILLIAMSON:  Right.
6           MR. BARON:  Nor is the NRC.
7           MR. WILLIAMSON:  Nor is the NRC, right.
8       And then the same would be true of 14.
9           MR. BARON:  She would say that the NRC
10      didn't know that SAIC was working on the BNFL
11      contract at Oak Ridge?
12          MR. WILLIAMSON:  She's saying that
13      there is no knowledge at the NRC that SAIC
14      was working on the BNFL contract with DoE at
15      the former K-25 site in Oak Ridge at the time
16      it was working on the '92 contract and the
17      '99 contract.
18          Now, subject to the disclosure that in
19      November of 1999, Guttman and the folks from
20      PACE came and there was a whole bunch of
21      information, obviously, that came after that.
22          MR. BARON:  I would like to -- let me
23      officially put the questions to her.
24          MR. WILLIAMSON:  Sure.

Page 129

BY MR. BARON:

1  Q   Directing your attention to sub -- to
2  paragraph 13, you are here -- I understand you've been
3  designated to speak on behalf of the NRC concerning
4  all communications between the NRC and DoE relating to
5  knowledge by those government entities that SAIC was
6  simultaneously working on the '92 contract, the '99
7  contract, and on the BNFL contract with DoE at the
8  former K-25 site in Oak Ridge.
9  
10    Do you have any facts in that connection?
11   A   I have no information that NRC and DoE
12  communicated on the issue that SAIC was working on the
13  BNFL contract at the K-25 plant while it was working
14  on our facilities prior to the '99 --
15   Q   What efforts have you --
16   A   -- assertion.
17   Q   I'm sorry, have you finished?
18   A   Yes.
19   Q   What efforts have you made to determine
20  whether anyone in the NRC had any such information as
21  it is inquiring to in paragraph 13?
22   A   I have not made any inquiries, but it's
23  possible that inquiries were made by others other than
24  me.

Page 130

1  Q   But you're the one here testifying, so I
2  don't have them here.
3  A   I understand.
4  Q   I would ask them if they were here.
5  A   Yeah. No, I --
6  Q   So you really haven't looked into it?
7  A   No, I have not asked that question.
8  MR. BARON:  I would suggest that this
9  witness is not the appropriate designee for
10  this question since she hasn't really looked
11  into it. And if she's speaking for the NRC
12  on this subject, she's really just talking
13  about her personal knowledge --
14  MR. WILLIAMSON:  Well, Alan --
15  MR. BARON:  -- or lack thereof.
16  MR. WILLIAMSON:  -- I'm not sure --
17  right. I mean, she can testify that she
18  doesn't.
19  How do you expect -- I mean, I guess
20  the question is we've made inquiry and we've
21  informed her that she's authorized to say
22  that on behalf of the NRC.
23  We're not aware of any, other than
24  bringing every single employee in here to

Page 131

1  testify about their personal knowledge. How
2  does that work?
3  MR. BARON:  Let me give you an example.
4  We know that at the time that the DoE site
5  was to be decommissioned or decontaminated,
6  there was a lot of publicity about it, there
7  was a lot of stuff put out that named BNFL
8  and talked about SAIC as a subcontractor. We
9  know that the -- or understand that the NRC
10  had an office in Oak Ridge, small, but
11  there --
12  MR. WILLIAMSON:  I don't believe you do
13  know that.
14  MR. BARON:  Well, that's my
15  understanding. I'm not saying I know it for
16  a fact.
17  MR. WILLIAMSON:  I believe there's an
18  NRC office down the road a piece, but I don't
19  believe there's one in Oak Ridge.
20  MR. BARON:  Okay. In the area. And
21  that this was a very big deal. I mean, I've
22  seen the publicity and press releases.
23  And it's hard to believe, frankly --
24  and Congressman Dingell says the same thing

Page 132

1  in his letter to the chairman saying it's
2  hard to believe that the NRC wasn't aware
3  that SAIC was doing this work down at the
4  K-25 site.
5  Now, given that context, it seems to me
6  there's more to be looked at than this
7  witness's personal knowledge or lack thereof
8  about that subject. It's an important part
9  of this case.
10  MR. WILLIAMSON:  Well, again, that's
11  not what the question is, whether someone
12  from the NRC may have known or read in the
13  newspaper that SAIC was working at or on the
14  BNFL contract.
15  The issue is one of whether someone
16  from the NRC -- and by the way, I think, as
17  you know, it would be our position that other
18  than the CO, this question is entirely
19  irrelevant with everything else.
20  But putting that aside, we can
21  certainly make inquiry of whether somebody
22  knew of both. We've done that with the
23  people that we can think of. Have we gone
24  out to every person that ever worked with the

Page 133

1    NRC?  We have not.  And what I can tell you
2    is we're not aware of any persons at the NRC
3    that were aware of the facts that are set
4    forth in number 13.
5         We have a Region 4 office in Atlanta
6    I'm told, not in Tennessee.  So I'm not sure,
7    other than making reasonable inquiry, which
8    we've done, if you know of a person --
9         MR. BARON:  No.
10        MR. WILLIAMSON:  -- you know, again,
11   I'm more than happy to pick that up.
12        I must tell you I think it's certainly
13   less likely that someone from the NRC would
14   know that fact than that a number of people
15   from SAIC would know that fact.  And yet,
16   I've had several people tell me that they
17   didn't know the fact, which, you know, what I
18   would say is it's back to you.
19        I know that there are some people at
20   SAIC who did know of the fact, so -- and I'm
21   prepared to name those people and have.  And,
22   again, if you know of somebody at the NRC who
23   was, we've made a reasonable inquiry is all I
24   can tell you.  We can't go out and be

Page 134

1    expected to talk to every former employee of
2    the NRC.
3    BY MR. BARON:
4         Q   Does the NRC at its headquarters or
5    regionally maintain -- I'm not sure how to describe
6    it -- an office that stays on top of developments in
7    the field of recycling, whether it's DoE, EPA,
8    whatever it is, that stays on top of these subjects
9    and collects press clippings and bulletins and
10   subscribes to journals that deal with these issues?
11        A   Do you want me to answer?
12        Q   Yeah.
13        A   Okay.  Well, the NRC does have a public
14   affairs office that does do press clips and passes
15   those press clips around.
16        I will say that NRC focuses on looking for
17   information about NRC licensees and doesn't actually
18   pay a lot of attention to what DoE is doing.
19        Q   Because you don't regulate them?
20        A   Because we don't regulate them.  DoE is
21   often decommissioning, and it wouldn't draw our
22   attention to it.
23        Now, as I indicated before, there is this
24   ISCORS committee and a recycle subgroup, and Dr. Meck

Page 135

1    participates in that ISCORS subgroup.  It's possible
2    that, you know, these subjects were discussed.  I
3    don't know that.  But, you know, in general, NRC has
4    enough problems to worry about on its own.
5         Q   Number 14, you've been designated to state
6    the facts on behalf of the NRC as to all knowledge
7    possessed by the NRC, regardless of the source, that
8    SAIC was working on the BNFL contract with DoE at the
9    former K-25 site at Oak Ridge at the same time it was
10   working on the 1992 contract and the 1999 contract.
11        And your position in that regard is?
12        A   I will answer the same that there is no
13   knowledge that we had this information about SAIC
14   working on the BNFL contract at the same time it was
15   working on the '92 contract and the '99 contract.
16        I would like to clarify, also, a little
17   bit about who else at NRC could know about it.
18        A lot of people at NRC didn't even know
19   SAIC was doing work for us.  You know, it wasn't
20   something that the whole agency was focused on.  So I
21   would suggest there's a very small group of potential
22   people who would even have enough knowledge to know
23   that NRC had a contract with SAIC to do this kind of
24   work.  I mean, you're talking about less than 20

Page 136

1    people probably.
2         Q   Are you aware of any technical people at
3    the NRC who had knowledge of -- regardless of the
4    source -- knowledge of SAIC doing work for BNFL in Oak
5    Ridge at the same time they were working on the '92 or
6    the '99 contract?
7         A   I have no knowledge of that.
8         Q   And am I correct that you haven't sought
9    knowledge; it's really based on what you yourself
10   either know or don't know?
11        A   It's based on the reaction that happened
12   when we found out about the potential conflict of
13   interest from the public meetings.
14        No one said, well, I'm not surprised; I
15   knew that all along.  No one said that.  Everyone
16   acted very surprised.
17        MR. BARON:  We're going to huddle for
18   five minutes.
19        (Whereupon, a recess was taken at
20   4:44 p.m. and then the proceedings continued as
21   follows at 4:49 p.m.:)
22        MR. BARON:  I'm finished.
23        THE WITNESS:  Good.  I'm tired.
24        MR. BARON:  Thank you very much.  I

Page 137

1          appreciate it.
2                  MR. WILLIAMSON:  The witness would like
3      an opportunity to read and sign.
4                  (Whereupon, the witness not having
5      waived signature, the deposition was concluded at
6      4:50 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 138

CERTIFICATE OF NOTARY PUBLIC

1

2       I, DONNA L. LINTON, RMR, and a Notary

3 Public in and for the State of Maryland, before whom

4 the foregoing deposition was taken, do hereby

5 certify that the witness whose testimony appears in

6 the foregoing deposition was duly sworn by me; that

7 the testimony of said witness was taken by me in

8 Shorthand at the time and place mentioned in the

9 caption hereof and thereafter transcribed by me;

10 that said deposition is a true record of the

11 testimony given by said witness; that I am neither

12 counsel for, related to, nor employed by any of the

13 parties to the action in which this deposition was

14 taken; and further, that I am not a relative or

15 employee of any counsel or attorney employed by the

16 parties hereto, nor financially or otherwise

17 interested in the outcome of this action.

18

19                  _____

                    DONNA L. LINTON, RMR

20                  Notary Public in and for

                    STATE OF MARYLAND

21

My commission expires:

22 March 1, 2006

23

24

Page 139

```
1                    METRO REPORTERS, INC.
                      8507 Heron Pond Lane
2                 Fairfax Station, Virginia 22039
             703) 968-9796    FAX  (703) 643-3039
3                  Internet: reporters@cox.net
4   Tuesday, February 7, 2006
5   DONALD J. WILLIAMSON, ESQ.
    United States Department of Justice
6   Civil Division
    601 D Street, Northwest 20004
7   Washington, D.C. 20044
8   IN RE: DEPOSITION OF CHERYL TROTTIER
            UNITED STATES OF AMERICA vs. SCIENCE
9           APPLICATIONS INTERNATIONAL CORPORATION
10  Dear Mr. Williamson:
11  Enclosed please find your copy of and the original
    signature page to the deposition of the
12  above-mentioned individual taken on Tuesday, January
    24, 2006.
13
    Please have this witness review his deposition
14  testimony, note any changes on a separate errata
    sheet by reference to page and line number, i.e.,
15  "he said" to "she said," and send the errata sheet
    and executed signature page back to Mr. Rowley
16  WITHIN 21 DAYS OF THE DATE OF THIS LETTER.  Mr.
    Rowley will then include the signed signature page
17  with the original transcript, which is in his
    possession.  To further ensure quality in reporting,
18  please feel free to send a copy of the errata sheet
    to our office, via FAX or e-mail.
19
    Very truly yours,
20  Metro Reporters, Inc.
    cc: Mr. Rowley
21  Attachment
22
23
24
```

Page 140

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:  UNITED STATES OF AMERICA vs. SCIENCE

APPLICATIONS INTERNATIONAL CORPORATION

Case Number:  Case No.: 04-CV1543 (RWR)

Dep. Date:   Tuesday, January 24, 2006

Deponent:    CHERYL TROTTIER


CORRECTIONS:

Pg. Ln. Now Reads  Should Read  Reason Therefore

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____

___ ___ _____ _____ _____


_____       _____

Date              Signature of Deponent

Page 141

ACKNOWLEDGMENT OF DEPONENT
UNITED STATES OF AMERICA vs. SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION
Case No.: 04-CV1543 (RWR)

DEPOSITION OF CHERYL TROTTIER
Tuesday, January 24, 2006

I do hereby acknowledge that I have read and examined the foregoing pages 1 through 135, inclusive, of the transcript of my deposition and that:

(Check appropriate box):

( ) the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

( ) except for the changes noted in the attached errata sheet, the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

