UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>LEIDOS, INC., )<br>)<br>            Defendant. )<br>) | Case No.: 04-cv-1543 (RWR) |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties to this matter have in good faith engaged in a private mediation and have reached an agreement in principle to resolve the allegations in this dispute.  In light of the agreement, the parties respectfully request that the Court adjourn the motion hearing scheduled before the Honorable Alan Kay on September 17, 2014.  *See* Minute Order dated July 22, 2014; Dkt. Nos. 215 & 216.  The United States is seeking authorization to enter into the proposed settlement and the parties are in the process of preparing the language of the settlement agreement.  The parties jointly agree to provide the Court with a status report in 30 days if a stipulation of dismissal has not yet been filed.

Dated:  September 10, 2014

Respectfully submitted,

  /s/ Daniel Hugo Fruchter_____
Stuart F. Delery
ASSISTANT ATTORNEY GENERAL
Michael D. Granston
Tracy Hilmer
Donald J. Williamson
Daniel Hugo Fruchter

U.S. DEPARTMENT OF JUSTICE
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2035

*Counsel for Plaintiff United States of America*

    /s/ Andrew S. Tulumello_____
Andrew S. Tulumello
Chantale Fiebig

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
E-mail: atulumello@gibsondunn.com

*Counsel for Defendant Leidos, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2014, I filed the foregoing Joint Notice of Settlement with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

    /s/ Chantale Fiebig
Chantale Fiebig (Bar No. 487671)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5306
Telephone: (202) 955-8244
Fax: (202) 530-4203
E-mail: cfiebig@gibsondunn.com

*Counsel for Defendant Leidos, Inc.*