UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEIDOS, INC., )<br>)<br>Defendant. )<br>) | Case No.: 04-cv-1543 (RWR) |

**JOINT STATUS UPDATE**

Pursuant to the Court's Minute Order dated September 18, 2014, the parties respectfully submit this joint status update.  On September 10, 2014, the parties notified the Court that they have reached an agreement in principle to resolve the allegations in this dispute.  *See* Dkt. No. 233: Joint Notice of Settlement.  The parties are presently in the process of finalizing the language of the settlement agreement.  The parties jointly agree to provide the Court with a status report in 30 days if a stipulation of dismissal has not yet been filed.

Dated:  October 16, 2014

Respectfully submitted,

 /s/ Daniel Hugo Fruchter
Stuart F. Delery
ASSISTANT ATTORNEY GENERAL
Michael D. Granston
Tracy Hilmer
Donald J. Williamson
Daniel Hugo Fruchter

U.S. DEPARTMENT OF JUSTICE
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2035

*Counsel for Plaintiff United States of America*

  /s/ Andrew S. Tulumello
Andrew S. Tulumello
Chantale Fiebig

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
E-mail: atulumello@gibsondunn.com

*Counsel for Defendant Leidos, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2014, I filed the foregoing Joint Status Update with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

    /s/ Chantale Fiebig
Chantale Fiebig (Bar No. 487671)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5306
Telephone: (202) 955-8244
Fax: (202) 530-4203
E-mail: cfiebig@gibsondunn.com

*Counsel for Defendant Leidos, Inc.*