-----------                   -----------------------------
DATE                          CHERYL TROTTIER

                              -------------------------------

**A**

ability 6:20 60:19
  67:22,24 92:9
  112:9
able 27:8 53:1
  60:23 61:2 66:17
  116:15
above-mentioned
  139:12
absence 34:15 38:7
  115:1 119:7
abstract 30:3
Academies 34:11
  60:9 70:16
Academy 18:1
  31:21 35:24 40:14
  41:8,14 50:14
  72:8
accept 51:15 88:18
  90:5
accepted 40:17
accommodate 6:18
accompanying 71:9
account 50:18,20
  60:15 66:20
accuracy 59:22
accurate 17:12
  36:15 67:1,1,2
  81:23 125:9
accurately 5:10
  82:5 101:20
  125:10
acknowledge 141:5
ACKNOWLED...
  141:1
acrimonious 97:21
  97:23
Act 23:10 111:1
acted 136:16
action 23:8 57:4
  120:22 121:24
  138:13,17
actively 17:6
activities 89:13
  125:6
activity 103:12

actual 5:14 20:4
  41:20 71:5 94:4,6
  116:6
additional 7:14
  30:1 33:17 69:11
  69:15 70:5 109:4
address 11:3 37:24
  38:1,14 40:15
  47:22 51:5 52:14
  60:24 61:2 62:1
  66:17 71:1 99:2
addressed 40:12
  48:2 50:24,24
  60:24 67:7 91:17
addresses 60:3
  123:19
addressing 70:20
adequate 19:13
  89:20
administer 127:10
administrative
  19:5,11 23:10
  115:8 119:14
adopt 86:14 87:6
  90:12,14 91:6,8
  111:5,8
adopted 74:18
  77:11 82:14,21
  83:2 84:10 85:18
  87:7 94:3 111:4,6
advice 92:12
advise 15:16
advocating 74:8
AEA 89:5,20
affairs 134:14
affirmation 125:23
afresh 50:2,9
agencies 76:1 84:1
  125:16
agency 22:20,23
  23:8 42:20 67:22
  68:6,8,14 75:10
  75:19,20 88:4
  121:2,20 123:2
  135:20
ago 24:9 25:5
  101:23 127:9

agree 25:20 49:10
  80:10
agreeing 116:23
agreement 78:9,11
  78:20,23 83:1
  85:17 88:22 89:13
  89:17,19 90:4,13
agreements 89:7,10
  89:14
ahead 16:19 20:14
  77:8 117:11
  121:15
airing 22:24
Alan 2:16 49:13
  57:22 64:7 85:2
  86:21 94:19 100:7
  113:23 130:14
alan.baron@hkl...
  2:22
ALARA 99:12,13
allayed 118:14
allegation 15:12
  27:4 73:3
allegations 39:5,18
alleged 28:3
allegedly 15:1 22:5
allow 6:11 42:22
  87:10,11 88:10
  95:11 100:3,19
  108:3
alluded 45:10
  96:18 97:10
Amended 10:16
amendment 84:5
AMERICA 1:4
  139:8 140:1 141:1
amount 39:14,22
  49:8 50:4 71:17
  71:21 104:14
analyses 30:7 31:4
  31:5,9,10 60:7
analysis 19:8 30:11
  31:5 34:8 45:7
  46:8,14 47:5,7
  78:2 98:21 103:24
analyze 35:22
ANPR 76:6

answer 6:12 13:18
  14:13 15:5 16:24
  24:18 25:12 27:20
  29:23 39:21,24
  40:20 46:1 49:19
  53:4 60:18 72:13
  76:15 77:4 93:12
  98:5 100:4,19,22
  102:10,11 103:8
  103:15 105:2,20
  108:3 116:22
  118:20 119:4
  122:17 134:11
  135:12
answered 17:13
  103:22 111:22
  114:18 115:10
  119:16
answering 15:7
  20:13 83:4,5
answers 39:20
  91:21 103:2 141:9
  141:12
anybody 14:11
anymore 40:9 75:1
anytime 6:17
anyway 11:24
  20:16 25:20 97:21
apologies 93:16
apologize 49:22
  59:22
Apparently 115:24
appearance 103:7
APPEARANCES
  2:1
appeared 118:7
appears 56:5 58:18
  138:5
applicability 83:22
application 47:9
applications 1:7
  125:2 139:9 140:2
  141:1
applied 21:4
applying 75:11
appointed 20:18
  21:4

appreciate 12:23
  137:1
approach 23:15
  47:6
approaches 57:2
  120:20
appropriate 30:16
  86:3 130:9 141:8
appropriateness
  42:14
approved 59:18
approximately 8:3
  28:21
area 74:3 90:17
  99:5 100:6,13
  103:9 115:19
  120:3 131:20
areas 77:10 84:14
  101:9
ARMR 72:22 73:2
  73:13,19 74:1
arose 39:5 44:3
arrived 124:20
art 35:7 36:8,13
articulates 56:23
aside 132:20
asked 26:1 28:17
  29:12,13 35:17
  37:17 48:5 64:19
  70:14 71:1,3,10
  100:13 102:17
  103:14,21 104:16
  108:1 113:13
  118:21 130:7
asking 15:16 40:24
  58:2 72:9 74:6
  82:16 86:8 88:12
  95:24 98:12,16
  103:1 107:8
  111:19 112:3
  118:7
aspect 92:18
assertion 43:10
  129:16
assertions 115:15
  119:23
assessing 42:14

**assessment** 35:6
36:7 37:10 41:7
45:3 78:1
**assessments** 28:7
41:18 65:24 66:8
106:21 110:6
**assigned** 110:2
**assignments** 92:3
**assistant** 20:19
**associated** 70:3
81:17 115:3
119:10 125:24
**Associates** 36:23
37:11,23 57:10
69:22 70:4 109:18
109:21 111:16
112:7 113:9,18
**Association** 72:21
**assume** 63:11
**assuming** 7:22
**assumption** 89:9
116:19
**assurance** 31:18
48:10
**assure** 81:17
**Atlanta** 133:5
**Atomic** 111:1
**attached** 141:11
**Attachment** 139:21
**attempt** 52:13
**attempted** 124:16
**attempting** 98:8
126:8
**attention** 30:2
34:19 46:10,24
54:19 56:4 59:20
62:15,18 74:16
81:6 86:2 98:10
129:2 134:18,22
**attest** 58:1,21 59:17
64:20
**attorney** 13:5,12
102:16 138:15
**attribute** 109:15
**authenticity** 64:13
**author** 92:3
**authority** 78:14

88:23 89:8,10,12
89:15,16 111:2
**authorized** 130:21
**authorizes** 89:6
**authors** 47:9
**available** 52:16
62:3 73:16 116:1
**Avenue** 2:18
**avoid** 75:14 77:7
**aware** 41:4,16 78:3
79:13,15 80:13,15
80:15 89:2 94:8
96:5,11,21 128:4
130:23 132:2
133:2,3 136:2

**B**

**B** 4:8 39:24
**bachelor's** 7:9
**back** 22:3,18 24:3
25:4 36:6 40:4,11
40:16,22 42:18
43:15 48:9 49:5
50:7 56:3 70:24
74:21 75:7 80:12
84:8 96:12 101:22
111:14 115:20
116:15 117:14
118:20,24 120:10
121:3 133:18
139:15
**backed** 76:7,14
**background** 7:8
52:11
**backwards** 75:6
**ballpark** 109:3
**bar** 89:11
**BARON** 2:16 4:5
5:8 11:8,11,17
12:11,19 13:8,11
13:22 14:2,9,19
14:22 15:22 16:19
16:21,23 21:8
24:10,14,17,22
25:1,11,18 27:23
27:24 28:24 29:4
31:23 32:4,8,14

32:20 33:1,4 36:3
36:5 40:19 41:11
42:7 44:14,17
48:3 49:16,21
50:17 51:23 52:2
52:3 53:19 54:1,3
54:9,13,16,18
55:24 56:2,8,10
56:15,17 58:6,12
60:1 63:9,20,24
64:10 65:3,7,10
65:13,19 66:14
79:3,7,23 80:1
82:2,4,11 84:16
85:4,22 86:8,18
87:2,17 88:17,20
93:15 94:20,24
95:15 96:1,4
97:17,24 100:20
101:16,22 102:18
104:24 105:14
106:17 107:7,13
107:19 108:9
111:13,19,23
112:6,12 113:4,11
113:20 114:11,15
114:21 115:22
116:14 117:5,10
117:19 118:3,24
120:4,9 122:13,18
124:5,21 127:11
127:21 128:4,6,9
128:22 129:1
130:8,15 131:3,14
131:20 133:9
134:3 136:17,22
136:24
**base** 72:24 111:8
**based** 15:9 43:13
44:11 46:16 71:17
91:7 136:9,11
**basically** 14:15
40:10 71:8 76:2
77:12 87:11
**basis** 14:24 15:4,7
15:12 19:6,13
22:5,8,10 24:16

25:14 27:5,7,9,18
33:24 34:2 38:8
46:21 48:5 55:17
71:4,11 76:2,3,4
78:15 81:16 88:2
90:21 93:18,24
96:17 101:2
103:16,17 110:8
125:2
**BAUM** 3:12
**bear** 104:19
**Bechtel** 98:14,19
99:10 105:16
106:12 107:15
**Bectel** 104:11
**began** 19:23
**beginning** 1:19
34:11 69:24 74:24
75:1,17 81:8 89:4
127:13
**behalf** 1:21 2:3,15
3:1,11 10:21 16:1
99:21 102:3
120:11,24 121:2
124:7 129:4
130:22 135:6
**believe** 18:20 20:3
34:11 37:4 40:7
41:16,23 42:16
45:15,17,19,23
50:1,2 52:20 53:7
60:19 63:14 66:24
67:2,3 69:18 71:3
74:7,10 77:13
78:19 80:22 91:20
92:18 93:17 97:11
97:21 98:5 100:9
100:10 112:16
114:18 120:13
127:2 131:12,17
131:19,23 132:2
**believed** 51:19
**best** 7:4 60:18 62:3
66:18
**better** 74:9 115:12
119:19
**beyond** 100:6

25:14 27:5,7,9,18

**bias** 48:11 49:24
50:1 51:4,8,9,11
115:15 119:23
**big** 26:22 43:18
70:20 103:7
131:21
**bigger** 26:8 115:17
119:24
**binder** 59:13,14
**biology** 7:9,23
**Bishop** 128:1
**bit** 22:19 49:14
65:21 87:10 97:23
99:7 135:17
**BJC** 100:16 101:9
128:2
**blah** 42:12,12,12
**blank** 49:6
**BNFL** 74:19 82:15
82:19 83:11,14
84:6,20 85:14,17
86:23,24 90:8
92:10 93:1,2,8
94:10,16,21 95:2
95:4,5,20 96:7,19
96:20 97:5,8 98:2
126:12,15,22
127:24 128:10,14
129:8,13 131:7
132:14 135:8,14
136:4
**BNFL's** 83:6 92:16
**bogus** 60:13
**bona** 64:12,17
**book** 4:12,13 32:5,6
32:23,24
**boss** 59:18,23
120:14
**bottom** 123:23
**Boulevard** 3:4
**bound** 59:14,14
86:14
**box** 141:8
**branch** 10:2,5 20:1
20:18,19 21:2,3
62:13
**breach** 13:6

breadth 72:4
break 6:16,17 36:3
   65:14 70:19,22
   72:8
breakdowns 72:7
breaking 6:23
   71:11 72:10
bring 23:7 116:14
bringing 50:4
   130:24
broad 15:18 23:23
   24:20
broader 33:20
brought 86:1
   108:21
bulletins 134:9
bunch 128:20
burden 125:8

                C
C 4:1 5:1
calculation 37:14
   41:5
calculations 28:6
   40:16,17 41:17
call 28:5 66:9 76:19
called 1:15 5:4
   22:20 33:22 75:4
   75:16
capability 28:16
capable 51:2 58:3
   83:4
capacity 8:11
caption 138:9
Cardile 11:16,22
   19:15 20:4,23
   80:22 91:24 92:1
Cardile's 12:12
career 9:21
careful 102:19
case 1:6 10:18 17:5
   17:13 75:22 78:19
   78:21 81:8,12
   86:2,7,23 102:12
   105:23 117:14
   132:9 140:1,2,2
   141:2

cases 63:7 68:13
   103:13 105:11
case-by-case 78:15
   90:18
catch 67:4
categories 42:12
caught 18:22
cause 69:1
caused 96:24 123:2
caveat 116:12
caveats 66:12
cc 139:20
Center 30:7 45:7
   60:7
cents 16:16
certain 10:22 41:24
   69:21 78:22 89:8
certainly 5:11
   11:22 13:3 16:7
   16:10 69:4 95:23
   109:3 132:21
   133:12
CERTIFICATE
   138:1
certification 127:6
certified 126:17,19
   126:20
certify 138:5
cetera 28:7 60:16
   96:10 101:1
CFR 77:11
chairman 80:4
   84:23 87:20 88:3
   89:24 132:1
challenge 40:5 51:3
   88:5
challenged 86:20
   117:2
challenging 86:12
   86:16
chance 56:11 116:4
change 12:23 58:20
   61:20 76:19
   109:16
changed 18:19 63:8
   64:23
changes 39:22

58:15 61:19,21
   109:12 139:14
   141:11
changing 109:16
characterization
   95:16
characterize 105:5
characterized
   99:11
characterizes
   101:20
charged 18:18
check 31:4 48:21
   127:19 141:8
checking 76:20
   99:17
Cheryl 1:14 4:3 5:3
   5:11 139:8 140:3
   141:3,15
chief 10:1,2,5 20:4
   20:19 21:2,3,20
   21:24
chiefs 20:20
choose 48:19
chose 75:22
Civil 2:7 139:6
clarify 65:20 68:1
   105:1 121:13,16
   135:16
classified 36:12
clear 6:13 14:13
   25:10 57:14 58:8
   63:12 70:9 71:10
   95:23 96:13,15
   113:24 114:4
   122:21
clearance 17:17
   26:17 33:23 42:11
   45:3 65:24 73:7
   74:19 75:3 78:13
   82:14 85:14
   105:13
clearly 24:7 56:23
   103:5
clear-cut 70:5
clippings 134:9
clips 134:14,15

close 23:24 76:17
   77:9 105:13
cloud 27:7,17 41:4
   41:15 42:1 51:20
   52:6 53:11 56:20
   67:9,10,10 97:3,9
   114:24 119:6
clouded 123:14
clouds 120:17
CNWRA 28:12
   29:12 30:14 50:14
   72:16
Cohen 36:23 37:11
   37:23 57:10 69:22
   70:4 109:18,19,21
   111:16 112:7
   113:9,17
Cohen's 111:21
COI 115:12 119:20
collects 134:9
college 7:22
color 126:2
Columbia 1:2,21
come 9:1 22:3
   23:24 24:23 25:2
   48:8 62:14,17
   70:13 91:11
comes 59:7 90:5
comfortable 58:16
   114:9 116:16
   118:16
coming 12:17 53:3
comment 22:15
   23:11 35:21 36:19
   38:2 61:18,22
commenting 96:23
comments 37:24
   38:2,4,14 40:12
   51:5 60:4,5,23
   61:1,6,6,9 109:11
   110:13 123:19,20
   123:23 124:15
commerce 44:6
   80:8
commercial 99:24
   102:8 103:10
   104:10

commission 1:17
   3:11,14 8:10 9:2
   26:1,7,17 28:15
   33:19 44:12 52:17
   75:19 87:21 89:6
   89:16,17,21
   138:21
commissioned
   33:17,21
Commission-Lic...
   33:9
committee 75:4
   80:8 134:24
communicated
   129:12
communications
   127:16,20 129:5
company 36:24
compare 123:11
compatible 78:16
   89:21 90:14
compensated 70:17
complaint 22:6
complete 12:4
   17:19,19 37:12,17
   37:21 61:4 67:12
   70:4 109:4 115:8
   119:14 121:19
   141:9,12
completed 123:9
completely 61:5
   95:15
completion 94:4
compliance 96:9,9
   96:10
component 25:23
   115:2 119:9
components 99:16
   99:18 100:24
compounded 27:13
comprehensive
   47:5,8
concentration
   42:21
concept 94:1
conceptual 42:19
concern 22:21

23:21,21 24:2
43:18 60:12 66:5
67:7 68:5 104:19
110:9,12,19,20
concerned 26:1
112:1 117:16
concerning 28:2
95:10 108:11
112:21 129:4
concerns 52:14
67:16,21 112:8
118:6,13 123:13
concluded 137:5
conclusion 35:24
50:19 93:22
107:10
conclusions 36:1
50:13
concrete 106:1
condition 58:4
conduct 19:12
conducted 60:6
confidence 43:1
58:24 67:6 115:13
119:21 125:7
conflict 16:12 27:4
39:5,18 42:3 67:8
90:24 97:1 99:3
99:21 102:4 103:5
103:6,7,12,19
104:2,3,3 107:21
110:11,20 111:1
111:21 112:4
123:3,13 126:22
136:12
conflicted 108:13
112:24
conflicting 75:9
107:21
conflicts 112:8
126:21 127:6
confused 127:14
confusing 111:10
111:11
confusion 32:18
Congress 43:21
125:19

Congressman
131:24
connected 28:12
83:7 101:10
connecting 106:13
connection 100:15
129:10
conniption 97:16
consensus 23:19
26:4
consensus-building
26:13
Consequently
125:1
consider 110:24
considerations
68:18
considered 42:13
consistent 78:17
constantly 61:20
constituencies
68:10
constituency's
67:20
constitutes 13:6
constrained 52:15
constraints 61:2
66:20
consulted 60:20
consulting 7:24 8:1
contained 34:20
66:9 124:8
contaminated 81:8
81:13 106:4
contamination
46:17 81:15
contemplated
29:16
contention 27:17
contentious 68:20
69:1
context 26:6 94:21
132:5
continue 49:22
88:19 114:17
continued 65:17
117:23 136:20

continues 88:14
89:17
contract 12:18 13:7
16:15 18:14 20:5
20:24 37:6,8,18
38:3,13,14 55:6,8
69:23 70:4 74:20
82:15 85:15 93:2
94:9 95:21 96:18
98:16 104:12
108:15 112:23,23
126:23 127:2,2,24
128:2,11,14,16,17
129:7,8,8,13
132:14 135:8,10
135:10,14,15,15
135:23 136:6
contracted 22:9
45:11
contracting 55:7
108:16
contractor 28:9,13
40:1 55:6 59:11
108:21,24 109:17
127:5
contractors 58:9
59:6 69:12,16
109:16
contracts 13:2
17:18,19 18:16
81:5 98:13 126:10
126:14 127:10
contractual 73:13
contradicted 88:3
control 55:12
controlling 33:8,22
controversy 29:18
conversation 47:23
convey 49:23
conveyed 73:10
convinced 108:5
coordinator 8:22
copies 54:16
copy 46:2 53:23
63:10 139:11,18
CORPORATION
1:8 139:9 140:2

141:2
correct 12:15 13:24
18:5 23:2 28:4
31:21 35:12,13,15
45:8 46:9,18
50:10 55:19 66:7
77:16 78:9 80:19
82:11 120:15
125:10,11 136:8
141:9,11
correction 31:1
CORRECTIONS
140:5
corrective 23:8
correctly 24:5
30:19 46:1 84:17
106:14
cost 49:9 50:4 72:7
109:4
costs 61:3 69:11
70:3 72:15 92:21
Council 60:8 75:8
counsel 1:15 3:15
5:4,7,19 15:15
102:22 118:5,11
138:12,15
course 5:23 6:16
24:18,23
Court 1:1 95:17
cover 76:23
covered 13:20
89:13 113:8
covering 14:17
crafters 80:23
created 104:22
107:20
credibility 115:19
120:3
crisp 53:4
criteria 23:14
criticism 67:17
criticisms 46:5
cutting 79:21

__D__
D 2:8 5:1 80:7
139:6

damage 22:5 37:14
48:6,6
damages 15:1,13
16:11 27:19 37:10
date 20:21 34:1,18
43:14 59:3,10
73:11 75:1 139:16
140:3,24 141:15
dated 54:13 80:3
dates 21:22 43:16
DAYS 139:16
day-to-day 55:17
deal 25:2 69:5
90:17 95:12
111:16 131:21
134:10
dealing 115:14,15
116:17 119:21,22
dealt 107:14
Dear 54:10,11
139:10
December 4:17
80:3
decided 8:24 23:8
44:13
decision 53:6 68:23
103:5,16,18
110:19
decisions 102:14
105:6 125:6
decommissioned
131:5
decommissioning
93:1 94:4 134:21
decon 99:18
decontaminated
131:5
Defendant 1:9,15
2:15 3:1 5:5,7
defer 15:15 44:13
definition 31:11
105:13
definitive 41:8
delay 108:16,19,20
111:15 113:9
115:3 119:9
delayed 112:8

delays 108:12
  113:7,16 114:1,5
delegation 89:14
deliverables 17:22
  17:23 98:23
demonstrate
  125:17
demonstrated
  27:11 60:17
Dennis 80:24 81:2
denying 62:1
Dep 140:3
Department 2:6
  75:18 139:5
dependent 83:8
Deponent 140:3,24
  141:1
deposed 5:17
deposition 1:13
  10:9,17,22 29:2,6
  32:1,15 33:2,6
  44:15 53:21 54:5
  69:6 79:5,9 82:10
  85:3 118:1 137:5
  138:4,6,10,13
  139:8,11,13 141:3
  141:6
depth 17:11
derive 42:11
descending 68:10
describe 17:14
  134:5
described 94:16
  99:4,14
describing 76:10
Description 4:10
designate 13:21
designated 10:21
  11:2 13:5,22
  14:23 15:24 17:3
  22:4 29:6 69:5
  72:19 83:5,20
  85:9,11 86:19,22
  87:9,14 88:16
  92:5 100:6,15
  108:10 120:5
  127:12 128:3

129:4 135:5
designation 88:9
  100:8
designed 47:7
designee 86:3 108:4
  130:9
desire 52:12,16
  76:23
despite 50:13
detailed 31:12
details 108:24
determine 28:6
  38:24 39:1 40:1
  129:19
detract 67:5
detractor 31:7
develop 18:19 22:8
  23:9 35:17 75:3
  76:3,4,22 93:20
developed 34:1,18
  42:10 74:13 77:15
  83:9
developing 76:2
  93:18
development 19:13
  30:15,17 109:22
developments
  134:6
dialogue 102:20
difference 85:6
  106:20 107:9,18
  108:6
different 72:8
  73:16 75:11 84:24
  87:8 104:18 109:2
  121:1,4
difficult 68:21
  114:23 119:4
difficulty 110:19
Dilemma 4:13
  32:19 33:7 70:11
Dingell 80:7 131:24
direct 22:1 34:19
  46:9,24 54:19
  56:4 59:20 74:16
  81:6 98:10
directing 87:18

129:2
direction 43:22
  86:10
directly 21:1 55:17
  125:3
director 53:18
disagree 36:10
  89:24 95:15
  101:19
disagreeing 46:21
disclaimer 52:21
disclose 126:11,15
disclosure 128:18
discontinuance
  89:8,15
discovery 95:14
discredit 47:14
discuss 35:11 36:15
  127:18
discussed 107:4
  135:2
discussion 71:17
  99:13 117:21
discussions 26:12
dispose 92:20
Disposition 4:13
  32:19 33:7 70:11
dispute 35:23 36:21
  36:22
distinguished
  39:17 71:15
distract 25:6
distracted 39:8
distracting 25:7
District 1:1,1,20
distrustful 27:14
division 2:7 53:18
  139:6
docket 61:17
document 10:13
  27:16 30:18 31:8
  34:11 40:3,7 46:6
  48:12 51:1,4,8,8
  52:14,21 53:8,12
  55:21 56:20,24
  57:12,18,23 58:19
  58:22 59:7,8,14

61:16,20,24 62:14
  62:16,17,23 63:2
  65:1 66:17,18,22
  67:15 71:20 79:8
  98:22 99:5,15
  105:9,11 107:4
  109:8 110:8 114:7
  116:17,20,23
  117:17,18 118:8
  118:11,22 120:18
  121:17 123:5,6,7
documentation
  19:7 70:8
documents 16:8,17
  17:8,9,10,14
  57:15 66:23 71:4
  72:1,6 94:14,18
  95:10 96:13 99:1
  102:16 127:18
DoE 76:3,14,18,18
  77:2,3,5,6,7,8,11
  77:12,14,17 78:5
  78:14 82:19,22
  83:10 84:11 85:19
  85:20,20 87:6
  90:23 93:4,5
  96:20 98:23 99:24
  102:7 105:17,17
  106:3,7,9,11
  127:20 128:14
  129:5,8,11 131:4
  134:7,18,20 135:8
doing 8:16 11:7,9
  11:12 22:17 25:17
  28:16 64:14 72:12
  73:6 77:1 84:19
  90:9,10 91:1 94:1
  97:7 98:20 99:6,9
  101:10 104:15
  105:12 110:1
  132:3 134:18
  135:19 136:4
dollar 48:4,6,8
dollars 38:19 70:18
  115:17 120:1
Don 12:11 32:15
  127:11

DONALD 2:4
  139:5
Donna 1:19 138:2
  138:19
don.williamson...
  2:12
dose 28:6 41:17
  42:10 46:16 66:8
  78:1 106:21 110:5
doses 81:17,19
doubt 47:15 81:5
Dr 12:17 19:16
  20:3,23 29:20
  46:1 55:1 60:21
  60:22 134:24
draft 22:12,13,14
  29:13,17 30:8,12
  30:16 31:20 33:18
  33:20 34:1,6,22
  35:3,6,11,20
  36:14,14,19 37:3
  37:24 38:2 41:15
  42:10,13 45:2
  51:16 52:5 58:18
  59:4 60:5 71:2,14
  77:23 80:18 91:18
  99:23 102:6
  106:22 109:22
  123:20
draw 93:21 134:21
drawbacks 61:12
  61:14
Drexel 7:17
drivers 75:17
dropping 30:13
due 22:22 61:2
  108:19,20
duly 138:6
D&D 105:5
D.C 2:9,20 9:2 27:3
  139:7

─────────
E
─────────
E 3:22 4:1,8 5:1,1
  92:5 94:21
earlier 43:17 45:10
  45:11 65:22 67:11

72:18 73:11 80:12
96:18 97:10
109:23 118:6
120:13
easier 25:2 100:11
easily 52:19
economic 92:15
93:7
economically 92:19
education 7:15
educational 7:7
effect 83:23 84:23
87:1 98:2,6 120:6
effective 125:5
effectively 30:17
efficient 125:5
effort 22:20 43:17
44:9 66:18 71:21
75:2 76:17 79:17
efforts 98:3 129:15
129:19
either 18:13 36:1
61:2 136:10
elaborate 15:6
Electric 8:20
eliminate 40:2
Eltawila 53:14
56:19 57:1 58:14
120:13
emergency 8:15,17
8:22 9:13,18
employed 138:12
138:15
employee 130:24
134:1 138:15
Enclosed 139:11
ended 26:7 43:21
endorse 122:3
endorsement
121:22 122:11
124:2,13
Energy 75:18 111:1
engage 99:24 102:7
engaged 22:20
enormous 121:22
ensure 89:18
139:17

ensured 55:12
enter 89:6
entire 32:9 88:7
entirely 19:3 23:15
132:18
entities 129:6
entitled 33:7 88:5
entity 99:24 102:8
109:21
environment 125:5
125:14
environmental
7:19 8:2,14,14
19:8 75:19,20
76:22
envisioned 38:3
EPA 34:3 76:4,4,13
110:5,8,23,24
111:2,7 112:2,5
134:7
Equipment 45:3
errata 139:14,15,18
140:1 141:11
errors 52:22
Esq 2:4,5,16 3:2,12
3:13,22 139:5
essence 89:10
establish 43:17
estimate 39:22 49:8
109:3 110:2
estimation 46:15
48:7
et 28:7 60:16 96:10
101:1
ETTP 96:7 98:4
evaluate 53:2 57:3
120:21
evaluated 112:18
evaluating 57:10
evaluation 50:10
81:17
event 29:18 90:12
events 39:4
eventual 91:3
eventually 94:2
exact 20:21 37:6
40:23,24 43:16

108:18
exactly 50:3 71:10
examination 1:15
4:3 5:4,7
examined 5:6 47:11
141:6
example 68:13 74:6
113:15 125:21
131:3
exceeded 38:22
excellent 55:13
excerpt 33:12
excerpts 4:12 32:3
32:7 34:21
exclude 63:3
excluded 12:18
Excluding 63:1
executed 139:15
exhaust 114:13
exhausted 114:16
exhibit 10:10 29:1
29:2,6 32:1 33:2,6
33:14 44:15,19
53:21 54:5,20
79:5,9 118:1,9
Exhibits 4:20
exist 53:8 93:19
existed 71:4 95:6
existing 78:22
exists 63:23 93:19
expect 71:19 78:23
130:19
expected 82:20,23
83:1 134:1
expend 69:1
expended 69:2
experienced 63:7
expert 13:6 78:20
expires 138:21
explain 15:6 37:5
121:5,15
exposure 47:10
50:7
extent 15:19 53:11
58:2 69:22 82:18
82:24 85:16,19
88:12 94:15 95:10

96:14
extrapolate 39:12
extreme 49:14,16
extrovert 18:11
E-L-T-A-W-I-L-A
53:14
e-mail 11:21
139:18
E-mails 127:22
128:1

_____
F
_____
F 97:13 98:1
face 40:10
facilities 33:9 45:4
66:1 68:4 129:14
fact 20:3 26:21
27:13 30:21 31:16
57:16 58:16,21
61:18 62:1 84:8
86:18,21 87:24
94:8,17 98:24
106:9 108:21
116:10,20 117:3
118:17 131:16
133:14,15,17,20
factor 53:12,13
98:9
factors 42:10 46:16
facts 15:9 17:2
43:10 69:10 79:24
92:8 98:1,11
108:11 112:21
114:13 124:12
126:10,13 129:10
133:3 135:6
factual 13:4 14:24
15:4,6 22:5 24:15
25:14 39:22 48:5
90:2 126:6
fail 90:15
Fair 12:19 27:22
64:4 65:3 72:14
114:19
Fairfax 139:2
fairly 73:9
fake 57:18,23

fall 69:18
falls 99:5
familiar 36:24
109:20 127:21
familiarize 17:1
far 17:13 26:18
44:12 56:8 65:10
76:4 107:5 115:16
119:24
Farouk 53:14 58:14
120:13
fault 31:7
favorable 93:20
FAX 139:2,18
fears 23:5
February 139:4
federal 75:8 83:24
89:11 125:15
feedback 43:13
feel 41:20 103:4
139:18
feeling 109:24
feels 116:16
felt 26:12 57:11
60:15
fides 64:12,17
field 8:12 134:7
figure 48:4,6,9
111:13
figures 91:17
file 17:18 64:3
files 17:5
final 58:1,17 60:3
60:13 62:23 63:2
64:20 123:18
124:14,20
finalized 53:4
finals 57:24
financial 92:17
financially 138:16
find 25:7 31:7
56:18 105:11
112:6 122:10
139:11
finding 42:9,18
fine 6:15 58:6
84:12,21 106:24

finish 6:12,24 7:17
9:7 18:7 24:8
39:16 52:12 77:19
110:10 122:16
123:9
finished 7:22 20:13
25:12 49:1 93:12
114:1 129:17
136:22
finishing 23:24
firm 7:24 8:1
first 5:23 9:10 28:4
30:5,9 33:16 35:4
35:19 36:6 46:10
47:4,6 48:14
54:19 56:18 57:14
69:15 81:7 97:1
108:16 109:6
117:2 121:18
123:18
fit 97:18
five 25:5 65:14
136:18
fixed 92:18,24
96:18
fixes 52:18
flak 76:7
flap 43:18
flat 86:11
flatly 88:2
flaws 30:24
Flint 1:17
flow 46:15
focus 32:6 117:6
focused 135:20
focuses 134:16
folks 100:7 101:13
128:19
follow 77:17,20
follows 5:6 65:18
117:24 136:21
foregoing 138:4,6
141:6
Foreword 4:18
forgotten 101:24
form 36:2 42:21
94:12

formal 7:14
former 52:5 128:15
129:9 134:1 135:9
formulate 116:21
formulating 86:6
forth 84:11 133:4
forthcoming 94:14
95:14
forward 27:8 52:17
52:23 56:4,15,19
56:23 58:11,15,15
58:17 60:17 61:16
62:22 63:1,3,8
66:5,16 68:24
115:1,21 117:3,5
117:12 118:7,17
119:7 120:7,12,17
121:2 122:15,24
123:4,18 124:9
forwards 58:8,9,20
found 48:1 81:14
101:2 115:22
136:12
four 66:23 100:10
frame 9:17 76:9,11
108:18
framework 42:19
Frank 11:7,15,16
11:21,22 12:4,9
12:12,18 20:4
80:22 91:24 92:2
112:16
frankly 96:2 131:23
free 15:21 84:2
91:9 105:6 139:18
frequently 58:15
61:21 76:19 95:4
95:5 127:1
FRIEDMAN 2:5
friendly 97:20
front 34:21 59:1,2
62:7 71:6 99:15
105:9
full 22:23 25:14
27:20 81:7 94:14
95:10
function 10:4 28:15

78:12
fundamentally
78:5
funding 52:16
further 61:18,19,22
75:7 85:18 138:14
139:17

G

G 5:1
garbage 48:17
Gas 8:21
gather 114:7
general 3:15 30:11
103:8 135:3
generated 17:9
18:2 53:17 80:16
91:21
generating 8:21
59:12
generation 80:17
generic 47:8 76:22
107:5 121:21
genuine 116:17,20
getting 12:16 49:14
77:8 83:12
give 31:17 39:20
71:22 76:9 114:11
131:3
given 33:12 64:22
82:18 110:18
111:21 132:5
138:11 141:9,12
giving 24:18 52:10
57:18,23 73:18,18
91:2
glad 64:24
go 11:1 14:20 16:9
16:19 20:14 22:18
25:4 26:18 28:1
36:6 40:4,11,22
42:18,23 47:21
49:4 50:7 56:3
64:8 68:18 74:21
75:7 80:12 90:22
92:4 100:13
101:22 102:19

112:20 115:20
117:11,14,19
118:24 120:10
121:15 133:24
goal 123:8
goals 125:4,12,13
125:20
goes 35:22 56:9
going 13:16,16 14:5
14:13,17 17:5
26:5 32:6 33:5,13
35:19 40:16 43:22
47:22 48:8,9
57:11 58:21 60:18
67:15 69:8 71:9
76:12 79:11 84:15
86:11,14 87:11,22
87:23 88:7,9
93:13 100:2,3,18
121:8 123:6
124:18 136:17
good 26:4 28:8
31:16 47:10 50:9
68:13 136:23
gotten 24:16 39:15
government 63:9
68:17 129:6
granted 84:5
great 17:11
gross 39:13
ground 5:20 40:12
group 23:18 26:4
109:21 135:21
groups 34:4
guarantee 67:14
105:21
guess 8:6 20:10
38:4 43:11 98:18
122:21 130:19
guidance 53:6
78:22 81:14 82:19
Guttman 128:19

H

H 4:8 74:17 84:12
86:22
half 38:20 49:18

hand 33:5 93:17
handed 10:8 29:5
79:8 117:17 118:4
handle 78:23
handled 102:12
hang 82:3 85:23,23
127:19
hanging 27:7
happened 102:15
136:11
happening 106:15
happens 59:16
61:14 65:7
happy 133:11
hard 38:6 67:14
69:3 116:21,22
131:23 132:2
harm 123:2
harmed 115:18
120:3 123:7
hate 116:14
head 6:7 84:13
108:17
headed 25:16 30:3
heading 34:22
46:11 88:22
headquarters
134:4
health 8:15 9:19
78:17 89:20 91:12
heard 73:19,21
held 1:16 21:5
22:17
help 19:4 64:7
102:14
helpful 22:19 25:8
52:6 53:5 74:22
helping 53:2
helps 18:9
hereof 138:9
hereto 138:16
Heron 139:1
hesitation 120:17
high 30:22 31:18
highest 55:12
high-quality 30:11
hire 28:9

**hired** 28:11 69:12
  69:16,22 70:10
  110:15,16 111:16
**hiring** 110:9
**history** 7:20 22:19
  64:22
**Hoffman** 45:20
**Hogan** 21:23
**holders** 26:22 27:11
  76:7
**Holland** 2:17 3:3
**Honorable** 80:7
**hoping** 53:5
**hours** 17:4
**House** 80:8
**huddle** 136:17
**Huffert** 80:22
  112:17
**huge** 22:22
**husband** 8:19
**H5** 3:17

**I**

**Idaho** 95:7
**idea** 23:4,6 44:5
  75:9
**identical** 77:12
**identification** 29:3
  32:2 33:3 44:16
  53:22 54:6 79:6
  118:2
**identified** 30:24
  70:10 79:2
**identify** 31:15
  32:13 44:24 55:21
  80:2
**identifying** 61:12
**ignoring** 27:1
**III** 3:2
**impact** 42:3 76:22
  91:4 115:17 120:1
**impacts** 19:9
**impervious** 86:20
  88:1
**implementation**
  35:11 36:15 47:6
  108:12 113:7

  114:2,6
**implemented** 30:17
**implementing**
  125:5,20
**implication** 57:17
**imply** 48:13
**important** 50:22
  64:11 132:8
**impulse** 18:9
**include** 70:7 126:21
  139:16
**included** 4:20 70:8
**including** 19:6 34:3
  84:1
**inclusive** 141:6
**inconsistent** 87:19
**incorporated** 38:17
**increasing** 125:6
**incredibly** 15:18
**incur** 92:22
**incurred** 69:11
  111:15
**independent** 60:6
  123:21 124:15
**indicate** 6:17 7:4
**indicated** 18:3
  134:23
**individual** 40:6
  81:16 139:12
**individuals** 45:16
  109:2
**individual's** 45:17
  45:18
**inflammatory** 52:6
**influence** 97:4,5,7
**information** 17:1
  35:18 52:24 53:2
  66:24 71:20 73:4
  73:5,7,10 103:14
  106:7 128:21
  129:11,20 134:17
  135:13
**informed** 130:21
**informs** 106:8
**inherently** 68:5
**initial** 19:10
**initially** 82:16 99:1

  108:19 126:23
**initiated** 18:23 28:5
**innocent-sounding**
  41:22
**input** 73:22 80:19
**inquiries** 129:22,23
**inquiring** 129:21
**inquiry** 130:20
  132:21 133:7,23
**inspector** 8:12,14
**instance** 72:1
**Institute** 28:11
  69:19 70:6
**institution** 68:17
**intended** 25:6 96:1
**intending** 29:24
**intention** 90:11
**interagency** 75:2,4
**interest** 16:13 27:4
  39:6,19 42:4 67:8
  93:20 97:2 99:22
  102:4 103:5,6,7
  103:12 110:21
  112:4 123:3,13
  126:21,23 127:7
  136:13
**interested** 77:6
  138:17
**interfere** 6:20
**interim** 21:6
**intermediate** 19:21
**international** 1:8
  34:4 52:24 72:2
  139:9 140:2 141:2
**internationally**
  123:10
**Internet** 139:3
**interrelationship**
  83:13
**interrupt** 113:18
**interruption** 120:8
**inventory** 105:15
  107:14 110:1
**invest** 68:24
**investigation** 16:24
**invoices** 72:7
**involve** 73:6

**involved** 17:7 50:4
  55:18 81:1 100:1
  102:8 107:15
  112:19
**involvement** 12:14
**involves** 105:5
**irreconcilable**
  121:9
**irrelevant** 132:19
**ISCORS** 75:5,13
  134:24 135:1
**Island** 8:16
**issue** 25:20,24 31:8
  33:22 34:4 40:15
  40:23 41:14 46:8
  49:24 50:5 64:11
  67:5 70:20 74:23
  80:15 83:21 87:8
  90:20 93:17 96:24
  97:10,11,22 103:7
  114:24 116:13
  117:9 119:5
  123:14 129:12
  132:15
**issued** 62:18 100:8
**issues** 13:4 16:9
  17:2 24:23 28:2
  35:11 36:15 38:7
  40:2 50:23 66:19
  90:17 91:18
  108:23 115:14
  119:22 125:24
  134:10
**item** 11:4,12,12
  47:1 69:6,8 72:24
  74:16
**items** 11:12 48:1,19
  125:14
**i.e** 139:14

**J**

**J** 2:4,5 13:1 98:10
  98:11 139:5
**Jacobs** 98:14,19
  99:10 104:11
  105:16 106:13
  107:15

**involved** ...
**January** 1:11 4:14
  139:12 140:3
  141:4
**job** 126:7,8
**John** 3:2 80:7
**john.rowley@hk...**
  3:8
**joined** 8:9 9:10
**joint** 76:16
**journals** 134:10
**judgment** 78:15,16
  78:16 104:1,4
  107:19,22
**July** 9:17
**jumping** 30:9
**June** 4:16 54:13,15
  62:6
**jurisdiction** 21:12
  21:14
**Justice** 2:6 139:5

**K**

**K** 104:7
**Kathleen** 45:21
**keeping** 96:9
**kill** 59:24
**kind** 19:3 75:14
  77:13 104:15
  106:12 135:23
**kinds** 73:6 106:1
**King** 8:13
**knew** 100:24
  132:22 136:15
**Knight** 2:17 3:3
**know** 7:21 15:10
  16:7,14 19:11
  20:9 25:16 28:20
  37:7,8 38:9,11
  42:18 44:12,20,23
  50:6 51:1 52:10
  53:11 55:4 57:16
  58:20 59:15 61:23
  64:10 65:10 68:4
  72:10,13 73:14,17
  76:5 77:8 80:21
  81:3 83:19 86:6
  90:20,23 91:2

93:8,23 94:2,5,8
96:13,16 97:11
99:17 103:6,23
105:23 106:10,12
106:19 109:11,13
109:23 110:21
113:8,11 114:3
115:16 116:3
119:24 122:24
123:7,12,22 126:2
126:3 128:10
131:4,9,13,15
132:17 133:8,10
133:14,15,17,17
133:19,20,22
135:2,3,3,17,18
135:19,22 136:10
136:10
knowing 43:7 94:3
knowledge 15:23
16:3 69:10 72:20
72:24 73:1 74:17
92:8 97:5 98:1,11
104:9 108:11
112:21 114:13
126:9,10,13,14
128:13 129:6
130:13 131:1
132:7 135:6,13,22
136:3,4,7,9
known 132:12
knows 85:16,19,24
K-25 96:6 128:15
129:9,13 132:4
135:9

L

L 1:19 108:11
113:6 138:2,19
lack 27:10 67:5
112:21 130:15
132:7
Lane 139:1
language 12:23
large 19:2 71:19
largely 35:7 36:7
late 76:13

latest 20:22 106:5
Latin 56:7
latitude 91:14
laudatory 47:20
law 43:22 98:17
Lawrence 3:22
leading 90:11
learned 73:9
learning 108:24
left 8:18 41:23 42:2
legal 13:6 98:12,16
107:22
letter 4:11,14,16,17
34:10,15 71:6,7,9
79:11,14 80:3,13
80:17 81:4,7
84:23 88:22 132:1
139:16
letters 87:1
letting 9:7 18:6
let's 19:14 36:3,6
44:24 46:7 53:19
78:13 97:13
105:22 112:20
117:19 124:24
level 46:17 97:23
license 20:7 26:2,24
76:12 78:13 84:4
84:5
licensee 103:10
105:17 106:10
licensees 57:2,12
60:16 91:4 120:20
121:23 134:17
licensing 91:21
92:4
lift 89:11
light 118:6
limit 81:20
limited 12:13 110:1
limiting 96:7
limits 42:21
line 88:7 123:23
139:14
link 19:17
Linton 1:19 138:2
138:19

listed 104:7 125:2
125:14
lists 34:13
little 15:6 22:19
39:10 49:14 61:15
65:21 70:2 74:21
87:10 99:7 115:5
119:12 135:16
live 5:13,14
living 61:19
LLP 2:17 3:3
Ln 140:6
long 9:14 24:18
76:15 78:15 91:12
101:23 115:16
119:24 127:9
look 10:10 17:11,24
32:9 33:21,24
34:17 40:22 44:18
46:7 48:19,20
50:5,8,8,11 59:2
60:2 62:21 64:8
64:24 79:10 98:23
104:21 110:10
111:7 116:4,9
122:14 123:17
124:22
looked 17:9,15,21
17:22 31:8,9 34:2
41:14,21 85:21
96:12 103:13,16
103:20 105:16
114:7 124:14,15
130:6,10 132:6
looking 32:18,23
66:1 71:16 72:1
73:23 93:21 106:2
120:12 134:16
looks 27:14
lost 115:18 120:2
lot 8:16 23:2 38:23
48:1 52:18 66:23
68:18 71:20 76:7
99:12 100:11
115:7,13 119:13
119:20 122:23
131:6,7 134:18

135:18
lots 116:18
Lou 128:1
lukewarm 124:2

M

M 69:8
main 65:23 67:5
maintain 90:3
134:5
maintained 76:17
major 31:3 98:9
making 26:7 53:6
77:7 105:6 107:22
109:12 126:6
133:7
man 58:11,13
management 20:17
manager 17:20
18:4,13,17 19:16
19:17 21:21 22:1
29:20 46:1 47:19
55:15,16 60:19
62:13 76:18 127:9
managers 58:8,10
managing 20:24
mandate 126:3
manner 64:18
March 138:22
marital 8:24
mark 32:23
marked 10:9 28:24
29:2,6 31:23 32:1
33:1,2,6,14 44:14
44:15,19 53:19,21
54:3,5,20 79:3,5,9
118:1,8
Martin 54:10,11
Mary 13:17
Maryland 1:12,18
3:18 138:3,20
master's 7:16
material 23:4 25:22
33:23 42:22 44:6
45:4 46:15,17
81:18 89:20 92:20
99:17 106:5,12

materials 9:20 33:8
47:11 65:24 81:9
81:13 84:3 89:9
89:12 96:22 106:2
matter 68:5,9 95:17
98:16 105:15
maximum 81:19
Maze 13:17,21 81:3
McLean 3:6
mean 11:23 16:6
26:10 56:16 61:10
64:8 68:1 70:13
73:18 86:19 94:24
108:6 124:6
127:21 128:2
130:17,19 131:21
135:24
meaning 26:6
59:13
means 73:17,17
mechanism 125:18
Meck 12:17 19:16
20:3,23 29:21
46:1 55:1 60:21
60:22 112:17
134:24
medication 6:19
meeting 23:15
26:22 27:2 76:6
meetings 22:18
23:12 26:19,21
136:13
members 81:20
112:15
memorize 16:17
memory 15:19 16:4
16:5 17:7
mention 120:16
mentioned 109:5
138:8
merely 57:23
Meserve 80:4,6
86:15
Meserve's 84:23
met 31:11 75:13
metal 72:22 74:2
76:24 92:16 94:11

94:22 105:15
106:20 107:15
metals 84:20 92:11
100:1 102:9
methodologies
108:22
methodology 35:7
36:7,11
Metro 139:1,20
MICHAEL 2:5
Michael.friedma...
2:11
middle 18:22 23:23
35:5 88:24 89:4
124:24
midst 99:13
mild 122:9
Mile 8:16
million 38:19,20
48:15 70:18
millirem 26:5,8
mind 27:8 67:11
minds 50:1
minimum 109:13
minor 71:23
minute 14:3 70:24
minutes 25:5 65:14
136:18
mistakes 67:4
modeling 48:22
models 46:15 57:2
120:20
modifications
52:13,15 127:1,3
moment 23:1 29:9
Moneta 5:14
money 37:15 39:14
48:14 73:18,18
90:18 125:16,18
moneys 37:11
70:23
monitoring 8:2
months 108:18
morning 12:16
Mountain 28:14
mouth 66:3
move 27:8 52:17,23

61:15 68:24
moved 26:16
moving 27:13
115:1 119:7
MSC 84:6
M-O-N-E-T-A
5:15

N

N 4:1,1 5:1 112:20
113:3,4 114:22
119:3 122:22
name 5:9,10 133:21
140:1
named 131:7
names 76:20
NAS 38:5,6 70:7,10
National 18:1
31:20 34:10 35:24
40:14 41:8,14
50:14 60:8,9
70:16 72:8
nature 7:18 17:13
96:16 98:7 100:23
109:1
necessarily 51:1
67:13 111:5
necessary 41:17
109:12
need 6:6,16,17 16:3
41:5 48:12,18
50:2,24 51:4
53:17 57:14 59:21
needed 31:1 39:23
42:20 48:2,11
needs 61:13 96:10
neither 138:11
neutral 92:12
never 26:22 27:1
41:8 123:8
nevertheless 51:16
110:15
new 27:14 40:1
50:5 108:21,23
newspaper 132:13
nice 47:20
niche 74:3

nickel 78:2,13
105:22,23 106:18
106:19 107:3,9,11
107:12,16
nine 108:18
NMSS 91:22
nods 6:7
noes 6:9
non-DoE 106:10
non-endorsement
124:3
normally 19:10
70:16 92:3
north 1:18
Northwest 2:8
139:6
notary 1:20 5:6
138:1,2,20
note 11:19 100:5
139:14
noted 141:11
notice 1:16 10:17
10:22 55:10 69:6
November 4:11
14:15,18 127:17
128:19
NRC 8:18 9:10,15
9:16 10:9,22 15:1
15:13 16:1,2
18:13 22:6 27:8
29:2,6 32:1 33:2
33:17,19 34:7
39:3 43:17,22
44:15,19 48:7
51:19 53:1,21
54:5 55:8,22 57:5
57:8 58:22 59:11
60:4 62:10 63:12
68:19 69:12,16
74:6,11,18 76:3
76:14 77:4,20
78:4,17,22 79:5,9
81:13,15 82:14,20
83:1,18,21,22
84:4,9,19 85:10
85:18 86:1 88:11
90:6,12,21 91:4

91:17 92:11 98:3
98:13 99:6,21,23
100:17 101:11
102:3,6 104:12
105:17 111:8
112:5,22 115:1
116:2 118:1,12
119:7 120:6,12,22
121:1,24 123:7,14
123:19 124:8
125:3,9,12,15,16
126:6,11,12,14,16
127:20 128:6,7,9
128:13 129:4,5,11
129:20 130:11,22
131:9,18 132:2,12
132:16 133:1,2,13
133:22 134:2,4,13
134:16,17 135:3,6
135:7,17,18,23
136:3
NRC's 69:10 72:20
72:20 83:9 89:8
89:11 92:8 98:1
98:11 104:9
108:11 112:21
115:18 117:13
120:3 126:9
nuclear 1:17 3:11
3:14 8:2,9,20 9:1
28:15 30:7 33:9
45:4 60:7 66:1
68:4 75:18 87:21
number 4:10 10:10
11:4 12:13 14:24
17:6 26:4,5,8 29:7
33:7 39:13,13
54:4 56:3 69:6
79:9 84:3 95:8
133:4,14 135:5
139:14 140:2
numbers 42:21,21
42:23 43:2 94:2
100:10 123:11
numeral 56:5
numerous 46:5
47:21 105:11

NUREG 29:13
30:16 37:24 43:4
51:16 52:20,20
59:13 63:23 72:3
90:5 112:9 115:6
119:12 125:22
NUREGs 53:17
122:8,11
NUREG-1640
22:13,14 28:7
29:14,17 30:8,12
31:20 33:18 34:1
34:16,22 35:3,6
35:20 36:18 37:12
41:10,15 42:11,13
44:10 51:1,17,17
51:23 52:4 60:13
66:10 71:2,15,18
72:11 77:24,24
86:23 90:6 91:7,7
91:18,19 99:23
102:6 106:22
108:12 109:5,22
113:8 114:6 115:4
115:21 116:7,7
118:17 119:10
121:3
N.W 2:18

O

O 4:1 5:1
Oak 45:4 95:6,21
96:6 98:4 128:11
128:15 129:9
131:10,19 135:9
136:4
oath 5:24
object 15:17 88:7
100:2
objection 23:21
36:2 40:18 41:6
41:19 47:16 50:16
51:21 66:11 82:1
82:2,8 94:12
104:23 105:18
106:23 107:24
124:4,10

objectives 74:5
obtain 23:18 106:7
obtained 73:4,7
obvious 68:16
obviously 70:20
  101:12 128:21
occasion 64:23
occasioned 39:4
occasions 127:5
occurred 38:7
  93:23 127:1
OCI 127:8
offer 80:18
office 3:15,17 8:12
  9:20,20,21,24
  12:5 18:18,24
  22:8 91:21 92:4
  131:10,18 133:5
  134:6,14 139:18
offices 1:16 19:4
official 115:22
  118:12,17
officially 128:23
oh 9:8 14:9 21:13
  26:1 122:19
okay 5:22 7:2,6 8:8
  10:12 11:8,9
  12:19 13:14 14:2
  14:19,21 15:5,11
  15:14 16:20 21:15
  22:7 25:15 27:23
  28:23 29:10 31:14
  32:11 33:14,15
  38:24 39:11,20
  41:2 44:20,21
  45:22 46:24 49:18
  49:23 51:16 53:16
  54:16 55:2 56:1
  59:23 63:6 65:15
  66:7 70:15 74:21
  79:19 80:21 87:2
  88:17 93:6,10
  96:3 102:10,21
  104:6 113:10
  118:23 123:17
  131:20 134:13
once 49:4 89:16

ones 100:7
open 22:23 42:2
operate 125:17
operational 57:3
  120:21
opinion 98:12,16
opportunity 24:8
  114:12 137:3
opposed 15:20
  26:23 68:10 88:15
opposition 23:2
optimistic 109:10
options 73:24
order 48:10 49:24
  103:24
organization 19:20
  73:15,16,20 74:2
  74:11 75:4,13
organizations
  73:22 74:12
organization's 74:5
original 48:9
  139:11,17
originally 11:9
  109:7
OSHA 96:8,9
outcome 91:3
  138:17
outcry 22:22
outside 88:8 108:1
  110:22
outsider 93:21
outsiders 97:2
overall 33:22 34:7
  38:18 66:24 67:2
overlap 85:4
  104:14
overseeing 21:20
oversight 89:18
Owen 45:20
O-15 3:17

_____ P _____

P 3:2 5:1
PACE 128:20
page 4:3,10 30:2,3
  34:19 42:8,9 46:7

47:1 57:1 59:2
  62:5,7 81:7 88:21
  139:11,14,15,16
pages 49:6 118:4
  141:6
paid 16:15 28:18
  28:19,20 37:11,15
  38:11,16,18 39:14
  39:15 70:23 72:9
  96:17
panel 112:16
paperback 33:6
papers 17:16
paragraph 24:3
  30:10,14 35:4,10
  35:19 36:6 46:11
  47:4,7 60:3 81:7
  81:12 88:23 89:4
  120:19 122:14
  123:17 124:23
  129:3,21
parameter 40:5
parameters 48:22
part 10:13 23:8
  34:5,7 37:10,13
  39:21,24 52:16
  60:8 61:17 77:11
  81:19 105:20
  108:11 110:17
  124:22 125:1
  132:8
participate 79:17
  80:17 91:16
participated 26:12
participates 135:1
participation 98:2
participatory 23:9
particular 72:10
  74:3 100:23
particularly 62:22
parties 1:22 138:13
  138:16
partnered 93:8
pass 89:11
passes 134:14
passing 43:21
path 22:15 25:16

75:24
pathway 78:2
pathways 106:21
pay 37:21 39:3
  134:18
PDF 64:3
peer 28:5,17 29:13
  29:17,21,24 30:1
  31:13,19 38:1,4
  38:10,15 39:23
  45:10,13 57:9
  60:6 69:20 70:1
  123:24
pending 23:22
  95:17
Pennsylvania 2:18
  8:13
people 23:3 25:21
  26:23 44:3 45:22
  51:11 67:16 91:23
  123:10 132:23
  133:14,16,19,21
  135:18,22 136:1,2
perceive 52:11 97:2
  111:20
perceived 27:6 51:9
percent 67:1 71:22
  71:22
percentage 81:19
perception 93:19
  93:24 96:24 97:12
  98:9 104:17,20,22
perfect 113:15
perfectly 58:3
performance 55:6
  125:4,12,20
performed 8:1
  29:21 30:7,11
  69:11,19 72:11
  104:11,12
performing 31:12
period 21:6,19,24
  73:23 88:13 90:13
Periodically 76:18
person 21:23 55:17
  81:1 132:24 133:8
personal 97:20,23

130:13 131:1
  132:7
personally 73:14
personnel 20:8
persons 112:15
  133:2
person's 67:20
perspective 50:12
pertain 17:5
pertaining 114:13
Pg 140:6
Philadelphia 8:1
phone 11:18
phonetic 13:17
photographic 16:4
  16:5
PHP 95:8
physics 8:15 9:19
pick 14:16 48:19
  133:11
piece 131:18
pieces 19:9
Pike 1:18 3:16
place 42:17 97:1
  138:8
places 95:9
Plaintiff 1:5 2:3
plan 125:15
plans 125:16
plant 129:13
plants 8:2
play 37:2
played 96:6 109:21
please 7:4 10:11
  29:9 42:8 49:22
  53:20 79:4,9 82:7
  95:23 114:16
  139:11,13,18
point 12:22 20:5
  58:8 60:15 62:2
  62:10 66:8,22
  76:1,6 84:7 88:14
  88:18 107:1 115:4
  115:20 116:12
  119:11
policy 22:21
political 68:17

91:17
politics 68:22
Pond 139:1
portion 39:1 70:22
71:12
portions 10:22 11:1
position 7:24 9:1,5
9:9 10:4 21:3,5,6
21:7,9 62:9,12
69:9 99:20 102:3
117:13 121:1,4
132:17 135:11
positions 8:4
possessed 135:7
possession 139:17
possibilities 112:4
possibility 69:4
possible 39:24
108:7 111:7
129:23 135:1
possibly 38:5
postulate 115:2
119:8
potential 31:6
125:2 135:21
136:12
power 8:2
practices 106:7
precisely 49:11
101:8
preemption 89:11
preface 84:12
prelude 76:15
prepare 19:6 22:9
57:4 120:22
prepared 101:6,7
101:14 127:17
133:21
preparedness 8:15
8:17,22 9:13,18
preparing 12:6
present 1:21 3:22
59:4
presented 66:21
102:13
press 131:22 134:9
134:14,15

pressure 115:8
119:14
pretty 116:6 121:21
122:9
previous 20:13
22:20 101:20
previously 10:9
79:2 118:8
price 92:19,24
96:18
primarily 22:22
37:24 38:4
primary 28:14 67:7
75:17 80:23 92:2
print 120:12
prior 62:18 73:3
127:17 129:14
privileged 102:23
probably 5:19
11:24 61:18 62:2
63:2 71:20 92:2
96:13 98:24 108:7
108:20 110:12
136:1
problem 12:1,2,3
12:24 26:3 31:6
64:6 65:12 75:14
96:24 101:3
104:22 107:23
116:3 125:23
problems 47:21
135:4
Procedures 23:10
proceed 15:4 44:10
67:21,23 68:6,8
68:14
proceeded 43:4
proceedings 65:17
117:23 136:20
proceeds 68:6
process 22:17,23,24
23:3,7,9 26:13,20
28:5 52:22 61:15
74:8 76:18,21
77:1 107:6 108:17
110:17
produce 27:15

63:10 94:17 95:9
produced 16:9,18
65:6 116:5,8
124:14 127:19
product 35:21
36:20 55:12 78:4
78:5 121:18 124:1
profit 92:21
profitably 92:10
94:22
program 7:16,18
30:15 55:12 67:3
89:19 99:12,13
Programs 80:24
81:1
progress 77:6
project 17:20 18:3
18:13 19:16,17
21:10,21 29:20
39:16 45:24 47:19
55:15,16,18 58:8
58:10 60:19 77:14
82:18,19,24 83:14
85:17 86:24 93:1
96:7 98:4 108:23
projecting 109:8
projection 38:22
projects 83:11
promoted 10:2
prompted 15:20
promulgate 19:10
53:7 75:21 77:5
promulgated 77:20
83:24 90:6
promulgates 68:19
promulgating 19:1
35:14
promulgation
35:18 94:6
pronounce 80:5
proposal 43:4
proposed 19:7
42:23,24 43:9
61:16,17 67:11
81:18
protect 89:20
protected 91:12

protecting 125:4,13
protection 9:19
68:20 75:19,20
77:10
provide 48:10 53:5
58:10 69:9 89:7
94:10 96:8 98:21
provided 40:13
51:6 81:14 99:1
101:7 102:15
103:15,23
provides 42:19
Prussia 8:13
public 1:20 8:20
22:15,18,22 23:6
26:19,21,21 38:1
43:1,7 44:6 60:4
63:14,18,20 64:24
67:6 70:12 78:17
81:20 89:20 91:12
98:6 109:11
123:19 124:15
125:7 134:13
136:13 138:1,3,20
publication 71:16
publications 59:7,9
59:10
publicity 131:6,22
publicly 116:1
publish 23:11
51:20 60:16 123:6
125:22
published 22:11,14
22:24 44:10 51:17
52:4 59:3,5,5,11
60:13 62:6,19,24
63:16,22 67:17
76:5 77:24 109:6
109:7,8 115:7,21
119:13 121:3
122:9
publishing 61:9
purpose 53:9 69:20
pursuant 1:16
10:17 71:12
put 34:21 38:2 44:6
66:3 125:22

128:23 131:7
putting 16:7 57:9
132:20
p.m 1:19 65:17,18
117:23,24 136:20
136:21 137:6

─────────────
Q
─────────────

QA 30:15
qualified 103:4
quality 30:22 31:18
55:10,11,11,12
67:3 120:18
125:24 139:17
question 6:24 7:4
15:18 20:13 23:23
24:8,21 26:2
29:23 36:9 39:7
41:12,13 47:5
52:9 55:7 60:20
64:12,17 68:1
71:5 85:12 87:18
90:7,23 93:9
94:16 95:20 98:7
99:2 100:3,4,19
101:16,19,23
102:2 103:8,15,21
104:7 108:3 111:9
112:11,13 113:16
113:19 114:23
115:9 118:19,20
119:1,3,5,16
120:10 121:15
130:7,10,20
132:11,18
questioned 42:23
43:1 88:1
questioning 66:7
84:22 88:8 111:23
113:21
questions 6:12,21
9:7 24:2 40:9
79:12 83:6 88:10
88:12 95:12,22
100:12 102:17
103:3 116:15,18
116:22 118:7

128:23 141:10,12
quickly 64:14 84:8
    109:12
quite 84:24 101:8
quote 36:14 72:21
    108:13 112:24
quoted 36:7
quotes 104:10

**R**

R 5:1
rab5@nrc.gov 3:20
radiation 9:19
    68:19 75:5,8,21
    77:10 111:3,3,6
radioactive 23:4
    25:22 44:5 72:22
    74:3 84:3 89:9
radiological 4:15
    23:14 45:3 65:24
radiologically
    106:4
radionuclide-spe...
    46:16
raise 31:8 114:24
    119:5
raised 27:4 28:2
    50:23 52:15 64:11
    66:19 71:5 110:13
raising 64:17
rating 55:5
reached 123:22
reaction 43:7 115:4
    119:10 136:11
read 30:19 32:6
    42:6 47:18,19
    56:11,13,15 79:1
    79:11,12 82:4
    88:23,24 118:20
    125:10 126:5
    132:12 137:3
    140:6 141:5
reading 47:4 107:2
    125:17
Reads 140:6
real 57:16
realistic 125:6

really 6:13 31:13
    31:13 51:13 57:18
    64:9 96:23 100:22
    114:3 117:6 130:6
    130:10,12 136:9
reanalyzed 48:18
reason 23:7 26:3
    35:23 36:9 47:14
    68:15 91:2 100:20
    140:6
reasonable 133:7
    133:23
reasons 8:24 16:6
rebid 108:15
recalculate 40:4
recap 14:2
recapitulation 97:9
receive 61:18
received 17:10
    43:14 60:5 67:17
    123:20
receives 125:16
recess 65:16 117:22
    136:19
recognize 10:13,16
    29:11 50:22 54:22
    55:2 58:19 61:13
    83:19
recollection 73:8
    99:11 100:23
    101:5 104:13
    107:4
reconcile 124:7
record 5:9,21 6:3
    6:13 20:12 24:6
    25:9 32:13 45:1
    55:22 64:16 79:24
    80:2 96:9 97:19
    113:24 114:4,10
    117:19,21 138:10
recorded 6:4
    141:10,12
records 63:12
recycle 17:17 46:14
    75:16 76:23,24
    92:10 93:21 94:11
    94:22 99:12,18

134:24
recyclers 72:22
    74:2
recycling 74:20
    77:14 82:15 83:6
    85:15 92:16 100:1
    101:1 102:9 134:7
redo 40:16 41:17
    48:12 49:9 50:3
    67:12
redone 41:5
reducing 125:7
reference 72:2 78:1
    139:14
references 99:16
    105:10
referred 55:7
referring 35:2 77:2
reflect 20:12 24:6
    79:24 89:14
refresh 17:7
refused 94:17 95:9
regard 12:13 29:12
    65:23 66:4 109:22
    135:11
regarding 17:17
    69:10 84:20 92:9
    98:11 126:10
regardless 29:18
    135:7 136:3
region 8:13 133:5
regionally 134:5
regularly 75:14
regulate 89:12
    134:19,20
regulating 68:2
regulation 12:6
    68:19 77:12 78:21
    89:19 90:5,11,12
    90:14,16
regulations 75:10
    75:11 83:23 85:20
    92:11
regulators 57:5
    120:23 122:1
regulatory 1:17
    3:11,14 8:9 9:2

19:8 22:21 28:15
    30:7 33:9 43:18
    44:5 75:18 87:21
    94:10 96:8 125:2
    125:7
relate 125:13
    126:13
related 70:23 71:13
    98:14 101:1
    106:15 108:12
    112:23 138:12
relates 125:3
relating 84:2 91:18
    129:5
relationship 18:15
    73:13 74:18 76:17
    82:13 83:8,17,22
    84:18 85:13 90:8
    92:9 94:9,15,19
    95:11,13 96:14
    97:20 126:11,15
    126:22
relationships
    108:13 112:24
relative 72:20
    138:14
release 33:8,23
    42:22 81:18 84:2
    105:6
released 23:6 26:10
    26:11 84:21 99:17
releases 131:22
reliable 30:23
relied 56:21 57:12
    61:10 78:22
    116:24
reluctant 26:18
rely 57:13
remainder 12:17
remained 21:1
remedy 28:3
remember 6:23
    16:14 17:22 20:20
    34:9 40:21,22
    46:4,5 47:18,22
    47:24 48:1 75:1
    76:20 107:1,2,3

remove 92:20
removed 27:18
repeat 5:20 39:7
    104:6
repeated 108:23
rephrase 7:5 39:9
    52:2
report 4:15 18:1
    29:11 30:5,24
    31:2 45:2 50:15
    56:16 57:3 60:3
    61:13 65:23 70:10
    101:6,12 120:21
    121:21 122:2,3,5
    123:18 124:14,19
    124:20 125:3
reported 19:19
    21:1
reporter 10:8 102:2
    118:20 119:3
Reporters 139:1,20
reporters@cox.net
    139:3
reporting 139:17
Representatives
    80:9
request 18:2 34:12
    34:14 70:17 71:6
    73:5 122:1,5
requested 34:7
requesting 71:7
requests 57:4
    120:22 121:24
require 127:5
required 23:10
    75:21 77:17,19
    87:5 90:4 126:11
    126:15
research 9:20,22,24
    18:18 19:12 28:11
    60:8 69:19 70:6
resent 57:17
resolve 61:5,6,9
    64:13 66:19 124:7
    124:16
resolved 66:20
    95:18 123:23,24

resolves 60:4
  123:19
resource 66:20
resources 40:11
  62:3 68:24 69:2
respect 14:14 95:7
respectfully 85:3
respective 1:22
respond 15:9
  100:21
responding 116:16
response 80:16
  111:24
responses 6:7 82:17
  91:17
responsibilities
  78:20
responsibility
  18:18 19:5 89:12
  89:18
responsible 18:24
restrict 95:20
result 16:12 22:11
  27:6 39:23 61:19
  61:21 73:4,5
  109:14
results 30:6 57:3
  108:16 120:20
retired 9:16 21:3
retirement 9:23
reuse 46:15
revealed 30:10,16
reverse 97:6
review 28:5,17 29:9
  29:13,22 30:1,1,6
  30:10,14 31:12,13
  31:17,19,19 33:17
  33:20 34:5,5,6
  35:20 36:19 38:1
  38:5,10,15 39:23
  45:2,10,14,17,18
  45:19,24 47:24
  60:6,8 61:14
  69:12,16,20,21,24
  70:1,5,7 71:2,3,14
  71:14,23 84:4
  102:16 107:5

122:1,5 139:13
reviewed 17:24
  29:17 44:22 57:9
  62:16,24
reviewing 35:5
  71:19 109:11
reviews 50:21,23
  58:11,14 60:6
  90:19 123:21,24
  124:16
revised 116:8
RG 81:14
Ridge 45:5 95:6,21
  96:6 98:4 128:11
  128:15 129:9
  131:10,19 135:9
  136:5
right 8:16 12:21
  13:24 21:17 23:5
  24:1,24 32:10,16
  37:5 38:18 50:7
  54:12 58:21 63:21
  64:15 65:9 68:3
  70:21 72:23 78:12
  87:22 102:24
  103:2 111:18
  115:10 119:16
  128:5,7 130:17
rights 78:20
risk 35:6 36:7 45:7
RMR 138:2,19
RMR-CCR-CLR
  1:20
road 131:18
Robert 29:20
  112:17
ROBIN 3:12
robust 74:9
Rockville 1:12,18
  1:18 3:16,18 9:2
role 12:12 19:18
  37:2,6,7,9,13 46:2
  46:3 52:11 81:3
  96:5 110:1,3,18
  111:21
roles 73:16 109:20
  110:21

Roman 56:5
Rosemary 21:23
Rowley 3:2 139:15
  139:16,20
Ruggiero 3:22
rule 6:24 10:17
  19:7,11,12 20:7
  23:11 26:2,7,17
  35:14,18 42:24
  43:4,9 53:7 61:16
  61:17 74:19 76:12
  77:5,5,15,20
  82:14,20 83:2
  85:9,14,18 91:6
  94:6
ruled 49:24
rulemaking 18:21
  18:24 19:2,3 20:7
  22:9,16 23:9,13
  26:16 27:9,12,14
  42:24 44:11,13
  52:8,17 61:15
  67:21,23 68:6,8,9
  68:14,18 69:1
  90:22 91:3 103:11
  106:6,8 115:2
  119:8
rulemakings 18:19
rules 5:20 84:9
  85:21
run 115:16 119:24
Rutgers 7:11
RWR 140:2 141:2

S

S 4:1,8 5:1
safety 78:18 89:21
  91:13
SAIC 3:22 16:12
  16:15 17:10,23
  22:9 29:21 30:11
  30:15,22 35:14,17
  37:5 44:1 45:2,11
  46:7 70:8 73:4,13
  82:21 83:10 84:9
  84:18 85:10 90:9
  90:10,21 92:16

93:8,18 94:13
  95:4 96:5,17,21
  97:7 98:7 99:2,22
  101:6,7 102:5
  104:11,11 106:21
  109:1,24 110:22
  121:19 123:2
  126:17 128:10,13
  129:6,12 131:8
  132:3,13 133:15
  133:20 135:8,13
  135:19,23 136:4
SAIC's 13:2 33:18
  37:13 69:12,17,21
  70:1 72:21 73:2
  92:12 93:7,20
  94:9 98:2,3,13,14
  108:13 112:22,24
  126:10,14
Salem 8:21
sampling 31:4,16
Sandy 36:23 37:11
  37:23 57:10 69:22
  70:3 109:18,19,21
  111:16,21 112:7
  113:8,17
satisfaction 31:17
satisfied 66:4
satisfy 30:21
saying 26:14 47:19
  58:16,23 61:11
  64:19 87:17 90:1
  106:19 123:22
  124:17,18,19
  128:12 131:15
  132:1
says 13:1 30:5 35:5
  35:6,11 39:22
  57:2 59:3,5 60:3
  69:8 86:15,18
  87:24 88:5 120:19
  121:20 122:6
  123:4 131:24
scenarios 42:15
  47:10 48:21 50:7
  50:10
science 1:7 7:19

28:8 30:23 50:5
  66:9 139:8 140:1
  141:1
Sciences 18:1 31:21
  35:24 40:15 50:14
scope 47:8 72:4
  88:8 108:1
scrap 46:17
scratch 49:6
SC&A 37:15,17
  40:8 110:22
  121:19
second 46:10 48:14
  60:2 82:3,6
  117:20 122:14
  123:17 124:22
section 10:1 20:4
  20:20 21:20,24
  26:22 89:5
sector 67:6 103:11
security 96:10
SECY 17:16
see 14:19 33:10
  35:2,5,8 44:24
  46:12,19 47:2,12
  50:11 55:14 57:1
  57:6,7 60:10 62:7
  64:8 69:13 74:11
  74:12 81:10,21
  89:1,22 92:6,13
  113:14 116:9
  123:10 124:2
seeing 46:4,5 107:3
seeking 81:17
  92:11
seen 131:22
selected 21:7
selection 110:17
send 59:7 71:7
  139:15,18
SENES 45:4 50:14
sense 87:23
sent 11:20 34:10
sentence 30:5,9,14
  35:10,20 41:22
  44:22 46:10 49:19
  57:7 123:18

124:24
sentences 122:8
separate 20:6 38:14
  139:14
served 77:14
service 8:20 70:12
services 28:18
set 47:10 84:11
  111:2,3 133:3
setting 23:14 35:15
seven 8:7 10:7
SHANA 3:13
shared 116:19
sheet 139:14,15,18
  140:1 141:11
she'll 11:24
short 21:19,24
  65:13
shortcoming 31:2,3
shortcomings
  31:15 61:24
Shorthand 138:8
show 27:2 97:19
  99:15 101:13
  126:8
showed 27:1,15
  54:23,24
showing 56:6
shown 26:23
shows 11:19
SIESSER 3:13
sign 137:3
signature 63:17
  64:1,2,5,22 65:2
  66:15 137:5
  139:11,15,16
  140:24
signed 45:20 53:18
  55:1 57:15,15,24
  58:24 63:4,5,10
  63:11,15,19 89:17
  116:2,10,13 117:4
  117:13 120:12
  126:23 139:16
significant 50:4
  69:20 71:21
  104:14 125:1

significantly
  115:18 120:2
signify 89:15
similar 91:1 98:6
  98:18,20 104:21
  105:4,7 107:20
similarities 104:10
similarity 104:14
Similarly 82:23
simple 19:11 58:4
  115:17 120:1
simpler 49:4
simply 23:3 39:2,10
  40:1 64:21 70:4
  124:12,13,19
  126:1
simultaneously
  129:7
single 130:24
sit 67:14 72:6
site 78:14 94:4 96:6
  128:15 129:9
  131:4 132:4 135:9
sites 23:14
sitting 120:24
situation 59:17
  107:15,21 112:18
  115:13 119:20
situations 57:4
  78:24 81:16
  120:21
six 108:18
skeptics 48:11
sky 126:2
slightly 100:21
small 13:1 81:19
  110:3 131:10
  135:21
Solenberger 80:24
solid 33:8,23
solves 116:3
somebody 15:24
  37:21 39:2,3,15
  50:5,6 104:21
  106:3 132:21
  133:22
somewhat 121:7

sophisticated 35:21
  36:20
sorry 7:1 9:8 10:3
  18:8,11 49:1,13
  55:23 59:15
  103:18 113:2,20
  122:19 129:17
sort 35:4
sought 73:22 84:20
  136:8
sound 46:9,18
sounded 122:20
sounds 84:14
source 16:10
  117:17 135:7
  136:4
Southwest 28:11
  69:19 70:6
so-called 41:14
  42:1
space 42:24
speak 14:5,6 16:1
  22:4 85:6 108:10
  108:14 117:8
  125:4 129:4
speaking 88:11
  99:20 102:3
  120:11 130:11
speaks 74:17
specific 42:20
  71:23 85:12
  100:12 102:17
  103:2,14,15
specifically 34:16
  47:18 71:1 83:21
  89:6
specified 46:8
  87:13 90:13
speculate 15:8
speculating 43:6
speculation 43:11
speed 108:22
spell 5:10
spelled 34:17
spelling 13:17
spend 48:13
spending 90:18

spends 125:17
spent 9:21 17:4
  48:14
spoke 11:18 40:22
spokesperson 10:21
  120:6
sponsorship 72:21
  73:2,17
Springs 95:8
staff 26:18 52:21
  53:6,17 59:11
  60:4 62:4 66:21
  123:19
staff's 66:18
stake 26:22 27:11
  76:6 93:7
stand 101:17,19
standard 35:15
  74:8,13,14,15
  75:3 111:4,7,8,8
standards 42:12
  52:24 53:2 68:20
  72:2 74:18 75:5
  75:21 82:13 83:9
  83:10,17,18 87:6
  87:7 111:3
standing 51:2
start 40:11 49:6
  50:2,9 113:15
  124:23,24
started 7:2,21 10:1
  20:4 34:3 48:17
  75:24 76:3,3,16
starts 88:22 113:17
state 5:9 15:3 23:20
  35:7 36:8,12
  47:17 57:5 68:16
  78:9,11,20 80:24
  81:1 82:24 83:2
  83:10,16,17 84:1
  84:5,10 85:17
  88:23 89:10,13,19
  90:4,7 91:6 92:16
  120:22 121:24
  135:5 138:3,20
stated 22:6,7
statement 19:9

36:10,18 48:9
  55:11 56:22,23
  71:8,13 76:22
  80:12 81:23 84:22
  86:13 87:20
  121:20,22 122:4
  122:10 123:1,4
  124:7,8,11,13
  125:10 126:1,6
states 1:1,4 2:6
  47:7 78:23 81:12
  89:3,7 90:13,15
  90:16 139:5,8
  140:1 141:1
stating 91:5 124:12
station 8:21 139:2
status 52:5 76:20
statute 75:20
stays 134:6,8
steel 105:24
Steering 75:4
steps 28:1
stirred 29:18
stop 23:1 35:16
  43:22 84:15 88:16
  92:23
stopped 37:13
  49:17,20
strategic 125:15,16
Street 2:8 139:6
strike 68:7
strong 122:4
stronger 42:16
  122:11
structure 19:15,20
  20:17
study 33:16 38:5,7
  131:7
stuff 14:16 66:4
  131:7
style 113:21
sub 24:23 98:1,11
  108:10 110:22
  112:20 129:2
subcommittee
  75:16,16
subcontract 94:10
  96:16,21

subcontractor 37:4
109:24 131:8
subgroup 134:24
135:1
subject 60:12 61:20
68:9 100:18 104:9
106:11 128:18
130:12 132:8
subjects 99:14
134:8 135:2
submit 121:24
submittals 99:2
Subparagraph
126:9
subscribes 134:10
subsequent 21:2
75:8 126:24
substantial 71:18
succeeded 47:9
success 41:9 50:11
67:14 74:19 82:15
83:7 85:14
successful 23:16
successfully 92:10
94:22
suffered 15:1,13
16:11 22:5 27:19
48:7
sufficient 67:4
suggest 57:20 77:7
108:7 130:8
135:21
suggested 39:17
suggesting 61:23
65:5
suggestion 56:19
suggests 62:23
84:24
Suite 2:19 3:5
summarizes 30:6
34:12
summary 55:5
summer 9:16
supervisor 9:24
19:20,21,24,24
20:1,2 53:15
supervisory 46:3

supplied 118:5
supply 72:19
support 18:23
19:12 22:8 35:18
37:9 43:10 77:15
93:21 94:11 96:8
106:6
supporting 103:11
supports 19:7
28:13
supposed 103:9
126:4
sure 5:19 13:10,13
13:19 14:3 15:7
17:12 21:22 55:21
65:12,21 67:13
70:9 106:16
108:15 110:13
113:23,24 114:4
116:6 117:16
128:24 130:16
133:6 134:5
surface 81:15
surprised 136:14
136:16
surrounding 13:4
38:8 40:3
suspect 24:4 68:5
73:15 75:15
switch 20:6,8,17
switched 55:23
sworn 5:5 138:6

─────── T ───────
T 4:1,1,8
taint 27:16 28:3
take 10:10 12:8
29:9 40:1 44:18
49:6 60:2 65:13
69:23 71:21 79:10
95:3 122:14
123:12,17
taken 28:2 60:14
65:16 117:22
118:11 121:2
136:19 138:4,7,14
139:12

talk 13:3 16:10
97:13 134:1
talked 44:4 112:16
131:8
talking 14:3 51:13
67:24 82:9,12
90:8 94:20 98:3
111:14 113:17
114:1 122:22
128:1 130:12
135:24
talks 99:12
task 18:19 22:7
tasks 72:8
taught 7:23
team 92:10 94:21
95:5,20 98:2
technical 19:6,13
22:8,10 27:5,7,9
30:6 33:24 34:2
38:8 66:4 71:4,14
76:2,3,4 90:21
93:18 100:15
101:9 103:20,24
110:7 115:14
119:22 125:1
136:2
technically 46:9,18
104:18
Telephone 120:8
tell 25:7 26:18
34:16 38:6 69:3
88:6 110:16
113:16 133:1,12
133:16,24
telling 105:1
ten 25:5
Tennessee 78:8
84:2,6,11,19 87:5
90:4 106:16 133:6
tenure 18:16
term 15:6
terminating 23:13
termination 20:7
26:2,24 76:12
terms 55:11 120:17
testified 5:6 72:18

83:3 84:16 87:19
101:11
testify 15:19 48:5
69:9 72:20 87:9
87:12 100:14
101:8 108:2
130:17 131:1
testifying 58:3 87:4
130:1
testimony 45:12
61:8 84:17 85:8
101:21 138:5,7,11
139:14
Thank 54:2 56:1
90:3 91:15 114:19
136:24
theory 43:12
thereof 112:22
130:15 132:7
thing 12:22 14:4
25:3 31:16 49:7
54:17 64:9 75:12
131:24
things 14:23 15:20
35:22 36:20 54:7
71:15 72:11 75:8
106:2 113:12
126:4
think 7:13 9:23
11:23 12:4 21:18
25:1,8,10,11
27:18 34:9,12
36:11 38:19 40:8
41:4 48:19,20
50:22 51:4,11
53:5 54:23 55:23
55:24 64:16,19
72:18 73:3 74:22
81:2 82:4 85:6
88:4 91:20 97:14
105:8 106:24
109:11 112:14,17
115:4,11,16,18
116:11,21 119:11
119:18,23 120:2
121:4 122:10
123:1,8 132:16,23

133:12
thinking 26:24 39:8
third 30:3 81:7
thorough 31:13
thought 11:15,16
45:23 49:17
106:14 122:19
127:13
three 8:16 24:8
76:1 100:9 109:4
109:14 118:4
thrown 48:17
time 6:14 7:3,21
8:5 9:17 12:7
20:16 21:2,19,24
22:1 37:6 44:13
48:14,15 52:18,23
59:16 61:2 62:18
73:2 74:7,21 76:9
76:11 79:10 90:13
96:22 99:22 102:5
102:12 108:18
115:17 120:1
127:9 128:15
131:4 135:9,14
136:5 138:8
times 24:9 58:20
timing 94:3,5
tired 136:23
title 62:5
today 36:12 52:11
53:8 75:15 115:13
119:20 120:11,24
124:8
told 29:21 101:5
133:6
Tony 80:22 112:17
tool 126:7
tools 77:13
top 54:14 108:17
134:6,8
topic 22:3 87:14
111:12
topics 87:12
touch 11:24
touched 36:1
touchT 79:20

town 5:14
training 127:8
transcribed 138:9
transcript 4:20
  139:17 140:1
  141:6
transcription 141:9
  141:12
transition 18:22
travel 8:19
treated 81:15
tried 41:9
Trottier 1:14 4:3
  5:3,11,13 7:7 10:8
  12:2 14:24 29:5
  33:5 65:20 118:4
  120:5 139:8 140:3
  141:3,15
true 36:17 37:22
  41:3,13 43:8,23
  44:2,7,8,11 55:18
  57:8 60:14 62:19
  77:22 78:8,10,18
  79:23 86:15 91:13
  94:7 98:8,9
  105:13 128:8
  138:10 141:9,11
truly 139:19
trust 25:19 27:10
truthful 86:10
try 23:18 25:8 39:9
trying 31:7 49:23
  76:21 77:7 104:24
  111:13
Tuesday 1:11 139:4
  139:12 140:3
  141:4
turn 30:2 88:21
  112:9
turned 59:8 106:18
two 8:23 17:21,23
  39:20 45:22 54:7
  54:16 60:5 106:13
  109:4,13 123:21
type 59:6
typically 81:16
Tysons 3:4

T-R-O-T-T-I-E-R
  5:12
_____
U
_____
Uh-huh 7:23 15:2
ultimate 111:2
un 115:9 119:15
unbiased 40:7
  92:12 98:7
uncertainty 115:3
  119:9
underlying 42:14
underscore 98:15
understand 5:23
  6:2,6,21 7:3 10:23
  12:12 13:11 15:7
  18:9 19:15 24:10
  24:22 45:13 49:10
  49:12 65:21 74:1
  74:22 77:16,21,23
  92:17 99:9 107:8
  108:22 110:4,7
  118:13 124:6
  127:11 129:3
  130:3 131:9
understanding
  10:20 11:2 12:5
  13:9 35:14 67:19
  73:12 74:4 92:15
  93:6 126:17
  131:15
understood 84:17
  100:21
undertaken 17:1
  28:8 31:20
undertook 70:12
  71:12 72:9
underway 52:22
undone 37:18
undoubtedly 81:1
undue 97:4,7
unfortunate 115:10
  119:17
unit 46:16
United 1:1,4 2:6
  139:5,8 140:1
  141:1

University 7:17
unknown 42:3,5
unnecessary 125:7
use 26:5,14 34:23
  36:12 41:9 42:18
  53:1 57:2 60:16
  77:5 86:23 112:7
  118:21 120:20
  121:23 122:4,6,8
  123:5 125:18
  126:7
uses 121:21
utility 8:20
U.S 80:8
_____
V
_____
vacated 21:4
valid 28:8 61:10
  123:3
validate 48:21 49:5
validity 66:8
valuable 76:24
value 40:10 112:21
  115:5 119:12
values 93:20
various 8:3 16:4,8
  16:11
vein 71:24
verbalize 6:7
version 58:24 60:13
  60:24 63:10,11,15
  63:16,18,20,22
  64:21 65:1,8
  77:24 91:11
  115:23 116:1
versus 75:10 92:21
view 48:16 98:19
viewed 30:1 103:12
views 22:24 26:13
  26:15 27:1
violation 13:2
  98:13
Virginia 3:6 5:15
  139:2
vis-a-vis 72:11
volume 32:10 33:6

33:13 34:20 109:6
  109:7 116:7
volumetric 78:13
volumetrically 81:8
  81:13
vs 1:6 139:8 140:1
  141:1
_____
W
_____
wait 25:3 82:6 85:5
  85:5
waived 137:5
want 13:19 22:3
  24:6,12 25:9,21
  31:13 32:5,9,17
  32:17 56:13 59:17
  61:5 64:16 65:20
  66:2 74:16 86:5
  88:21 95:19 98:10
  100:20 101:13
  112:6 113:23
  114:3,11,12
  115:11 117:6
  119:18 121:13,16
  121:23 124:6,23
  134:11
wanted 12:22 17:7
  17:12 23:12 25:14
  52:24 53:1 74:11
  74:12 90:16
  118:21 123:10
  126:2
Washington 2:9,20
  9:2 27:3 95:7
  139:7
wasn't 31:12 41:12
  117:16 132:2
  135:19
Waste 30:7 60:7
waterfront 13:20
way 25:4 38:24
  39:12 40:8 50:15
  57:19 59:8 64:13
  65:4 72:5,10 94:3
  94:5 95:18 102:11
  111:1 113:5
  132:16

website 63:23
  116:1,2 117:13,18
  118:12
Weldon 95:8
went 8:19 62:15
  79:16 80:13 96:12
  109:17 113:7
weren't 66:17
  112:1
we'll 13:20 14:19
  67:10 74:21
we're 13:16,16 14:3
  27:14 41:3,15
  84:13 106:2
  111:12 116:5,16
  122:22 123:6
  124:18 126:4
  130:23 133:2
  136:17
we've 36:1 43:13
  44:4 73:9 97:10
  115:18 120:2
  123:22,23,23
  130:20,20 132:22
  133:8,23
White 1:17
wholesale 91:8
Williamson 2:4
  11:4,6,14,20 12:8
  12:15,21 13:10,13
  13:15,23 14:7,10
  14:21 15:17 16:2
  16:20 20:11 23:20
  24:12,15,20,24
  25:9,13 27:22
  32:3,12,16,22
  36:2,4 40:18 41:6
  41:19,24 47:16
  49:13,18 50:16
  51:21,24 53:23
  54:2,7,11,15
  55:20 56:1,6,13
  57:19,22 59:21
  63:14,18,21 64:7
  64:15 65:4,9,12
  65:15 66:11 79:20
  82:1,3,6,12 85:2,5

85:23 86:17,21
87:3 88:6 93:11
94:12,23 95:2,19
96:3 97:14,15,19
97:22 100:2 101:4
101:18 102:1
104:23 105:18
106:23 107:11,17
107:24 111:11,18
111:22 112:3,10
113:1,5,14,22
114:19 115:24
117:1,7 119:1
121:10,12,14
122:16 124:4,10
127:15,23 128:5,7
128:12,24 130:14
130:16 131:12,17
132:10 133:10
137:2 139:5,10
**wipe** 67:15,20
**wisely** 125:18,20
**wished** 78:12
**witness** 5:4 12:3
13:3,14 14:1
20:12,15 25:15
37:5 41:7,20 42:2
47:17 57:21 58:7
59:23 63:16,22
64:11 66:12 83:20
88:11 93:13 95:12
100:4,14 102:10
105:3,19 106:24
108:5 113:3,12
114:12 116:11
117:8 121:13,16
124:11 127:12
130:9 136:23
137:2,4 138:5,7
138:11 139:13
**witness's** 13:18
132:7
**word** 59:16 61:4
74:9 89:4 94:18
**words** 14:12 40:23
40:24 41:21 42:17
47:20 59:17 66:3

75:6
**work** 6:9,10 7:20
8:19 18:17,23
19:10 20:2 21:20
22:2 28:14,16
30:22 33:18,19,21
37:2,12,18,19,20
37:21,23 38:3,9
38:10,12 39:1,14
39:17 40:2,9
48:12 49:5 52:12
69:10,12,17,18,21
69:23 70:1,5,7,8
70:16,18 71:7,8
71:12,13 72:10
73:6 90:9,9,10,22
90:24 91:1 92:19
92:24 93:7 94:1
97:5,7,8 98:14,19
98:20 99:4,5,24
100:16,17,24
101:9,10 102:7
103:20,24 104:10
104:11,15,15,18
105:3,5,12 106:5
106:13,14 107:20
108:24 109:5
110:5,10,23,24
112:22 122:23
123:1,9,11,14
124:3 125:24
126:1,2 131:2
132:3 135:19,24
136:4
**worked** 8:3 9:18,19
82:21 132:24
**working** 20:5 34:4
52:23 76:1 84:9
85:10 88:4 90:21
99:22 102:5 103:9
109:2 110:5 112:2
128:10,14,16
129:7,12,13
132:13 135:8,10
135:14,15 136:5
**works** 14:20 85:24
**worldwide** 95:1

**worry** 135:4
**worth** 40:16 64:14
**worthy** 69:2
**wouldn't** 71:24
75:9 95:3 115:15
119:22 126:5
134:21
**write** 58:8,9 59:10
**writes** 59:12 121:20
**writing** 91:16
**written** 111:2
**wrong** 23:5 86:11
87:3,23
**wrote** 11:18 17:16

**X**

**X** 4:8
**xerox** 63:10 116:6
**XIX** 56:5
**XXI** 57:1

**Y**

**Yeah** 127:15 128:2
130:5 134:12
**year** 7:12,23 9:3
21:6 109:9
**years** 7:16 8:3,7,23
9:18 10:7 17:6
109:4,13,14
**yeses** 6:9
**yesterday** 17:4
98:24 107:2
**Yucca** 28:14

**Z**

**zero** 40:12
**ZIPPKIN** 3:13

**$**

**$100,000** 28:22
72:17

**0**

**04-CV-1543(RW...**
1:7
**04-CV1543** 140:2
141:2

**1**

**1** 8:13 10:10 46:7
116:7 138:22
141:6
**1.86** 81:14
**1:10** 1:19
**10** 4:18 8:3 77:11
118:1
**100** 2:19 67:1
**113** 4:18
**11555** 1:18 3:16
**12** 11:13 12:20,21
12:21,24 14:6,17
69:6,8 74:17
84:12 86:22 92:5
94:21
**13** 14:7,12 127:12
127:15,19 129:3
129:21 133:4
**135** 141:6
**14** 14:7,13 127:2,13
127:15 128:8
135:5
**15** 4:14 11:13 12:20
13:17,21 14:6
26:5 127:2
**16** 84:3,15 86:4
87:13 88:13,15
**1600** 3:14
**1640** 33:20 34:5,6
37:3 72:4 98:21
**17** 11:13 12:20
13:22,23 14:6,24
**170** 42:9
**18-numbered**
100:8
**19** 56:5
**1972** 7:13
**1980** 8:7,9
**1983** 9:4,4
**1985** 43:15
**1990** 9:23 83:23
**1992** 18:23 19:24
135:10
**1997** 10:7
**1998** 4:14,16 18:19

**1999** 4:17 14:15,18
54:15 73:3 74:12
80:4 128:19
135:10

**2**

**2** 11:4,7 12:13 14:5
47:1 48:15
**2,663,000** 16:16
**2:31** 65:17
**2:43** 65:18
**20** 4:17 9:17 77:11
81:19 135:24
**20th** 80:3
**2000** 4:11 83:24
109:9
**20004** 2:8 139:6
**20006** 2:20
**2003** 44:10 62:6
109:6 121:3
**20044** 2:9 139:7
**2005** 9:24 109:7
**2006** 1:11 138:22
139:4,12 140:3
141:4
**202** 2:10,21
**2099** 2:18
**21** 139:16
**22039** 139:2
**22102** 3:6
**24** 1:11 139:12
140:3 141:4
**25** 26:8
**274** 89:5
**28** 4:11

**3**

**3** 11:7,10,12 14:6
47:1
**3:53** 117:23
**30** 4:12 71:22
**30(b)(6)** 10:17 82:9
85:3 88:9 100:8
108:4
**301** 3:19
**31** 4:13

| **4** | **83** 9:10,11 | | | |
|---|---|---|---|---|
| **4** 4:11 29:2,7 55:13 88:21 133:5 | **8507** 139:1 | | | |
| **4:18** 117:24 | **86** 34:19,24 | | | |
| **4:44** 136:20 | **9** | | | |
| **4:49** 136:21 | **9** 4:11,17 79:5,9 | | | |
| **4:50** 137:6 | **90s** 75:2 | | | |
| **40** 71:22 | **92** 12:18 16:15 | | | |
| **415-2202** 3:19 | 18:13 37:6,9 | | | |
| **43** 4:14 | 43:15 55:8 112:22 | | | |
| **5** | 126:24 127:2 | | | |
| **5** 4:5,12 11:12,14 | 128:16 129:7 | | | |
| 11:21,22,22 12:8 | 135:15 136:5 | | | |
| 14:5 31:24 32:1 | **93** 20:22 | | | |
| 33:14 | **94** 20:15,22 | | | |
| **5-A** 4:13 33:1,2,7 | **95** 76:13 | | | |
| 70:11 | **955-3000** 2:21 | | | |
| **5.4** 42:19 | **96** 76:13 | | | |
| **5.7** 42:9 | **968-9796** 139:2 | | | |
| **51** 4:15 | **97** 76:13 | | | |
| **514-7900** 2:10 | **99** 18:13 37:7,18 | | | |
| **52** 4:16 | 38:3,13 54:13 | | | |
| **6** | 69:23 73:23 | | | |
| **6** 4:14 44:15,19 | 104:12 112:23 | | | |
| 84:15 86:3 87:13 | 126:24 128:17 | | | |
| 88:12,15 | 129:7,14 135:15 | | | |
| **601** 2:8 139:6 | 136:6 | | | |
| **63** 107:3 | | | | |
| **643-3039** 139:2 | | | | |
| **7** | | | | |
| **7** 4:15,16 53:21 | | | | |
| 54:13,15 56:3 | | | | |
| 118:10,11 139:4 | | | | |
| **70** 8:6 | | | | |
| **700** 3:5 | | | | |
| **703** 3:7 139:2,2 | | | | |
| **720-8650** 3:7 | | | | |
| **73** 8:7 | | | | |
| **76** 4:17 | | | | |
| **8** | | | | |
| **8** 4:16 54:4,5,20 | | | | |
| 55:22 | | | | |
| **80** 50:8 | | | | |